# Exhibit A

| No. | Name of Debtor: | Taxpayer Id. No. |
|---|---|---|
| 1. | Crescent 210 Barton Springs, LLC | 20-4614379 |
| 2. | Cornerstone Plaza, LLC | No EIN applicable |
| 3. | Crescent Holdings, LLC | 20-5543626 |
| 4. | Crescent Resources, LLC | 57-0443582 |
| 5. | 1780, LLC | 20-4402277 |
| 6. | 223 Developers, LLC | 20-5924927 |
| 7. | Ballantyne Properties, LLC | 56-1921507 |
| 8. | Bartram Crescent Development, LLC | 20-8954449 |
| 9. | Black Forest on Lake James, LLC | 20-0151855 |
| 10. | Bridgewater Lakeland Developers, LLC | 20-2250831 |
| 11. | Brooksville East Developers, LLC | No EIN applicable |
| 12. | Camp Lake James, LLC | 20-4402407 |
| 13. | Carolina Centers, LLC (N.C. entity) | 56-1853470 |
| 14. | Carolina Centers, LLC (Del. entity) | 56-1124729 |
| 15. | Chaparral Pines Investors, L.L.C. | 86-0781077 |
| 16. | Chaparral Pines Management, L.L.C. | 86-1026788 |
| 17. | Chapel Cove at Glengate, LLC | 26-0837243 |
| 18. | Citall Development, LLC | 20-4153633 |
| 19. | Clean Water of NC, LLC | 57-0443582 |
| 20. | CLT Development, LLC | 56-1393851 |
| 21. | Club Capital, LLC | 56-2107989 |
| 22. | Club Enterprises, LLC | 56-1943831 |
| 23. | Club Villas Developers, LLC | 26-2905087 |
| 24. | Colbert Lane Commercial, LLC | 72-1552983 |
| 25. | Crescent Communities N.C., LLC | 56-2030306 |
| 26. | Crescent Communities Realty, LLC | 02-0532410 |
| 27. | Crescent Communities SC, LLC | 56-2030305 |
| 28. | Crescent Lakeway, LLC | 20-4613926 |
| 29. | Crescent Lakeway Management, LLC | 20-4614072 |
| 30. | Crescent Land & Timber, LLC | 56-1799013 |
| 31. | Crescent Multifamily Construction, LLC | 26-1242507 |
| 32. | Crescent Potomac Greens, LLC | No EIN applicable |
| 33. | Crescent Potomac Plaza, LLC | No EIN applicable |
| 34. | Crescent Potomac Properties, LLC | No EIN applicable |
| 35. | Crescent Potomac Yard Development, LLC | No EIN applicable |
| 36. | Crescent Potomac Yard, LLC | No EIN applicable |
| 37. | Crescent Realty Advisors, LLC | No EIN applicable |
| 38. | Crescent Realty, LLC | 26-0034004 |
| 39. | Crescent River, LLC | 56-2226365 |
| 40. | Crescent Rough Hollow, LLC | 20-4614882 |
| 41. | Crescent Seminole, LLC | 58-2558302 |
| 42. | Crescent Southeast Club, LLC | 56-2255725 |
| 43. | Crescent Twin Creeks, LLC | 56-2230190 |

