UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CHARLES F. MCVAY
UNITED STATES TRUSTEE
HENRY G. HOBBS, JR.
ASSISTANT UNITED STATES TRUSTEE
VALERIE WENGER
TRIAL ATTORNEY
903 San Jacinto, Suite 230
Austin, Texas 78701
Telephone: (512) 916-5330
Fax: (512) 916-5331

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CRESCENT RESOURCES, LLC | § | CASE NO. 09-11507-CG |
| | § | CHAPTER 11 |
| | § | Jointly Administered Cases |
| | § | |
| DEBTOR(S) | § | |

NOTICE OF APPOINTMENT OF
COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. §1102 (a) (1) and (b) (1), the following unsecured creditors, willing to serve, are hereby appointed to serve on the Committee of Unsecured Creditors in the above captioned case.

**MEMBERS:**

**HCH** ( Rim Golf Investors L.L.C. and Chaparral Pines Investors L.L.C)
c/o R. Perry Overstreet
3017 SE 156 Avenue
Vancouver, WA.98683
Telephone: (928) 978-0662
Fax:
email: Rperryo@yahoo.com

**Rim Chapparal Pines Real Estate Services, LLC**     (Portland Group LLC)

c/o Lawrence M. Throneburg, III
3801 N. Goldwater Blvd., #400.
Scottsdale, AZ 85251

Telephone:  (928) 200-1385
Fax:  (480) 284-7739
email:  lmt51@aol.com


**Hofer Builders, Inc.**     (Crescent Bartram Park I, LLC )

c/o David Hofer
301 North Saginaw Blvd.
Saginaw, Tx.  76179

Telephone:  (817)232-2166
Fax:  (817) 232-4886
Email: dhofer@hoferbuilders.com


**Honors Golf**     (WGV, LLC)

c\o Robert L. Shults, Jr.
3455 Peachtree Road NE, Suite 500
Atlanta, GA 30326

Telephone:  (404) 261-8333
Fax:  (404) 995-7001
Email:  rob.shults@honoursgolf.com


**WorldWest Limited Liability Company**   (Rim Golf Investors LLC)

c\o Thomas Hornbaker
609 New Hampshire St.
Lawrence, KS 66044

Telephone:  (785) 832-7175
Fax:  (785) 832-7120
Email:  Thornbaker@ljworld.com

**Gladys Elder** (Crescent Resources, LLC)
412 San Lanta Circle
Sanford, FL.32771
Telephone: (407) 322-3631
 (407) 872-6222(Paul Byron, Esq)
Fax: (407) 872-6822(Paul Byron)
email: geetutu@bellsouth.net(Elder)
 Paul@productslaw.net  (Paul Byron)


 Respectfully submitted,

 CHARLES F. MCVAY
 UNITED STATES TRUSTEE
 REGION 7

 By: /s/Henry G. Hobbs, Jr.
  Henry G. Hobbs, Jr.
  Assistant United States Trustee
  Office of the United States Trustee
  903 San Jacinto, Suite 230
  Austin, Texas 78701
  (512) 916-5328
  SBT# 00790116

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Committee of Unsecured Creditors, was served upon the parties listed below and on the master service list by United States Mail, first class, postage prepaid on this the 6th day of July, 2009.

    /s/ Henry G. Hobbs, Jr.
    Henry G. Hobbs, Jr.
    Assistant United States Trustee

**Debtor(s)**

    CRESCENT RESOURCES, LLC
    400 South Tryon Suite 1300
    Charlotte, NC 28285

**Debtor's Attorney**:

    Martin Sosland
    Lydia Protopappas
    Michelle Larson
    200 Crescent Court, Suite 300
    Dallas, TX 75201

    Eric J. Taube
    111 Congress Ave., Suite 1800
    Austin, TX 78701

**HCH**
c/o R. Perry Over street
3017 SE 156 Avenue
Vancouver, WA.98683

**Rim Chapparal Pines Real Estate Services, LLC**
c/o Lawrence M. Throneburg, III
3801 N. Goldwater Blvd., #400.
Scottsdale, AZ 85251

**Hofer Builders, Inc.**
c/o David Hofer
301 North Saginaw Blvd.

Saginaw, Tx. 76179

**Honors Golf**

c\o Robert L. Shults, Jr.

