UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| CRESCENT RESOURCES, LLC, et al., | § | CASE NO. 09-11507-CAG |
| Debtors. | § | Jointly Administered |

## APPLICATION OF OFFICIAL UNSECURED CREDITORS' COMMITTEE FOR EMPLOYMENT OF FINANCIAL ADVISORS

The Official Unsecured Creditors' Committee of Crescent Resources, LLC, et al. (the "Committee") applies to the Court to allow the employment of Unique Strategies Group, Inc. to represent it in this case effective July 30, 2009, and in support thereof would show as follows:

1. This Chapter 11 bankruptcy was filed on June 10, 2009.

2. The United States Trustee appointed the members of the Committee, and the Committee selected Robert L. "Rob" Shults, Jr., Honours Golf, as its Chair.

3. The Committee desires to employ the firm of Unique Strategies Group, Inc. ("the Firm"), 5800 Tom Wooten Drive, Austin, TX 78731, Telephone No. (512) 529-7600, to serve as its counsel in this case.

4. This firm has been selected by the Committee because the financial advisors in the Firm are knowledgeable and experienced in the business of the Debtors and the bankruptcy process, as well as other areas of commercial enterprises and business transactions.

5. The professional services to be rendered and the proposed arrangement for compensation are set forth in the Engagement Letter attached hereto as *Exhibit A*. The Firm's customary fees and expenses incurred in connection with this representation are to be paid by the bankruptcy estate.

6. The proposed arrangement of compensation is as follows: such applicant financial advisors will apply to the Court for compensation pursuant to Bankruptcy Rule 2016, and under the terms of the 5th Circuit Court of Appeals' ruling in the case In Re First Colonial Corporation of America, 544 F.2d 1291 (5th Cir. 1979) and other applicable case law, except as may be modified by the Court pursuant to the pending *Debtors' Motion Pursuant to Section 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) for Authorization to Establish Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* (Doc. No. 144).

7. The hourly rates to be charged by the personnel of the Firm who will be working on this case are at this time as follows:

| | |
|---|---|
| Dan Bensimon | $300.00 |
| Beth Whatley | $250.00 |
| Staff Analysts | $150.00 |

Such hourly rates may be raised in the future, subject to approval of the Court as being reasonable under the procedures set out in Paragraph 6.

8. Other professionals in the same profession who have been hired by the bankruptcy estate are as follows:

Alvarez & Marsal North America, LLC
Lazard Frères & Company LLC

9. To the best of the Committee's knowledge, these financial advisors have no interest adverse to the unsecured creditors on any of the matters upon which they are to be engaged, and their employment would be in the best interest of this estate. Applicant has provided an affidavit detailing any prior involvement of the Firm with interested parties, if any.

10. The Firm respectfully requests that this Application be considered on the next regularly scheduled hearing date set in this case.

11. A copy of this Application has been provided to the Debtor, the Debtor's attorney, the United States Trustee, and the parties on the Master Service List. In light of the relief requested in this Application, the Applicant requests that no further notice need be provided.

WHEREFORE, the Unsecured Creditors' Committee requests an order of the Court allowing the retention of Unique Strategies Group, Inc. as financial advisors for the Unsecured Creditors' Committee herein upon the terms described in this application and for such other relief as is just.

Respectfully submitted,

UNSECURED CREDITORS' COMMITTEE

By: _____
Robert L. Shults, Jr., Chair

MARTINEC, WINN, VICKERS & McELROY, P.C.
600 Congress Avenue, Suite 500
Austin, TX 78701
(512) 476-0750/FAX (512) 476-0753
martinec@mwvmlaw.com

By: /s/ Martinec

Joseph D. Martinec
State Bar No. 13137500
ATTORNEYS FOR UNSECURED
CREDITORS COMMITTEE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| CRESCENT RESOURCES, LLC, et al., | § | CASE NO. 09-11507-CAG |
| | § | |
| Debtors. | § | Jointly Administered |

| | | |
|---|---|---|
| STATE OF TEXAS | ) | |
| | ) | **AFFIDAVIT OF PROPOSED ADVISORS** |
| COUNTY OF TRAVIS | ) | |

I, Dan Bensimon, of Unique Strategies Group, Inc. state on oath as follows:

1. I am the president and chief executive Officer of Unique Strategies Group, Inc.

2. The firm of Unique Strategies Group, Inc. ("the Firm") maintains an office at 5810 Tom Wooten Drive, Austin, TX 78731, Telephone No. (512) 529-7600.

3. The Firm has no connection with the above named Debtors, their creditors, the Unsecured Creditors' Committee, any other party in interest herein, their respective attorneys and accountants, the U. S. Trustee, or any person employed in the office of the U. S. Trustee, except as set forth in Paragraph 5 below, if any.

