## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

---------------------------------------------------------------x
In re                                          :     Chapter 11
                                               :
**CRESCENT RESOURCES, LLC,** *et. al.*,        :     Case No. 09-11507 (CAG)
                                               :
       **Debtors.**              :     Jointly Administered
                                               :
---------------------------------------------------------------x

### NOTICE OF SUBMISSION OF EXTENSION OF DATE FOR DELIVERY OF CERTAIN CERTIFICATES IN CONNECTION WITH THE DIP CREDIT AGREEMENT DATED AS OF JUNE 17, 2009

**PLEASE TAKE NOTICE** that, on July 27, 2009, the United States Bankruptcy Court for the Western District of Texas entered the Final Order (I) Approving Debtors' Motion for Order Authorizing Debtors to Incur Post-Petition Secured Indebtedness; (II) Granting Security Interests and Superpriority Claims Pursuant to Sections 105(a), 364(c) and (d) of the Bankruptcy Code; (III) Granting Adequate Protection to the Pre-Petition Secured Lenders; (IV) Authorizing the Debtors to Use Cash Collateral; and (V) Modifying the Automatic Stay [Docket No. 231] (the "Final DIP Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Final DIP Order, the Debtors were authorized to enter into that certain Post-Petition Loan and Security Agreement (the "DIP Loan Agreement"), dated as of June 17, 2009 among the Borrower,[1] the Parent, the Guarantors party thereto, the DIP Lenders party thereto, and the Administrative Agent.

---

[1] Capitalized terms not defined herein shall adhere to the meanings ascribed to such terms in the Final DIP Loan Agreement.

00071807.000.DOC

**PLEASE TAKE FURTHER NOTICE** that, in connection with the DIP Loan Agreement, the parties thereto entered into that certain Closing Memorandum, dated as of June 17, 2009 (the "Closing Memorandum").

**PLEASE TAKE FURTHER NOTICE** that the Administrative Agent agreed, as evidenced by that certain letter agreement dated July 31, 2009, to extend the date for delivery of the flood insurance certificates referred to in the second paragraph of the Closing Memorandum until August 31, 2009.

Dated: August 3, 2009
Austin, Texas

/s/ Eric J. Taube
Eric J. Taube (19679350)
Mark C. Taylor (19713225)
HOHMANN, TAUBE & SUMMERS, L.L.P
100 Congress Avenue, Suite 1800
Austin, Texas 78701
Telephone: (512) 472-5997
Facsimile: (512) 472-5248

-and-

Martin A. Sosland (18855645)
Lydia T. Protopapas (00797267)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777

-and-

Marcia L. Goldstein (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served upon those parties receiving the Court's ECF e-mail notification and by the Noticing Agent on all parties on the limited service list on this 3rd day of August, 2009.

/s/ Eric J. Taube
Eric J. Taube