| No. | Name of Debtor: | Taxpayer Id. No. |
|---|---|---|
| 44. | Crescent Yacht Club, LLC | 30-0100942 |
| 45. | Crescent/Arizona, LLC | 57-0443582 |
| 46. | Crescent/Florida, LLC | No EIN applicable |
| 47. | Crescent/Georgia, LLC | No EIN applicable |
| 48. | Crescent/RGI Capital, LLC | 83-0356151 |
| 49. | Falls Cove Development, LLC | 20-8132241 |
| 50. | FP Real Estate One, L.L.C. | 86-0846646 |
| 51. | Grand Haven Developers, LLC | 59-3641286 |
| 52. | Grand Woods Developers, LLC | 20-4845005 |
| 53. | Green Fields Investments, LLC | 57-0443582 |
| 54. | Gulf Shores Waterway Development, LLC | 20-5566844 |
| 55. | Hammock Bay Crescent, LLC | No EIN applicable |
| 56. | Hampton Lakes, LLC | 56-2153538 |
| 57. | Hampton Ridge Developers, LLC | 59-3692235 |
| 58. | Hawk's Haven Developers, LLC | 20-1091192 |
| 59. | Hawk's Haven Golf Course Community Developers, LLC | 20-1203562 |
| 60. | Hawk's Haven Joint Development, LLC | 20-2040337 |
| 61. | Hawk's Haven Sponsor, LLC | 20-2040376 |
| 62. | Headwaters Development Limited Partnership | 80-0059149 |
| 63. | Hidden Lake Crescent, LLC | 20-3694587 |
| 64. | Joint Facilities Management, LLC | 20-4347638 |
| 65. | Lake George Developers, LLC | 20-4844965 |
| 66. | LandMar Group, LLC | 56-2153538 |
| 67. | LandMar Management, LLC | 56-2153540 |
| 68. | Lighthouse Harbor Developers, LLC | 20-5741128 |
| 69. | May River Forest, LLC | 57-1159262 |
| 70. | May River Golf Club, LLC | 04-3750952 |
| 71. | McNinch-Hill Investments, LLC | 56-2183378 |
| 72. | Milford Estates, LLC | 57-0443582 |
| 73. | New Riverside, LLC | 20-2071349 |
| 74. | Nine Corporate Centre Holding Company, LLC | No EIN applicable |
| 75. | North Bank Developers, LLC | 20-2687731 |
| 76. | North Hampton, LLC | 56-2153544 |
| 77. | North River, LLC | 20-3017701 |
| 78. | Old Wildlife Club, LLC | 20-4402072 |
| 79. | Oldfield, LLC | 56-2211481 |
| 80. | Osprey Development, LLC | 59-3759515 |
| 81. | Palmetto Bluff Club, LLC | 20-1154599 |
| 82. | Palmetto Bluff Development, LLC | 56-2211383 |
| 83. | Palmetto Bluff Investments, LLC | No EIN applicable |
| 84. | Palmetto Bluff Lodge, LLC | 13-4250969 |
| 85. | Palmetto Bluff Real Estate Company, LLC | 22-3864124 |

| No. | Name of Debtor: | Taxpayer Id. No. |
|---|---|---|
| 86. | Palmetto Bluff Uplands, LLC | No EIN applicable |
| 87. | Panama City Development, LLC | 20-2572207 |
| 88. | Park/Marsh, LLC | 26-2813331 |
| 89. | Parkside Development, LLC | 20-2854819 |
| 90. | Piedmont Row Development, LLC | 20-2960566 |
| 91. | Portland Group, LLC | 02-1251461 |
| 92. | Rim Golf Investors, L.L.C. | 86-0894027 |
| 93. | River Paradise, LLC | 20-2890831 |
| 94. | Roberts Road, LLC | 20-2568601 |
| 95. | Sailview Properties, LLC | 56-2053836 |
| 96. | Seddon Place Development, LLC | 20-4771566 |
| 97. | Springfield Crescent, LLC | 20-2966970 |
| 98. | StoneWater Bay Properties, LLC | 56-2183379 |
| 99. | Stratford on Howard Development, LLC | 20-4147491 |
| 100. | Sugarloaf Country Club, LLC | 58-2221688 |
| 101. | Sugarloaf Properties, LLC | 58-2202808 |
| 102. | Sugarloaf Realty, LLC | 58-2208817 |
| 103. | The Farms, LLC | 20-0354921 |
| 104. | The Oldfield Realty Company, LLC | 56-2211481 |
| 105. | The Parks at Meadowview, LLC | 20-3855366 |
| 106. | The Parks of Berkeley, LLC | 20-2641670 |
| 107. | The Point on Norman, LLC | 56-2053958 |
| 108. | The Ranch at the Rim, LLC | 26-2813378 |
| 109. | The Reserve, LLC | 20-0742753 |
| 110. | The Retreat on Haw River, LLC | 26-0674124 |
| 111. | The River Club Realty, LLC | 02-0595750 |
| 112. | The River Country Club, LLC | 02-0595742 |
| 113. | The Sanctuary at Lake Wylie, LLC | 57-0443582 |
| 114. | Trout Creek Developers, LLC | 82-0560536 |
| 115. | Tussahaw Development, LLC | 20-3330184 |
| 116. | Twin Creeks Holdings, Ltd. | 74-2967903 |
| 117. | Twin Creeks Management, LLC | 56-2230188 |
| 118. | Twin Creeks Operating Co., L.P. | 20-1262789 |
| 119. | Twin Creeks Property, Ltd. | 04-3592531 |
| 120. | Two Lake Pony Farm, LLC | 56-2144680 |
| 121. | Winding River, LLC | 20-2040280 |