3455 Peachtree Road NE, Suite 500

Atlanta, GA 30326

**WorldWest Limited Liability Company**

c\o Thomas Hornbaker

609 New Hampshire St.

Lawrence, KS 66044

**John S. Clark Company LLC**

c\o William A. Blanca to, General Counsel

P.O. Box 4369

Winston-Salem, NC 27115

**Gladys Elder**

412 San Lanta Circle

Sanford, FL.32771

Saginaw, Tx. 76179

**Honors Golf**

c\o Robert L. Shults, Jr.

3455 Peachtree Road NE, Suite 500

Atlanta, GA 30326

**WorldWest Limited Liability Company**

c\o Thomas Hornbaker

609 New Hampshire St.

Lawrence, KS 66044

**John S. Clark Company LLC**

c\o William A. Blanca to, General Counsel

P.O. Box 4369

Winston-Salem, NC 27115

**Gladys Elder**

412 San Lanta Circle

Sanford, FL.32771

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

----------------------------------------------------------- X
In re: : Chapter 11
 :
CRESCENT RESOURCES, LLC, *et. al.,* : Case No. 09-11507 (CAG)
 :
 :
 Debtors. : (Jointly Administered)
----------------------------------------------------------- X

# MASTER SERVICE LIST

**June 26, 2009**

The Garden City Group, Inc.
105 Maxess Road
Melville, NY 11747
(631) 470-5000
Claims and Noticing Agent