4. I have reviewed the list of creditors herein, and to the best of my knowledge the Firm and I represent no interest adverse to the Unsecured Creditors' Committee herein in the matters upon which the Firm is to be engaged.

UNIQUE STRATEGIES GROUP, INC.
5810 Tom Wooten Drive
Austin, TX 78731
(512) 529-7600/ 795-8431 fax
dbensimon@austin.rr.com

By: _____
Dan Bensimon

SUBSCRIBED and sworn to before me this 31st day of July, 2009.

_____
Nicole Rene Prestegard

NICOLE RENE PRESTEGARD
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
11-12-2011

Application To Employ Financial Advisors-Creditors Committee 3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing *Application of Official Unsecured Creditors' Committee for Employment of Financial Advisors* was sent by first class mail, postage prepaid, to the following on the 3rd day of August, 2009:

**Crescent Resources, LLC**
400 South Tryon Street, Suite 1300
Charlotte, NC 28285

**Eric J. Taube**
Hohmann, Taube & Summers, L.L.P.
100 Congress Ave., Suite 1800
Austin, TX 78701
Attorney for Debtor

Robert L. Shults, Jr., Chair
Honours Golf
3455 Peachtree Road NE, Ste 500
Atlanta, GA 30326

U. S. Trustee
903 San Jacinto Blvd., Ste. 230
Austin, TX 78701-2450

and to the creditors and parties in interest listed on the attached Master Service List.

_____
Joseph D. Martinec

Crescent Resources, LLC et al.
Ch. 11 Case No. 09-11507
Master Service List
**AMENDED 8-03-09**

Crescent Resources, LLC
400 South Tryon Street, Suite 1300
Charlotte, NC 28285

Hohmann, Taube & Summers, LLP
Attn: Eric J Taube
100 Congress Ave., Ste. 1800
Austin, TX 78701

Weil Gotshal & Manges LLP
Martin A Sosland / Lydia T Protopapas
200 Crescent Court, Suite 300
Dallas, TX 75201

US Trustee
903 San Jacinto Blvd., Ste. 230
Austin, TX 78701

The Garden City Group, Inc.
Claims and Noticing Agent
105 Maxess Road
Melville, NY 11747

## UNSECURED CREDITORS COMMITTEE

HONOURS GOLF
ROBERT L. SHULTS, JR., CHAIR
3455 PEACHTREE ROAD NE, STE 500
ATLANTA, GA 30326

HCH, INC.
R. PERRY OVERSTREET
3017 SE 156TH AVENUE
VANCOUVER, WA 98683

RIM CHAPARRAL PINES
REAL ESTATE SERVICES, LLC
LARRY THRONEBURG
3801 N. GOLDWATER BLVD., #400
SCOTTSDALE, AZ 85251

HOFER BUILDERS, INC.
DAVID HOFER
301 NORTH SAGINAW BLVD.
SAGINAW, TX 76179

WORLDWEST LLC
THOMAS HORNBAKER
609 NEW HAMPSHIRE ST.
LAWRENCE, KS 66044

GLADYS ELDER
412 SAN LANTA CIRCLE
SANFORD, FL 32771

## ATTORNEY FOR UCC

Joseph D. Martinec
Martinec, Winn, Vickers & McElroy, PC
600 Congress Avenue, Suite 500
Austin, TX 78701

## MASTER SERVICE LIST

A.R.C.I. LTD
JODY BORN, PRESIDENT
1100 BLUE BELL ROAD
HOUSTON, TX 77038

BANK OF AMERICA, NA
ALEX HAW
100 SE 2ND STREET (14TH FLOOR)
MAIL CODE FL7-950-14-05
MIAMI FL 33131

BANK OF AMERICA, NA
SHERI STARBUCK, AGENCY MANAGEMENT
TX1-492-14-11
901 MAIN STREET, 14TH FLOOR
DALLAS TX 75202

BLYTHE DEVELOPMENT CO.
LUTHER J. BLYTHE, JR
1415 EWESTINGHOUSE BLVD
CHARLOTTE NC 28273

BURR & FORMAN LLP
ATTN: D. CHRISTOPHER CARSON, ESQ.
ATTY FOR GREENPOINTE HOLDINGS, LLC
420 NORTH 20TH STREET, SUITE 3400
BIRMINGHAM AL 35203