| | | |
|---|---|---|
| BANK OF AMERICA, N.A.<br>ALEX HAW<br>100 SE 2ND STREET (14TH FLOOR)<br>MAIL CODE FL7-950-14-05<br>MIAMI FL 33131 | BANK OF AMERICA, NA<br>SHERI STARBUCK, AGENCY MANAGEMENT<br>TX1-492-14-11<br>901 MAIN STREET, 14TH FLOOR<br>DALLAS TX 75202 | BANK OF AMERICA, NA<br>G. ALEX HAW<br>FL7-950-14-05<br>100 SE 2ND STREET, 14TH FLOOR<br>MIAMI FL 33131 |
| BLYTHE DEVELOPMENT CO.<br>LUTHER J. BLYTHE, JR<br>1415 E WESTINGHOUSE BLVD<br>CHARLOTTE NC 28273 | BURR & FORMAN LLP<br>ATT: D. CHRISTOPHER CARSON, ESQ.<br>ATTY FOR GREENPOINTE HOLDINGS, LLC<br>420 NORTH 20TH STREET, SUITE 3400<br>BIRMINGHAM AL 35203 | COLEJENEST & STONE, P.A.<br>BRIAN C. JENEST<br>200 SOUTH TRYON STREET, SUITE 1400<br>CHARLOTTE NC 28202 |
| ED TAYLOR CONSTRUCTION SOUTH, INC.<br>BILL WOLFE<br>2713 N. FALKENBURG, SUITE A<br>TAMPA FL 33619 | FIVE MILE CAPITAL PARTNERS LLC<br>JIM GLASGOW<br>301 TRESSER BLVD., SUITE 900<br>STANFORD CT 06901 | FLORIDA ROADS CONTRACTING, INC.<br>RICK BAKER<br>10439 ALTA DRIVE<br>JACKSONVILLE FL 32226 |
| GOULSTON & STORRS, P.C.<br>ATTY FOR JOHN HANCOCK LIFE INSURANCE CO<br>ATTN: DOUGLAS B. ROSNER & PHILIP E. SEGA<br>400 ATLANTIC AVENUE<br>BOSTON MA 02110-3333 | GRAHAM, RICH<br>BANK OF AMERICA<br>250 SOUTH PARK AVENUE, SUITE 400<br>WINTER PARK FL 32789 | HAYNES AND BOONE, LLP<br>ATT: CHARLES BECKHAM, & BROOKS HAMILTON<br>ATTY FOR WACHOVIA BANK; WACHOVIA CAPITAL<br>1221 MCKINNEY, SUITE 2100<br>HOUSTON TX 77010 |
| HAYNES AND BOONE, LLP<br>ATT: SARAH FOSTER, ESQ.<br>ATTY FOR WACHOVIA BANK; WACHOVIA CAPITAL<br>600 CONGRESS AVENUE, SUITE 1300<br>AUSTIN TX 78701 | HCH, INC.<br>R. PERRY OVERSTREET<br>3017 SE 156TH AVENUE<br>VANCOUVER WA 98683 | HENRY HOBBS, ASST. U.S. TRUSTEE<br>903 SAN JACINTO BLVD<br>SUITE 230<br>AUSTIN TX 78701 |
| HOFER BUILDERS, INC.<br>TOM HOFER<br>904 OLD GARNER RD<br>WEATHERFORD TX 76088 | HOHMANN, TAUBE & SUMMERS, LLP<br>ERIC J TAUBE<br>100 CONGRESS AVE, SUITE 1800<br>AUSTIN TX 75701 | HSD LAKEWAY HOLDINGS, LTD.<br>MR. HAYTHEM DAWLETT<br>2101 LAKEWAY BLVD., SUITE 205<br>AUSTIN TX 78734 |
| HULL STOREY ACQUISITIONS,LLC & SC BYPASS<br>C/O HULL STOREY GIBSON COMPANIES, LLC<br>ATTN: ASHLEY DOLCE<br>1190 INTERSTATE PARKWAY<br>AUGUSTA GA 30909 | INDIGO FORESTRY, GOLF & GRADING, INC.<br>HB RAHN<br>1971 STILLWELL CLYO RD<br>SPRINGFIELD GA 31329 | INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA PA 19114 |
| JACKSON WALKER L.L.P.<br>ATTY FOR BANK OF AMERICA, N.A.<br>ATT: C. WADE COOPER<br>100 CONGRESS AVENUE, SUITE 1100<br>AUSTIN TX 78701 | JACKSON WALKER L.L.P.<br>MARVIN E. SPROUSE<br>100 CONGRESS AVENUE<br>SUITE 1100<br>AUSTIN TX 78701 | JHS, LLC<br>MR. JOHN SCARDINO<br>31200 VIA COLIANAS, SUITE 200<br>WESTLAKE VILLAGE CA 91362 |
| JOHN S. CLARK COMPANY, LLC<br>FRANK D. SMITH, JR.<br>1721 ALLEN'S LANE<br>WILMINGTON NC 28403 | KEARNEY-HORN & DEVELOPMENT CO., INC.<br>BING KEARNEY<br>5115 JOANNE KEARNEY BLVD.<br>TAMPA FL 33619 | KIMLEY-HORN & ASSOCIATES INC.<br>MARK ATKINSON<br>3001 WESTON PARKWAY<br>CARY NC 27513-2301 |
| L M MCLAMB & SON CONSTRUCTION, INC.<br>LORI SKIPPER<br>800 MCLAMB RD N W<br>CALABASH NC 28467 | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>RISA M. ROSENBERG<br>FINANCIAL RESTRUCTURING<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK NY 10005 | MILBANK, TWEED, HADLEY & MCCLOY, LLP<br>ATT: RISA M. ROSENBERG, ESQ.<br>ATTY FOR WACHOVIA BANK; WACHOVIA CAPITAL<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK NY 10005 |