COLEJENEST & STONE, PA
BRIAN C. JENEST
200 SOUTH TRYON STREET, SUITE 1400
CHARLOTTE NC 28202

CUSTOM FLOORS OF JACKSONVILLE
PATRICIA & ROGER OWENS
1913 VILLAGE GLEN DRIVE
Saint Johns, FL 32259

ED TAYLOR CONSTRUCTION SOUTH, INC.
BILL WOLFE
2713 N. FALKENBURG, SUITE A
TAMPA FL 33619

FIVE MILE CAPITAL PARTNERS LLC
JIM GLASGOW
301 TRESSER BLVD., SUITE 900
STANFORD CT 06901

FLORIDA ROADS CONTRACTING, INC.
RICK BAKER
10439 ALTA DRIVE
JACKSONVILLE FL 32226

GOULSTON & STORRS, P.C., ATTY FOR JOHN HANCOCK LIFE INSURANCE CO
ATTN: DOUGLAS B. ROSNER & PHILIP E. SEGA
400 ATLANTIC AVENUE
BOSTON MA 02110-3333

GRAHAM, RICH
BANK OF AMERICA
250 SOUTH PARK AVENUE, SUITE 400
WINTER PARK FL 32789

GREENBERG TRAURIG, LLP
ATTN: JANA K. TERRY, ESQ.
ATTY FOR RED SWAN CAPITAL, LLC
300 WEST 6TH STREET, SUITE 2050
AUSTIN TX 78701

HARTMAN, SIMONS, SPIELMAN & WOOD
ATTN: SAMUEL R. ARDEN, ESQ.
ATTY FOR REGIONS BANK
6400 POWERS FERRY ROAD, NW, STE 400
ATLANTA GA 30339

HAYNES AND BOONE, LLP, ATTN: CHARLES
BECKHAM, & BROOKS HAMILTON
ATTY FOR WACHOVIA BK/WACHOVIA CAPITAL
1221 MCKINNEY, SUITE 2100
HOUSTON TX 77010

HAYNES AND BOONE, LLP
ATTN: SARAH FOSTER, ESQ.
ATTY FOR WACHOVIA BK/WACHOVIA CAPITAL
600 CONGRESS AVENUE, SUITE 1300
AUSTIN TX 78701

HOFER BUILDERS, INC.
TOM HOFER
904 OLD GARNER RD
WEATHERFORD, TX 76088

HULL STOREY ACQUISITIONS LLC & SC
BYPASS
C/O HULL STOREY GIBSON COMPANIES LLC
ATTN: ASHLEY DOLCE
1190 INTERSTATE PARKWAY
AUGUSTA, GA 30909

IKON OFFICE SOLUTIONS
ATTN: SHAUNDOLYN ROBERSON
RECOVERY & BANKRUPTCY GROUP
3920 ARKWRIGHT ROAD, STE 400
MACON, GA 31210

INDIGO FORESTRY, GOLF &GRADING, INC.
HB RAHN
1971 STILLWELL CLYO RD
SPRINGFIELD, GA 31329

INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

JACKSON WALKER L.L.P.
ATTY FOR BANK OF AMERICA, N.A.
ATTN C WADE COOPER & MARVIN SPROUSE
100 CONGRESS AVENUE, SUITE 1100
AUSTIN, TX 78701

JIM & GAYLA REGISTER
27021 N. 64TH STREET
SCOTTSDALE, AZ 85266-5266

KEARNEY·HORN &DEVELOPMENT CO., INC.
BING KEARNEY
5115 JOANNE KEARNEY BLVD.
TAMPA, FL 33619

KIMLEY·HORN &ASSOCIATES INC.
MARK ATKINSON
3001 WESTON PARKWAY
CARY, NC 27513-2301

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER, ESQ.
ATTY FOR DALLAS COUNTY
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201

MILBANK, TWEED, HADLEY & MCCLOY LLP
RISA M. ROSENBERG
FINANCIAL RESTRUCTURING
1CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: GREGORY A BRAY, ESQ.
ATTY FOR WACHOVIA BANK; WACHOVIA
CAPITAL
601 SOUTH FIGEROA ST., 30TH FLOOR
LOS ANGELES, CA 90017

MOORE & VAN ALLEN PLLC
ATTY FOR BANK OF AMERICA, N.A.
ATTN: A.POPE, D. WALLS, C.HUBBELL YINGLIN
100 NORTH TRYON STREET, SUITE 4700
CHARLOTTE, NC 28202-4003

MORGAN STANLEY CAPITAL SERVICES, INC.
CHIEF LEGAL OFFICER
1585 BROADWAY
NEW YORK, NY 10036-8293

MOSTER & WYNNE PC
ATTN: CHARLES A. MOSTER, ESQ.
ATTY FOR MARC & SUSAN HAAS
620 CONGRESS, THIRD FLOOR, STE 320
AUSTIN, TX 78701