| | | |
|---|---|---|
| MOORE & VAN ALLEN PLLC<br>ATTY FOR BANK OF AMERICA, N.A.<br>ATT: A.POPE, D. WALLS, C.HUBBELL YINGLIN<br>100 NORTH TRYON STREET, SUITE 4700<br>CHARLOTTE NC 28202-4003 | MOORE AND VAN ALLEN PLLC<br>ALAN W. POPE<br>100 NORTH TRYON STREET, FLOOR 47<br>CHARLOTTE NC 28202 | MOORE AND VAN ALLEN PLLC<br>DAVID S. WALLS<br>100 NORTH TRYON STREET, FLOOR 47<br>CHARLOTTE NC 28202 |
| MORGAN STANLEY CAPITAL SERVICES, INC.<br>MURIEL ZIEGLER<br>901 SOUTH BOND STREET, 6TH FLOOR<br>BALTIMORE MD 21231 | NORTH AMERICAN LAWN & LANDSCAPE<br>BRANDON GURLEY<br>4200 PERFORMANCE ROAD<br>CHARLOTTE NC 28214 | NORTH FLORIDA FRAMING, INC.<br>DAVID ANDERSON<br>965 BUNKER AVENUE<br>GREEN COVE SPRINGS FL 32043 |
| OPPENHEIMER WOLFF & DONNELLY LLP<br>ATT: DAVID B. GALLE & REBECCA G. SLUSS<br>3300 PLAZA VII<br>45 SOUTH SEVENTH STREET<br>MINNEAPOLIS MN 55402 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>CHRISTOPHER EVANS<br>PARK AVENUE TOWER<br>75 E. 55TH STREET FIRST FLOOR<br>NEW YORK NY 10022 | RANGER CONSTRUCTION CO., INC.<br>BERNIE FUNCK<br>4401 BISHOP DRIVE<br>CHARLOTTE NC 28217 |
| RIM CHAPARRAL PINES<br>REAL ESTATE SERVICES, LLC<br>LARRY THRONEBURG<br>500 N CLUB DR<br>PAYSON AZ 85541 | SANDPIPER SYNERGIES L.P.<br>ROGER MOODY<br>9914 E. PALO BREA DRIVE<br>SCOTTSDALE AZ 85262 | SPECIALIZED SERVICES, INC.<br>DAVID E. JOSEPH<br>23077 GREENFIELD ROAD SUITE 470<br>SOUTHFIELD MI 48075 |
| SUNSHINE STATE DRYWALL, INC.<br>MICHELLE A. CLARK<br>4532 W. KENNEDY BLVD<br>TAMPA FL 33609 | SUNSHINE STATE PLUMBING<br>MIKE AND SHARON PORTER<br>710 HAINES STREET<br>JACKSONVILLE FL 32202 | TAURUS PAINTING, INC.<br>RUBEN TINOCO<br>3732 ADIROLF ROAD<br>JACKSONVILLE FL 32207 |
| TOWN HALL AMENITIES CENTER<br>MG OLEANDER<br>C/O HAMPTON GOLF<br>10401 DEERWOOD PARK BLVD, SUITE 300<br>JACKSONVILLE FL 32256 | TOWN OF PAYSON<br>SILVIA SMITH<br>303 N. BEELINE HWY.<br>PAYSON AZ 85541 | TRI TECH AIR CONDITIONING, INC.<br>STEPHEN TRIER<br>1041 SEMINOLA BLVD<br>CASSELBERRY FL 32707 |
| TW TELECOM INC.<br>ATT: LINDA BOYLE<br>10475 PARK MEADOWS DRIVE, #400<br>LITTLETON CO 80124 | UNIVERSAL BUILDING SUPPLY, INC.<br>JEFF BURNEY<br>2628 NORTH DESIGN COURT<br>SANFORD FL 32773 | VANKIRK ELECTRIC, INC.<br>L. WES. VANKIRK<br>133 W. CANDLER ST.<br>WINDER GA 30680 |
| VINSON & ELKINS L.L.P.<br>ATT: DUSTON K. MCFAUL & GINNY A. MASLIN<br>ATTY FOR WALCAM LAND GROUP, LLC<br>1001 FANNIN STREET, SUITE 2500<br>HOUSTON TX 77002-6760 | WACHOVIA CAPITAL MARKETS, LLC<br>A WELLS FARGO COMPANY<br>RON FERGUSON<br>ONE WACHOVIA CENTER<br>301 S. COLLEGE STREET 16TH FLOOR<br>CHARLOTTE NC 28288 | WACHOVIA CAPITAL MARKETS, LLC<br>A WELLS FARGO COMPANY<br>EVANDER ("VAN") JONES, JR.<br>ONE WACHOVIA CENTER<br>301 S. COLLEGE STREET 16TH FLOOR<br>CHARLOTTE NC 28288 |
| WDG CONSTRUCTION, INC.<br>DONALD A. BUCK<br>PROFESSIONAL PARK<br>2130 ASHLEY OAKS CIRCLE, SUITE 102<br>WESLEY CHAPEL FL 33544 | WEIL GOTSHAL & MANGES LLP<br>MARTIN A SOSLAND<br>200 CRESCENT COURT, SUITE 300<br>DALLAS TX 75201 | WEIL GOTSHAL & MANGES LLP<br>LYDIA T PROTOPAPAS<br>200 CRESCENT COURT, SUITE 300<br>DALLAS TX 75201 |
| WEIL GOTSHAL & MANGES LLP<br>MARCIA L GOLDSTEIN<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 | | |