NORTH AMERICAN LAWN & LANDSCAPE
BRANDON GURLEY
4200 PERFORMANCE ROAD
CHARLOTTE, NC 28214

NORTH FLORIDA FRAMING, INC.
DAVID ANDERSON
965 BUNKER AVENUE
GREEN COVE SPRINGS, FL 32043

OPPENHEIMER WOLFF & DONNELLY LLP
ATTN: DAVID B. GALLE &REBECCA G. SLUSS
3300 PLAZA VII
45 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402

PAUL, HASTINGS, JANOFSKY & WALKER LLP
CHRISTOPHER EVANS
PARK AVENUE TOWER
75 E. 55TH STREET FIRST FLOOR
NEW YORK, NY 10022

RANGER CONSTRUCTION CO., INC.
BERNIE FUNCK
4401 BISHOP DRIVE
CHARLOTTE, NC 28217

RIM CHAPARRAL PINES
REAL ESTATE SERVICES, LLC
LARRY THRONEBURG
500 NCLUB DR
PAYSON, AZ 85541

SANDPIPER SYNERGIES L.P.
ROGER MOODY
9914 E. PALO BREA DRIVE
SCOTTSDALE, AZ 85262

SEMINOLE COUNTY TAX COLLECTOR
ATTN: DONA SPAULDING
PO BOX 630
SANFORD, FL 32772-0630

SPECIALIZED SERVICES, INC.
DAVID E. JOSEPH
PO BOX 20842
FERNDALE, MI 48220-0842

ST. JOHNS IRRIGATION & LANDSCAPING
NIGEL BROWN
445 SR 13 STE. 26, PMB 393
JACKSONVILLE, FL 32259-2259

SDH INVESTMENTS, L.L.C.
ATT: STAN HARRISON, MANAGER
2601 NW EXPRESSWAY, SUITE 612 EAST
OKLAHOMA CITY, OK 73112

STONE & BAXTER, LLP
ATTN: W.STONE, J.SMITH & M.WATSON
ATTY FOR DURANGO-GEORGIA CORP.
577 MULBERRY ST., SUITE 800
MACON GA 31201

Streusand & Lamdon, LLP
ATTN: SABRINA STREUSAND & RICHARD VILLA
ATTY FOR NICOLL; VEST; STEPHENS; FROSCH
515 CONGRESS AVENUE, SUITE 2523
AUSTIN, TX 78701

SUNSHINE STATE DRYWALL, INC.
MICHELLE A. CLARK
4532 W. KENNEDY BLVD
TAMPA, FL 33609

SUNSHINE STATE PLUMBING
MIKE AND SHARON PORTER
710 HAINES STREET
JACKSONVILLE, FL 32202

TAURUS PAINTING, INC.
RUBEN TINOCO
3732 ADIROLF ROAD
JACKSONVILLE, FL 32207

TOWN HALL AMENITIES CENTER
MGOLEANDER
c/o HAMPTON GOLF
10401 DEERWOOD PARK BLVD, SUITE 300
JACKSONVILLE, FL 32256

TOWN OF PAYSON
SILVIA SMITH
303 N. BEELINE HWY.
PAYSON, AZ 85541

TRI TECH AIR CONDITIONING, INC.
STEPHEN TRIER
1041 SEMINOLA BLVD
CASSELBERRY, FL 32707

TW TELECOM INC.
ATTN: LINDA BOYLE
10475 PARK MEADOWS DRIVE, #400
LITTLETON CO, 80124

UNIVERSAL BUILDING SUPPLY, INC.
JEFF BURNEY
2628 NORTH DESIGN COURT
SANFORD, FL 32773

VANKIRK ELECTRIC, INC.
L. WES. VANKIRK
133 W. CANDLER ST.
WINDER, GA 30680

VINSON &ELKINS L.L.P.
ATTN: DUSTON MCFAUL &GINNY A. MASLIN
ATTY FOR WALCAM LAND GROUP, LLC
1001 FANNIN STREET, SUITE 2500
HOUSTON, TX 77002-6760

WACHOVIA CAPITAL MARKETS, LLC
A WELLS FARGO COMPANY
RON FERGUSON & EVANDER JONES, JR.
ONE WACHOVIA CENTER
301 S. COLLEGE STREET 16TH FLOOR
CHARLOTTE, NC 28288

WDG CONSTRUCTION, INC.
DONALD A. BUCK
PROFESSIONAL PARK
2130 ASHLEY OAKS CIRCLE, SUITE 102
WESLEY CHAPEL, FL 33544

WEIL GOTSHAL & MANGES LLP
ATTN: MARCIA L. GOLDSTEIN
767 FIFTH AVENUE
NEW YORK, NY 10153