**B6D (Official Form 6D) (12/07) – Cont.**

In re <u>  Crescent Resources, LLC                      </u>,      Case No.   <u>09-11507                    </u>
  <span>Debtor</span>                                          <span>(if known)</span>

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Landscape Services, Inc. <br> 204 River Hills Drive <br> Nashville, TN 37210 | | | Claim of lien, February 25, 2009 <br><br> VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO. <br><br> Lovell's Masonry, Inc. <br> 100 Hill Street <br> Columbia, TN 38401 | | | Subcontractor claim of lien, March 5, 2009 <br><br> VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO. <br><br> Markham Company, Inc., The <br> 60 Fairway Boulevard <br> Jackson, TN 38305 | | | Subcontractor claim of lien, May 11, 2009 <br><br> VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO. <br><br> OCE Financial Services, Inc. <br> 5450 North Cumberland <br> Chicago, IL 60656-1494 | | | UCC financing statement #007-2007-012069 dated 06/18/2007 filed in Barrow County, Georgia <br><br> VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO. <br><br> Parkes Companies, Inc., d/b/a Site Solutions, The <br> 105 Reynolds Drive <br> Franklin, TN 37064 | | | Subcontractor claim of lien, May 5, 2009 <br><br> VALUE $ Undetermined | X | X | | Undetermined | Undetermined |

Sheet no. <u> 8 </u> of <u> 11 </u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶
(Total(s) of this page)

$ 0.00

$0.00

Total(s) ▶
(Use only on last page)

$

$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) – Cont.

In re  Crescent Resources, LLC                        ,     Case No.   09-11507
       **Debtor**            **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rock City Mechanical Company, LLC<br>2715 Grandview Ave.<br>Nashville, TN 37211 | | | Subcontractor claim of lien, March 27, 2009<br><br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>Sessions Paving Company<br>c/o David K. Taylor<br>Bradley Arant<br>Boult,Cummings,Conners & Berry<br>1600 Division Street,Suite 700<br>Nashville, TN 37203 | | | Subcontractor Lien Claim - One Greenway Centre - 3/27/09, Amended 6/3/09<br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>Simplex Grinnel LP<br>50 Technology Drive<br>Westminster, MA 01441 | | | Subcontractor claim of lien, April 30, 2009<br><br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>Specialty Tile Products, Inc<br>1275 Oakbrook Dr., Suite D<br>Norcross, GA 30093 | | | Subcontractor claim of lien, May 12, 2009<br><br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>SteelFab, inc.<br>5448 Spalding Drive<br>Building 200<br>Norcross, GA 30092 | | | Subcontractor claim of lien, May 6, 2009<br><br><br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |

Sheet no. _9_ of _11_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶
(Total(s) of this page)    $ 0.00    $0.00

Total(s) ▶
(Use only on last page)    $    $

  (Report also on Summary of Schedules.)

  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) – Cont.

In re  Crescent Resources, LLC                    ,          Case No.   09-11507
            **Debtor**                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Tampa Pavement Constructors, Inc. 918 East Busch Boulevard Tampa, FL 33612 | | | Claim of Lien VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO. TCF Equipment Finance, Inc. 11100 Wayzata Boulevard, Suite 801 Minnetonka, MN 55305 | | | UCC financing statement #007-2004-008203 dated 06/18/2007 filed in Barrow County, Georgia VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO. US Bancorp 1310 Madrid Street Marshall, MN 56258 | | | UCC financing statement #007-2008-014962 dated 07/28/2008 filed with the Superior Court Clerks' Cooperative Authority Cental Index, Georgia VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO. Wachovia, N. A. 401 Linden Street Winston Salem, NC 27101 | | | Letter of Credit No.: SM222278W VALUE $ Undetermined | X | | | Undetermined | Undetermined |
| ACCOUNT NO. Wachovia, N. A. 401 Linden Street Winston Salem, NC 27101 | | | Letter of Credit No.: SM215404W VALUE $ Undetermined | X | | | Undetermined | Undetermined |

Sheet no. _10_ of _11_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶
(Total(s) of this page)

$ 0.00

$0.00

Total(s) ▶
(Use only on last page)

$

$

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07) – Cont.**

In re   Crescent Resources, LLC                    ,          Case No.   09-11507
                    **Debtor**                                                         **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Wachovia, N. A. <br>401 Linden Street <br>Winston Salem, NC 27101 | | | Letter of Credit No.: SM228669W <br><br><br> VALUE $ Undetermined | X | | | Undetermined | Undetermined |
| ACCOUNT NO. <br><br>Wachovia, N. A. <br>401 Linden Street <br>Winston Salem, NC 27101 | | | Letter of Credit No.: SM202061W <br><br><br> VALUE $ Undetermined | X | | | Undetermined | Undetermined |
| ACCOUNT NO. <br><br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br> VALUE $ | | | | | | | | |
| ACCOUNT NO. <br><br><br> VALUE $ | | | | | | | | |

Sheet no. _11_ of _11_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

| | |
|---|---|
| $ 0.00 | $0.00 |

Total(s) ▶
(Use only on last page)

| | |
|---|---|
| $ 2,990,336,000.00 <br>+ Undetermined amounts | $0.00 <br>+ Undetermined amounts |
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re   **Crescent Resources, LLC**                              ,          Case No. **09-11507**                        
                      **Debtor**                                                               **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) – Cont.**

In re **Crescent Resources, LLC** _____ ,          Case No. **09-11507** _____
  **Debtor**                                                                    **(if known)**

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☒ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment**.**

 **8** **continuation sheets attached**

B6E (Official Form 6E) (12/07) – Cont.

In re  Crescent Resources, LLC                              ,          Case No.   09-11507
                    **Debtor**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> BAY COUNTY <br> PEGGY BRANNON <br> PO BOX 2285 <br> PANAMA CITY, FL 32402 | | | Tax Claim | X | | | $75,090.52 | Undetermined | Undetermined |
| Account No. <br><br> Bumgarner, William & Elizabeth <br> 2420 Glencove Way <br> High Point, NC 27265 | | | Lot Sale Deposit - made payable to Sugarloaf Properties, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 | Undetermined | Undetermined |
| Account No. <br><br> CATAWBA COUNTY TAX COLLECTOR <br> P O BOX 580510 <br> CHARLOTTE, NC 28258-0510 | | | Tax Claim | X | | | $0.32 | Undetermined | Undetermined |
| Account No. <br><br> CHARLTON CNTY TAX COMMISSIONER <br> 100 THIRD STREET <br> FOLKSTON, GA 31537 | | | Tax Claim | X | | | $855.15 | Undetermined | Undetermined |

Sheet no.  1  of  8  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶  
(Totals of this page)  $ 80,945.99 | $ 0.00 | $ 0.00

Total ▶  
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Totals ▶  
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ | $

Amended

**B6E (Official Form 6E) (12/07) – Cont.**

In re <u>Crescent Resources, LLC</u>                    ,          Case No.  <u>09-11507</u>
                        **Debtor**                                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

<u>Type of Priority for Claims Listed on This Sheet</u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> CHESTER METROPOLITAN DISTRICT <br> P. O. BOX 177 <br> GREAT FALLS, SC 29055-0177 | | | Tax Claim | X | | | $55.45 | Undetermined | Undetermined |
| Account No. <br><br> CITY OF JACKSONVILLE TAX COLLECTOR <br> 214 NORTH HOGAN STREET, ROOM 273 <br> JACKSONVILLE, FL 32202 | | | Tax Claim | X | | | $300.00 | Undetermined | Undetermined |
| Account No. <br><br> FLAGLER COUNTY TAX COLLECTOR <br> PO BOX 846 <br> BUNNELL, FL 32110 | | | Tax Claim | X | | | $429.12 | Undetermined | Undetermined |
| Account No. <br><br> George, Ms. Mary K. <br> AICP, Asst. Planning <br> Catawba County Planning <br> 100 A South West Blvd. <br> Newton, NC 28658 | | | Land Mangement Sales Deposits - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $10.00 | Undetermined | Undetermined |

Sheet no. <u>2</u> of <u>8</u> continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 794.57 | $ 0.00 | $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$  |  $

**B6E (Official Form 6E) (12/07) – Cont.**

In re  Crescent Resources, LLC                                        ,         Case No.   09-11507
                          **Debtor**                                                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> GILA COUNTY TAX COLLECTOR <br> PO BOX 1093 <br> GLOBE, AZ 85502 | | | Tax Claim | X | | | $280,693.01 | Undetermined | Undetermined |
| Account No. <br><br> Graves, Andrew & Karen <br> 1812 Brawley School Rd <br> Mooresville, NC 28117 | | | Lot Sales Deposit - made payable to The Point on Norman, LLC and held by Crescent Resources, LLC | X | | | $500.00 | Undetermined | Undetermined |
| Account No. <br><br> Grosse, Neil S <br> 3430 Fox Hollow Way <br> Suwanee, GA 30024 | | | Boat Slip Deposit - made payable to Crescent Communities S.C., LLC and held by Crescent Resources, LLC | X | | | $500.00 | Undetermined | Undetermined |
| Account No. <br><br> Henry, Patrick T <br> c/o Crescent Resources, LLC <br> 400 South Tyron Street, Suite 1300 <br> Charlotte, NC 28285 | | | Employee Liability | X | | | $164,026.00 | $10,950.00 | $153,076.00 |

Sheet no.  3  of  8  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| | $ 445,719.01 | $ 10,950.00 | $ 153,076.00 |
|---|---|---|---|

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

| | $ | | |
|---|---|---|---|

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

| | | $ | $ |
|---|---|---|---|

**B6E (Official Form 6E) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                                    ,          Case No.   **09-11507**
                                          Debtor                                                                           (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  HILLSBOROUGH CTY TAX COLLECTOR P O BOX 172920 TAMPA, FL 33672-0920 | | | Tax Claim | X | | | $556,105.53 | Undetermined | Undetermined |
| Account No.  MARICOPA COUNTY DAVID SCHWEIKERT PO BOX 52133 PHOENIX, AZ 85072-2133 | | | Tax Claim | X | | | $5,213.21 | Undetermined | Undetermined |
| Account No.  MARTIN COUNTY TAX COLLECTOR 3485 SE WILLOUGHBY BLVD STUART, FL 34994-5062 | | | Tax Claim | X | | | $60.47 | Undetermined | Undetermined |
| Account No.  MCINTOSH CO. TAX COMMISSIONER PO BOX 571 DARIEN, GA 31305-0571 | | | Tax Claim | X | | | $115,532.84 | Undetermined | Undetermined |

Sheet no.  _4_  of  _8_  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 676,912.05          $ 0.00          $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

$

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

$          $

**B6E (Official Form 6E) (12/07) – Cont.**

In re  Crescent Resources, LLC                                    ,          Case No.   09-11507
          **Debtor**                                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  OKALOOSA COUNTY TAX COLLECTOR PO BOX 1390 NICEVILLE, FL 32588 | | | Tax Claim | X | | | $179,358.62 | Undetermined | Undetermined |
| Account No.  ORANGE COUNTY TAX COLLECTOR PO BOX 545100 ORLANDO, FL 32854-5100 | | | Tax Claim | X | | | $111,237.55 | Undetermined | Undetermined |
| Account No.  Pinkston, Edwin 404 Pinewood Lane Ruston, LA 71270 | | | Boat Slip Deposit - made payable to Crescent Communities S.C., LLC and held by Crescent Resources, LLC | X | | | $500.00 | Undetermined | Undetermined |
| Account No.  REILLY, MICHAEL & KATHLEEN 2007 Channelstone Way Matthews, NC 28104 | | | Boat Slip Deposit - made payable to 1780, LLC and held by Crescent Resources, LLC | X | | | $500.00 | Undetermined | Undetermined |

Sheet no.  5  of  8  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| $ 291,596.17 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

| $ | | |

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

| | $ | $ |

**B6E (Official Form 6E) (12/07) – Cont.**

In re  Crescent Resources, LLC                          ,          Case No.   09-11507
          **Debtor**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Runkle, Ronald K. & Jean N.<br>16 Elderberry Lane<br>Pawleys Island, SC 29585 | | | Boat Slip Reservation Binders - made payable to Old Wildlife Club, LLC and held by Crescent Resources, LLC | X | | | $500.00 | Undetermined | Undetermined |
| Account No.<br><br>RUTHERFORD CO TRUSTEE<br>P O BOX 1316<br>MURFREESBORO, TN 37133 | | | Tax Claim | X | | | $203,162.00 | Undetermined | Undetermined |
| Account No.<br><br>SC DEPARTMENT OF REVENUE<br>MC PROPERTY TAX<br>COLUMBIA, SC 29214-0139 | | | Tax Claim | X | | | $1,353.81 | Undetermined | Undetermined |
| Account No.<br><br>SEMINOLE COUNTY TAX COLLECTOR<br>PO BOX 630<br>SANFORD, FL 32772-0630 | | | Tax Claim | X | | | $530,627.28 | Undetermined | Undetermined |

Sheet no.  6  of  8  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| | | |
|---|---|---|
| $ 735,643.09 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$                $

**B6E (Official Form 6E) (12/07) – Cont.**

In re <u>  Crescent Resources, LLC                    </u>,          Case No. <u>  09-11507                    </u>
Debtor                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

<u>  Type of Priority for Claims Listed on This Sheet  </u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>TAX COLLECTOR, FRANKLIN<br>PO BOX 681749<br>FRANKLIN, TN 37068-1749 | | | Tax Claim | | X | | $49,844.60 | Undetermined | Undetermined |
| Account No.<br><br>TAX COLLECTOR, LAVERGNE<br>5093 MURFREESBORO RD<br>LA VERGNE, TN 37086 | | | Tax Claim | | X | | $39,679.35 | Undetermined | Undetermined |
| Account No.<br><br>TENNESSEE DEPT. OF REVENUE<br>500 DEADERICK STREET<br>ANDREW JACKSON STATE<br>OFFICE BLDG<br>NASHVILLE, TN 37242 | | | Tax Claim | | X | | $18,977.76 | Undetermined | Undetermined |
| Account No.<br><br>WALTON COUNTY TAX<br>COLLECTOR<br>PO BOX 510<br>DEFUNIAK SPRINGS, FL 32435 | | | Tax Claim | | X | | $1,881.73 | Undetermined | Undetermined |

Sheet no. <u> 7 </u> of <u> 8 </u> continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▶<br>(Totals of this page)  $ 110,383.44   $ 0.00   $ 0.00

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)          $

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)          $          $

**B6E (Official Form 6E) (12/07) – Cont.**

In re   **Crescent Resources, LLC**                                    ,          Case No.   **09-11507**
                          **Debtor**                                                                          **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Williams, Sue<br>302 Treetops Drive<br>Seneca, SC 29678 | | | Boat Slip Deposit - made payable to Crescent Communities S.C., LLC and held by Crescent Resources, LLC | X | | | $500.00 | Undetermined | Undetermined |
| Account No.<br><br>WILLIAMSON COUNTY TRUSTEE<br>P O BOX 1365<br>FRANKLIN, TN 37065-1365 | | | Tax Claim | X | | | $252,672.31 | Undetermined | Undetermined |
| Account No.<br><br> | | | | | | | | | |
| Account No.<br><br> | | | | | | | | | |

Sheet no.   **8**   of   **8**   continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

$ 253,172.31 | $ 0.00 | $ 0.00

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$ 2,595,166.63 + Undetermined amounts

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$ 10,950.00 + Undetermined amounts | $ 153,076.00 + Undetermined amounts

B6F (Official Form 6F) (12/07)

In re   **Crescent Resources, LLC**          ,             Case No. **09-11507**
                  **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>A & W CONTRACTORS INC<br>530 WOODLAKE CIRCLE<br>CHESAPEAKE, VA 23320 | | | Retainage | X | | | $5,010.50 |
| ACCOUNT NO.<br><br>A. Mitch & Phyllis Robertson<br>1212 Wareham Ct.<br>Charlotte, NC 28207 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |
| ACCOUNT NO.<br><br>A.G. ZOUTEWELLE, P.A.<br>1418 EAST 5TH STREET<br>CHARLOTTE, NC 28204 | | | General Trade Payable | | | | $6,125.00 |

     Subtotal ▶     $ 16,135.50

  _183_ continuation sheets attached

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                          ,          Case No.   09-11507
　　　　　　　　　　**Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Abbott, Bernice<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron &<br>Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ABERNATHY, DANIEL & JANET<br>7945 Buena Vista Dr.<br>Denver, NC 28037 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>ACE EXTERMINATING CO INC<br>PO BOX 787<br>JOELTON, TN 37080 | | | General Trade Payable | | | | $233.33 |
| ACCOUNT NO.<br><br>Acheson, David J.<br>10859 Emerald Coast Pkwy, Box 102<br>Destin, FL 32541 | | | Condo Deposit - relating to Ft. Walton Development LLC and held by Crescent Resources, LLC | X | | | $70,770.00 |

Sheet no. _1_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶　$ 72,003.33

Total ▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                                    ,          Case No.   **09-11507**
                    **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ADAMS & REESE LLP<br>DEPT. 5208  - PO BOX 2153<br>BIRMINGHAM, AL 35287-5208 | | | General Trade Payable | | | | $5,706.82 |
| ACCOUNT NO.<br><br>Adams Custom Homes<br>Richard Adams<br>6535 Shiloh Road<br>Suite 400<br>Alpharetta, GA 30005 | | | Builder Deposit - made payable to Crescent River, LLC and held by Crescent Resources, LLC | X | | | $10,000.00 |
| ACCOUNT NO.<br><br>ADP INC (9001006)<br>PO BOX 9001006<br>LOUISVILLE, KY 40290-1006 | | | General Trade Payable | | | | $5,574.28 |
| ACCOUNT NO.<br><br>ADVANCE AUTO PARTS<br>PO BOX 5219<br>CAROL STREAM, IL 60197-5219 | | | General Trade Payable | | | | $19.66 |

Sheet no.   2  of   183  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 21,300.76

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  Crescent Resources, LLC                              ,          Case No.   09-11507
                **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Advance Builders<br>2318 N. Hwy 16<br>Denver, NC 28037 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $2,000.00 |
| ACCOUNT NO.<br><br>ADVANTAGE ENGINEERING, INC<br>P.O. BOX 47273<br>TAMPA, FL 33647 | | | General Trade Payable | | | | $7,797.95 |
| ACCOUNT NO.<br><br>Agin, Marjorie, R.<br>c/o Peter F. Asmer, Jr.<br>Cozen O'Connor<br>301 S. College St., Suite 2100<br>Charlotte, NC 28202 | | | General Liability | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Agin, Norman, A.<br>c/o Peter F. Asmer, Jr.<br>Cozen O'Connor<br>301 S. College St., Suite 2100<br>Charlotte, NC 28202 | | | General Liability | X | X | X | Undetermined |

Sheet no.   3  of   183  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 9,797.95

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                                    ,          Case No.  **09-11507**
                          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Aikire <br> Address Unknown | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br><br> AIRGAS NATIONAL WELDERS <br> PO BOX 601985 <br> CHARLOTTE, NC 28260-1985 | | | General Trade Payable | | | | $49.87 |
| ACCOUNT NO. <br><br> ALLISON PAYMENT SYSTEMS, LLC <br> PO BOX 631498 <br> CINCINNATI, OH 45263-1498 | | | General Trade Payable | | | | $14.75 |
| ACCOUNT NO. <br><br> Almond Forest Products <br> PO Box 1048 <br> Lugoff, SC 29078 | | | Land Management Deposit - Timber - made payable to Crescent Resources LLC and held by Crescent Resources, LLC | X | | | $10,000.00 |
| ACCOUNT NO. <br><br> ALTERNATIVE MAILING &SHIPPING <br> PO BOX 660831 <br> DALLAS, TX 75266-0831 | | | General Trade Payable | | | | $24.47 |

Sheet no.  _4_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 11,089.09

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                      ,                Case No.  **09-11507**
                         **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN REGISTRY LLC<br>1040 HOLLAND DRIVE<br>BOCA RATON, FL 33487 | | | General Trade Payable | | | | $11.12 |
| ACCOUNT NO.<br><br>AmSouth Bank<br>Address Unknown | | | Guarantor for the Securitized Debt agreement between, Fort Walton Development, LLC, as borrower, and AmSouth Bank, as lender | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Ange Construction Company<br>5520 Dillard DR  #244<br>Cary, NC 27518 | | | Builder Deposits - made payable to Hidden Lake Crescent, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>ANSWERLIVE LLC CHARLOTTE<br>1101 CHERRYVILLE RD<br>SHELBY, NC 28150 | | | General Trade Payable | | | | $7.50 |
| ACCOUNT NO.<br><br>APPLE COURIER, INC.<br>2030 POWERS FERRY RD,  SUITE 444<br>ATLANTA, GA 30339 | | | General Trade Payable | | | | $14.43 |

Sheet no.  _5_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 1,033.05

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC** _____ ,       Case No.  **09-11507** _____
  **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ARAMARK REFRESHMENT SVC (FL)<br>4186 INCUBATOR COURT<br>SANFORD, FL 32771 | | | General Trade Payable | | | | $44.94 |
| ACCOUNT NO.<br><br>Arcadia Homes, Inc.<br>P.O. Box 471941<br>Charlotte, NC 28134 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $26,000.00 |
| ACCOUNT NO.<br><br>ARMBRUST & BROWN, L.L.P.<br>100 CONGRESS AVENUE, SUITE 1300<br>AUSTIN, TX 78701-2744 | | | General Trade Payable | | | | $7,482.00 |
| ACCOUNT NO.<br><br>Armistead<br>Address Unknown | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>ARNOLD, RODNEY<br>382 Riverwood Rd.<br>Mooreville, NC 28117 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |

Sheet no. _6_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 35,526.94

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC**                              ,        Case No.   **09-11507**
                          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ASI SYSTEM INTEGRATION, INC<br>PO BOX 512214<br>PHILADELPHIA, PA 19175-2214 | | | General Trade Payable | | | | $348.00 |
| ACCOUNT NO.<br><br>ASSOCIATION MGMTSOLUTIONS INC<br>P O BOX 38808<br>CHARLOTTE, NC 28278 | | | General Trade Payable | | | | $8,025.00 |
| ACCOUNT NO.<br><br>AT & T MOBILITY<br>PO BOX 6463<br>CAROL STREAM, IL 60197-6463 | | | General Trade Payable | | | | $981.01 |
| ACCOUNT NO.<br><br>AT&T   (105262)<br>P O BOX 105262<br>ATLANTA, GA 30348-5262 | | | General Trade Payable | | | | $9,277.78 |
| ACCOUNT NO.<br><br>AT&T   (105320)<br>PO BOX 105320<br>ATLANTA, GA 30348-5320 | | | General Trade Payable | | | | $2,230.76 |

Sheet no.   7  of   183  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 20,862.55

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                    ,          Case No.   **09-11507**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AT&T  (5001)<br>PO BOX 5001<br>CAROL STREAM, IL 60197-5001 | | | General Trade Payable | | | | $309.11 |
| ACCOUNT NO.<br><br>AT&T (9001309)<br>P.O. BOX 9001309<br>LOUISVILLE, KY 40290-1309 | | | General Trade Payable | | | | $131.14 |
| ACCOUNT NO.<br><br>AT&T ADVERTISING & PUBLISHING<br>PO BOX 105024<br>ATLANTA, GA 30348-5024 | | | General Trade Payable | | | | $38.70 |
| ACCOUNT NO.<br><br>AT&T COMMUNICATION SYS SOUTHEA<br>PO BOX 79045<br>BALTIMORE, MD 21279-0045 | | | General Trade Payable | | | | $700.00 |
| ACCOUNT NO.<br><br>AT&T TELECONFERENCE SERVICES<br>PO BOX 2840<br>OMAHA, NE 68103-2840 | | | General Trade Payable | | | | $921.03 |

Sheet no.  _8_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 2,099.98

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                              ,         Case No.   **09-11507**
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Atlantic Coastal Clearing and Grading Inc. <br> 916 Executive Ct <br> Chesapeake, VA 23320-3640 | | | Post Sales Commitments | X | | | Undetermined |
| ACCOUNT NO. <br><br> AUDUBON ENVIRONMENTAL INC <br> 1000 ST ALBANS DR, SUITE 350 <br> RALEIGH, NC 27609 | | | General Trade Payable | | | | $3,646.85 |
| ACCOUNT NO. <br><br> Augusta Homes, Inc. <br> 10602 Bailey Rd. <br> Suite B <br> Cornelius, NC 28031 | | | Builder Deposit - made payable to The Point on Norman, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |
| ACCOUNT NO. <br><br> Baker <br> 18726 Beatties Ford Road <br> Cornelius, NC 28031 | | | Builder Deposits - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br><br> BALLARD, IAN & JANE <br> 15008 Lisha Lane <br> Charlotte, NC 28277 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |

Sheet no. _9_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 10,646.85

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                          ,          Case No.   09-11507
                          **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Ballou Associates <br> 6326 St. Andrews Rd. <br> Suite 101 <br> Columbia, SC 29212 | | | Open Invoices | X | | | Undetermined |
| ACCOUNT NO. <br><br> BANK OF AMERICA <br> 100 North Tryon Street <br> NC1-007-18-01 <br> CHARLOTTE, NC 28255 | | | Guarantor for the Securitized Debt agreement between, Fort Walton Development, LLC, as borrower, and Bank of America, as lender | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> Bank of America <br> Bank of America Corporate Center <br> 100 N. Tryon St <br> Charlotte, NC 28255 | | | Guarantor for the Securitized Debt agreement between, South and Bland, LLC, as borrower, and Bank of America, as lender | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> Bank of America <br> Bank of America Corporate Center <br> 100 N. Tryon St <br> Charlotte, NC 28255 | | | Guarantor for the Securitized Debt agreement between, Crescent Bartram Park I, LLC, as borrower, and Bank of America, as lender | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> Bank of America <br> Bank of America Corporate Center <br> 100 N. Tryon St <br> Charlotte, NC 28255 | | | Guarantor for the Securitized Debt agreement between, Crescent Crosstown Multifamily, LLC, as borrower, and Bank of America, as lender | X | X | X | Undetermined |

Sheet no.   10  of   183  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC**                    ,          Case No.  **09-11507**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Bank of America (previously LaSalle National Bank) <br><br> 100 SE 2nd Street (14th Floor) <br><br> Mail Code FL7-950-14-05 <br> Miami, FL 33131 | | | Guarantor for the Securitized Debt agreement between, Fort Walton Development, LLC, as borrower, and LaSalle Bank, as lender | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> Bank of America, N.A. <br> 401 Linden Street <br> Winston Salem, NC 27101 | | | Letter of Credit No.: 3093730 | X | | | $- |
| ACCOUNT NO. <br><br> Bank of America, N.A. <br> 401 Linden Street <br> Winston Salem, NC 27101 | | | Letter of Credit No.: 3097848 | X | | | $- |
| ACCOUNT NO. <br><br> Bank of America, N.A. <br> G. Alex Haw <br> 100 SE 2nd Street <br> 14th Floor <br> FL7-950-14-05 <br> Miami, FL 33131 | | | Derivatives | X | | | $13,568,937.00 |

Sheet no.  _11_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 13,568,937.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                          ,          Case No.   **09-11507**
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Barrday Corporation<br>9015 Airpark West Drive<br>Suite T<br>Charlotte, NC 28214 | | | Commercial Lease Security Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $20,433.58 |
| ACCOUNT NO.<br><br>Barrday Corporation<br>75 Moorefield St.<br>PO Box 790<br>Cambridge, ON N1R-2W6 CANADA | | | Advanced rent - Security deposit- Commercial Tenants (APW) | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BARRETT, WOODYARD & ASSOC INC<br>3495 HOLCOMB BRIDGE ROAD<br>NORCROSS, GA 30092 | | | General Trade Payable | | | | $602.20 |
| ACCOUNT NO.<br><br>Bay Cities Bank<br>2202 North Westshore Boulevard, Suite 150<br>Tampa, FL 33607 | | | Advanced rent -commercial lease | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Bay Cities Bank<br>2202 North Westshore Boulevard, Suite 150<br>Tampa, FL 33607 | | | Commercial Lease Security Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $40,186.77 |

Sheet no.  _12_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 61,222.55

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                          ,          Case No.  **09-11507**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BE-MAC SERVICES, INC.<br>8501 GUNN HIGHWAY<br>ODESSA, FL 33556 | | | General Trade Payable | | | | $15,071.70 |
| ACCOUNT NO.<br><br>BELL & ASSOCIATES CONST., LP<br>PO BOX 363<br>BRENTWOOD, TN 37024 | | | General Trade Payable | | | | $2,065,513.40 |
| ACCOUNT NO.<br><br>BELL & ASSOCIATES CONST., LP<br>PO BOX 363<br>BRENTWOOD, TN 37024 | | | Retainage | X | | | $885,718.84 |
| ACCOUNT NO.<br><br>Bell & Associates Construction, L.P.<br>c/o Gregory L. Cashion<br>Smith Cashion & Orr, PLC<br>231 Third Avenue North<br>Nashville, TN 37201 | | | Litigation | X | X | X | Undetermined |

Sheet no.  _13_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 2,966,303.94

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                                ,          Case No.   **09-11507**
                          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bennett, Marilyn<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron &<br>Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Beverly Henry Distinctive Homes Inc<br>Beverly Henry<br>3440 Moye Trail<br>Duluth, GA 30097 | | | Builder Deposit - made payable to Crescent River, LLC and held by Crescent Resources, LLC | X | | | $4,863.75 |
| ACCOUNT NO.<br><br>Beverly Homes & Design LLC<br>Diane Cary<br>4920 Old Course Dr<br>Charlotte, NC 28277 | | | Buiilder Deposits - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $821.41 |
| ACCOUNT NO.<br><br>BIOLOGICAL RESEARCH ASSOC, LTD<br>PO BOX 712892<br>CINCINNATI, OH 45271-2892 | | | General Trade Payable | | | | $1,095.00 |

Sheet no.  _14_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 6,780.16

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                        ,          Case No.  **09-11507**
               **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BLACK'S GUIDE  (GA)<br>PO BOX 402168<br>ATLANTA, GA 30384-2168 | | | General Trade Payable | | | | $380.00 |
| ACCOUNT NO.<br><br>BLUE CREW SERVICES INC<br>18863 MAISONS DRIVE<br>LUTZ, FL 33558 | | | General Trade Payable | | | | $543.13 |
| ACCOUNT NO.<br><br>Blue Ridge Business Services LLC<br>PO Box 5654<br>High Point, NC 27262 | | | Builder Deposit - made payable to Black Forest Owners Association and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>Blue, Margaret<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |

Sheet no.  _15_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 1,923.13

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC**                    ,          Case No. **09-11507**
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bluto Builders, Inc.<br>17005 Green Dolphin Ln<br>Cornelius, NC 28031 | | | Buiilder Deposits - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>BLYTHE DEVELOPMENT CO.<br>1415 E WESTINGHOUSE BLVD<br>CHARLOTTE, NC 28273 | | | General Trade Payable | | | | $747,415.63 |
| ACCOUNT NO.<br><br>BLYTHE DEVELOPMENT CO.<br>1415 E WESTINGHOUSE BLVD<br>CHARLOTTE, NC 28273 | | | Retainage | X | | | $143,774.03 |
| ACCOUNT NO.<br><br>Boan Building Co.<br>PO Box 25535<br>Winston Salem, NC 27114 | | | Buiilder Deposits - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $3,500.00 |
| ACCOUNT NO.<br><br>Bob Rudisill Homes, Inc.<br>Bob Rudisill<br>174 Winding Shore Dr.<br>Troutman, NC 28166 | | | Builder Deposit - made payable to Falls Cove Development, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |

Sheet no. _16_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 896,689.66

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                          ,                    Case No.   09-11507
                        **Debtor**                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BOEHM, MARY & STEVE <br> 330 Trafalgar Place <br> Matthews, NC 28105 | | | Builder Deposit - made payable to Crescent Properties and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br><br> BOWEN, MARCIA A <br> 9423 Belmont Ln. <br> Waxhaw, NC 28173 | | | Builder Deposit - made payable to Crescent Communities  and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br><br> BOWEN, MARCUS & MARCIA <br> 9423 Belmont Ln. <br> Waxhaw, NC 28173 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $4,000.00 |
| ACCOUNT NO. <br><br> BOWEN, WILLIAM & ELIZABETH <br> 2330 Forest Drive <br> Charlotte, NC 28211 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $6,000.00 |

Sheet no.  17  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 12,000.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC**                                    ,          Case No.   **09-11507**
                                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Boyer, Sally <br> c/o John R. Overchuck <br> Overchuck, DeMarco, Byron & Overchuck, P.A. <br> 2709 West Fairbanks Ave. <br> Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> Boyer, Sally <br> c/o John R. Overchuck <br> Overchuck, DeMarco, Byron & Overchuck, P.A. <br> 2709 West Fairbanks Ave. <br> Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BRIGHT HOUSE NETWORKS <br> PO BOX 31337 <br> TAMPA, FL 33631-3337 | | | General Trade Payable | | | | $5.86 |
| ACCOUNT NO. <br><br> BRODERDORP, CRAIG & KAREN <br> 7216 Seton House Ln. <br> Charlotte, NC 28277 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |

Sheet no.  _18_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 1,005.86

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  Crescent Resources, LLC                              ,          Case No.   09-11507
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| Brooks, Yvonne c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| Brottem, Wallace c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| Brown, Edith c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | | X | X | X | |

Sheet no.   19  of   183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                                    ,          Case No.    09-11507
                        **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| Bruckart, Carol, as Personal Representative of Estate of Philip Bruckart c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| Buck Investments, Limited Company c/o Edgar A. Buck, Registered Agent 1911 Maybank Highway Charleston, SC 29412 | | | | X | X | X | |
| ACCOUNT NO. | | | Builder Deposit - made payable to The Point on Norman, LLC and held by Crescent Resources, LLC | | | | $1,000.00 |
| Burke Builders of NC, Inc. Burke 125A P. O. Box 3481 Mooresville, NC 28117 | | | | X | | | |
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| Burke, William c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | | X | X | X | |

Sheet no.   20  of   183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 1,000.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                        ,                    Case No.   **09-11507**
　　　　　　　　　　**Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| Burns, Robert c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| Burns, Sarah c/o Justin Demerath O'Hanlon & Associates 808 West Avenue Austin, TX 78701 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $35,923.38 |
| BUSINESS CARD PO BOX 15710 WILMINGTON, DE 19886-5710 | | | | | | | |
| ACCOUNT NO. | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | | | | $5,000.00 |
| CALLOWAY, JEANNE & JAMES 1630 Powers Ridge Pl. NW Atlanta, GA 30327 | | | | X | | | |

Sheet no.  _21_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 40,923.38

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                              ,          Case No.  **09-11507**
_____
         **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CAMPCO ENGINEERING INC<br>156 OAKLAND AVE., SUITE 100<br>ROCK HILL, SC 29730 | | | General Trade Payable | | | | $7,100.00 |
| ACCOUNT NO.<br><br>Canada, Cyle, as Personal Representative of Cynthia Canada<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Canada, Iris<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Capitella Homes, Ltd<br>Robert Bryde<br>4335 Laurel Grove Trace<br>Suwanee, GA 30024 | | | Builder Deposit - made payable to Crescent River, LLC and held by Crescent Resources, LLC | X | | | $10,000.00 |

Sheet no.  _22_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 17,100.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC**                      ,      Case No.  **09-11507**
                          **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CAPSTONE ADVISORY GROUP LLC<br>PARK 80 WEST - PLAZA 1<br>SADDLE BROOK, NJ 7663 | | | General Trade Payable | | | | $483,042.28 |
| ACCOUNT NO.<br><br>Carissa & Brian Burns<br>105 S Central Avenue<br>Belmont, NC 28012 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>CAROLINA FLUID COMPONENTS LLC<br>PO BOX 601687<br>CHARLOTTE, NC 28260-1687 | | | General Trade Payable | | | | $66.17 |
| ACCOUNT NO.<br><br>Carolina Living Builders, Inc.<br>9007 Pine Laurel Dr.<br>Matthews, NC 28104 | | | Buiilder Deposits - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $2,000.00 |
| ACCOUNT NO.<br><br>CAROLINA REALTY SIGNS INC<br>2925 BEATTIES FORD RD<br>CHARLOTTE, NC 28216 | | | General Trade Payable | | | | $7,730.54 |

Sheet no.  **23**  of  **183**  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 493,838.99

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                    ,          Case No.   **09-11507**
                      **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CAROLINA WATER SERVICE, INC<br>PO BOX 4509<br>WEST COLUMBIA, SC 29171-4509 | | | General Trade Payable | | | | $901.67 |
| ACCOUNT NO.<br><br>Castleview Construction<br>P. O. Box 2206<br>Cornelius, NC 28031 | | | Builder Deposit - made payable to The Point on Norman, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>Castleview Construction, Inc.<br>P. O. Box 2206<br>Cornelius, NC 28031 | | | Buiilder Deposits - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |
| ACCOUNT NO.<br><br>CAUSEY, BEN & JOAN<br>510 Lithia Inn Road<br>Lincolnton, NC 28092 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>CCH INCORPORATED<br>PO BOX 4307<br>CAROL STREAM, IL 60197-4307 | | | General Trade Payable | | | | $120.19 |

Sheet no. _24_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 8,021.86

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                              ,          Case No.   **09-11507**
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CENTRAL PARKING SYSTEM(MO)<br>PO BOX 790402<br>ST LOUIS, MO 63179-0402 | | | General Trade Payable | | | | $185.00 |
| ACCOUNT NO.<br><br>CENTRAL PARKING SYSTEMS OF NC<br>410 SOUTH MINT STREET<br>MS 01 A<br>CHARLOTTE, NC 28202 | | | General Trade Payable | | | | $28.00 |
| ACCOUNT NO.<br><br>CHAMBERLAIN, MICHAEL & LAUREN<br>1221 Bugle Lane<br>Newton, NC 28658 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>Chapel Valley Landscape Co<br>500 Jefferson Davis Hwy<br>Arlington, VA 22202 | | | Open Invoices | X | | | Undetermined |

Sheet no. __25_ of __183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 1,213.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Amended

In re  Crescent Resources, LLC                    ,          Case No.  09-11507
            **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHAPEL VALLEY LANDSCAPE CO<br>P O BOX 159<br>WOODBINE, MD 21797-0159 | | | General Trade Payable | | | | $77,073.00 |
| ACCOUNT NO.<br><br>CHARLOTTE OBSERVER(098), The<br>P.O. BOX 70098<br>CHARLOTTE, NC 28272-0098 | | | General Trade Payable | | | | $273.00 |
| ACCOUNT NO.<br><br>Chatham Partners, LLC<br>c/o Michael T. Medford<br>Manning, Fulton & Skinner, P.A.<br>3605 Glenwood Ave., Suite 500<br>Raleigh, NC 27619 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Chattell, Robert<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron &<br>Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |

Sheet no.  26  of  183  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 77,346.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC**                    ,            Case No.   09-11507
                              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  CHESAPEAKE ELECTRICAL SYSTEMS 9831 DAVIS AVENUE LAUREL, MD 20723 | | | General Trade Payable | | | | $12,366.00 |
| ACCOUNT NO.  Chesapeake Homes, Inc. Bob Mayer 4319 Abbotts Bridge Rd Suite 3 Duluth, GA 30097 | | | Builder Deposit - made payable to Sugarloaf Properties, LLC and held by Crescent Resources, LLC | X | | | $4,000.00 |
| ACCOUNT NO.  CHESTER CO NAT GAS AUTHORITY P.O. BOX 220 CHESTER, SC 29706 | | | General Trade Payable | | | | $21.62 |
| ACCOUNT NO.  Chubb Group of Insurance Companies 15 Mountain View Road Warren, NJ 07059 | | | Surety Bond No.: 82140388 Relating to This bond is for the construction of 250 ft of road plus sidewalk at Longtown Commons in Columbia, SC. | X | | | $51,248.75 |

Sheet no.   27  of   183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 67,636.37

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                     ,          Case No.   09-11507
                          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Chubb Group of Insurance Companies<br>15 Mountain View Road<br>Warren, NJ 07059 | | | Surety Bond No.: 82036727 Relating to The Shoppes at Ardrey Kell - Map 1 BMP Improvements | X | | | $241,500.00 |
| ACCOUNT NO.<br><br>Chubb Group of Insurance Companies<br>15 Mountain View Road<br>Warren, NJ 07059 | | | Surety Bond No.: 82041713 Relating to | X | | | $273,000.00 |
| ACCOUNT NO.<br><br>Chubb Group of Insurance Companies<br>15 Mountain View Road<br>Warren, NJ 07059 | | | Surety Bond No.: 82041763 Relating to Maintenance guaranty on Thunder Road extension and infrastructure | X | | | $432,000.00 |
| ACCOUNT NO.<br><br>Chubb Group of Insurance Companies<br>15 Mountain View Road<br>Warren, NJ 07059 | | | Surety Bond No.: 82133467 Relating to Water, sewer & gas encroachment - SR 1869 & HWY 179 / 904 | X | | | $25,650.00 |
| ACCOUNT NO.<br><br>Chubb Group of Insurance Companies<br>15 Mountain View Road<br>Warren, NJ 07059 | | | Surety Bond No.: 82133474 Relating to Phase 5 Improvements | X | | | $63,000.00 |

Sheet no.  28  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 1,035,150.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC**                    ,          Case No.   **09-11507**
            **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Chubb Group of Insurance Companies<br>15 Mountain View Road<br>Warren, NJ 07059 | | | Surety Bond No.: 82133479 Relating to Phipps Tower - Erosion Control | X | | | $13,860.00 |
| ACCOUNT NO.<br><br>Chubb Group of Insurance Companies<br>15 Mountain View Road<br>Warren, NJ 07059 | | | Surety Bond No.: 82133487 Relating to The Place at Harbortown - CDN 5941.013 | X | | | $26,000.00 |
| ACCOUNT NO.<br><br>Chubb Group of Insurance Companies<br>15 Mountain View Road<br>Warren, NJ 07059 | | | Surety Bond No.: 82140387 Relating to Posting of this bond will result in the release of performance bond 82133477. | X | | | $54,930.00 |
| ACCOUNT NO.<br><br>CIS CONSULTING GROUP<br>4340 TAGGART CREEK RD<br>SUITE A<br>CHARLOTTE, NC 28208 | | | General Trade Payable | | | | $505.50 |
| ACCOUNT NO.<br><br>CITY CHEVROLET<br>5105 E. Independence Blvd<br>Charlotte, NC 28212 | | | General Trade Payable | | | | $65.90 |

Sheet no. __29_ of __183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 95,361.40

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                        ,        Case No.   **09-11507**
              **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>City of Altamonte Springs, The<br>Address Unknown | | | Environmental | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>City of Austin<br>505 Barton Springs Road<br>1st Floor<br>Attn: Carol Barnes<br>Austin, TX 78704 | | | Letter of Credit No.: 3094562 | X | | | $105,950.00 |
| ACCOUNT NO.<br><br>CITY OF CHARLOTTE<br>600 E. FOURTH ST<br>CHARLOTTE, NC 28250-0001 | | | General Trade Payable | | | | $1,680.78 |
| ACCOUNT NO.<br><br>City of Charlotte<br>Engineering & Property Management Department<br>Land Development Division, 14th Floor<br>600 East Fourth Street<br>Attn: Bond Administration<br>Charlotte, NC 28202 | | | Letter of Credit No.: 3084287 | X | | | $10,000.00 |

Sheet no.  _30_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 117,630.78

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  Crescent Resources, LLC                    ,          Case No.  09-11507
_____
Debtor                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>City of Charlotte<br>600 East 4th Street<br>Charlotte, NC 28202-2841 | | | Belgate Infrastructure obligations | X | | | $332,000.00 |
| ACCOUNT NO.<br><br>City of Charlotte<br>600 East 4th Street<br>Charlotte, NC 28202-2841 | | | Post Sales Commitments | X | | | Undetermined |
| ACCOUNT NO.<br><br>City of Charlotte<br>600 East 4th Street<br>Charlotte, NC 28202-2841 | | | Environmental | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>City of Franklin, TN<br>Planning Department<br>109 Third Avenue South<br>Attn: Paula Kortas<br>Franklin, TN 37064 | | | Letter of Credit No.: 3092984 | X | | | $648,000.00 |

Sheet no.  31  of  183  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 980,000.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re **Crescent Resources, LLC**                    ,          Case No.   **09-11507**
                     **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> City of Franklin, TN <br> Planning Department <br> 109 Third Avenue South <br> Attn: Paula Kortas <br> Franklin, TN 37064 | | | Letter of Credit No.: SM215404W | X | | | $203,000.00 |
| ACCOUNT NO. <br><br> City of Franklin, TN <br> Planning Department <br> 109 Third Avenue South <br> Attn: Paula Kortas <br> Franklin, TN 37064 | | | Letter of Credit No.: SM222278W | X | | | $265,000.00 |
| ACCOUNT NO. <br><br> City of Jacksonville <br> Office of the General Counsel, City Hall <br> 117 W. Duval Street, Suite 480 <br> Jacksonville, FL 32202 | | | Potential Litigation | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> City of Jacksonville <br> 231 E FORSYTH ST <br> Jacksonville, FL 32202 | | | Guarantor for the agreement between, LandMar Group, LLC (Shipyards), as payor, and City of Jacksonville, as benefactor | X | X | | Undetermined |

Sheet no.   32  of   183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 468,000.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  Crescent Resources, LLC                    ,          Case No.   09-11507
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>City of Jacksonville (FL)<br><br>c/o Richard A. Mullaney<br>General Counsel<br>City of Jacksonville<br>117 W. Duval Street<br>Suite 480<br>Jacksonville, FL 32202 | X | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CITY OF LAVERGNE WATER DEPT.<br>5093 MURFREESBORO ROAD<br>LAVERGNE, TN 37086 | | | General Trade Payable | | | | $1,132.69 |
| ACCOUNT NO.<br><br>CITY OF MORGANTON<br>PO BOX 3448<br>MORGANTON, NC 28680-3448 | | | General Trade Payable | | | | $6.44 |
| ACCOUNT NO.<br><br>CITY OF MOUNT HOLLY<br>P. O. BOX 406<br>MOUNT HOLLY, NC 28120 | | | General Trade Payable | | | | $80.44 |

Sheet no.   33  of   183  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 1,219.57

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                          ,          Case No.  **09-11507**
              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CITY OF TAMPA UTILITIES<br>P.O. BOX 30191<br>TAMPA, FL 33630-3191 | | | General Trade Payable | | | | $1,443.34 |
| ACCOUNT NO.<br><br>Clamp, Roger<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron &<br>Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Clark, Dale<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron &<br>Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |

Sheet no. _34_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,443.34

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                    ,          Case No.  **09-11507**
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Cobert, Winifred, as Personal Representative of Estate of Richard Cobert c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.  Cole, Scott & Kissane, P.A. 9150 S. Dadeland Blvd Miami, FL 33156 | | | Retainage | X | | | $35,748.60 |
| ACCOUNT NO.  Cole, Scott & Kissane, P.A. 9150 S. Dadeland Blvd Miami, FL 33156 | | | Commercial Lease Security Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $88,992.93 |
| ACCOUNT NO.  Cole, Scott & Kissane, P.A. 9150 S. Dadeland Blvd Miami, FL 33156 | | | General Trade Payable | | | | $321,737.41 |

Sheet no. __35_ of __183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶      $ 446,478.94

Total ▶      $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                      ,          Case No.  **09-11507**
              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br><br>Cole, Scott & Kissane, P.A. <br>9150 S. Dadeland Blvd. <br>Dadeland Centre II, Suite 1400 <br>Attn Johnson Thomas <br>Miami, FL 33156 | | | Advanced rent -commercial lease | X | X | X | Undetermined |
| ACCOUNT NO.  <br><br>COLEJENEST & STONE, P.A. <br>c/o BANK OF GRANITE <br>PO BOX 37302 <br>CHARLOTTE, NC 28237-7302 | | | General Trade Payable | | | | $99,915.83 |
| ACCOUNT NO.  <br><br>COLEMAN BURNETT INC <br>PO BOX 472085 <br>CHARLOTTE, NC 28247 | | | General Trade Payable | | | | $15,382.55 |
| ACCOUNT NO.  <br><br>COLISEUM TRANSFER INC <br>AND WELLS FARGO BANK, NA <br>PO BOX 405028 <br>ATLANTA, GA 30384-5028 | | | General Trade Payable | | | | $4.40 |

Sheet no.  **36** of  **183**  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 115,302.78

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                    ,         Case No.   **09-11507**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COLONIAL PARKING INC<br>1050 THOMAS JEFFERSON ST NW<br>SUITE 100<br>WASHINGTON, DC 20007 | | | General Trade Payable | | | | $230.00 |
| ACCOUNT NO.<br><br>Colonnade Custom Homes<br>John Cochran<br>4125 Atlanta Rd, SE<br>Smyrna, GA 30080 | | | Builder Deposit - made payable to Crescent River, LLC and held by Crescent Resources, LLC | X | | | $10,000.00 |
| ACCOUNT NO.<br><br>COMMERCIAL CAROLINA<br>3131 RDU CENTER DRIVE<br>SUITE 110<br>MORRISVILLE, NC 27560 | | | General Trade Payable | | | | $56,832.01 |
| ACCOUNT NO.<br><br>Commonwealth Construction & Design Inc<br>PO Box 5100<br>Chapel Hill, NC 27514 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $3,000.00 |

Sheet no.  _37_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 70,062.01

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                                    ,          Case No.   **09-11507**
                       **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Commonwealth Construction & Design, Inc.<br>c/o Michael S. Harrell<br>Manning, Fulton & Skinner, P.A.<br>3605 Glenwood Ave., Suite 500<br>Raleigh, NC 27612 | X | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Compass Bank<br>Address Unknown | | | Guarantor for the Securitized Debt agreement between, Fort Walton Development, LLC, as borrower, and Compass Bank, as lender | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CONCORD ENGINEERING & SURVEY<br>P.O. BOX 268<br>CONCORD, NC 28026-0268 | | | General Trade Payable | | | | $21,053.75 |
| ACCOUNT NO.<br><br>Concord Engineering & Surveying<br>P.O. Box 268<br>45 Spring St Sw<br>Concord, NC 28025 | | | Open Invoices | X | | | Undetermined |

Sheet no.  **38** of  **183**  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  | $ 21,053.75

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                          ,          Case No.   **09-11507**
_____
         **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CONCORDE CORPORATE PARK ASSOC<br>MELANIE CRAIG - CORBETT OFFICE<br>2202 N. WEST SHORE BLVD - STE 110<br>TAMPA, FL 33607 | | | General Trade Payable | | | | $5,528.88 |
| ACCOUNT NO.<br><br>CONNELLY & WICKER INC<br>10060 SKINNER LAKE DR, STE 500<br>JACKSONVILLE, FL 32246 | | | General Trade Payable | | | | $137.44 |
| ACCOUNT NO.<br><br>Contractors Tile Company<br>c/o C. Patterson Cron<br>Kirksey & Cron PLC<br>5214 Maryland Way, Suite 300<br>Brentwood, TN 37027 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Cook Builders, Inc.<br>1015 Rolling Green Dr.<br>Newton, NC 28658 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $5,000.00 |

Sheet no.  _39_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 10,666.32

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                          ,          Case No.  **09-11507**
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CORLAZZOLI, MARK T. & VICTORIA <br> 8015 S W 143 St. <br> Miami, FL 33158 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br><br> Cornerstone <br> 315 Main Street <br> Suite E <br> Pineville, NC 28134 | | | Builder Deposits - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br><br> Cornerstone Log & Timber Homes, LLC <br> PO Box 439 <br> Red Oak, NC 27868 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |
| ACCOUNT NO. <br><br> CORPORATE CENTRE POA <br> Address Unknown | | | General Trade Payable | | | | $1,139.25 |
| ACCOUNT NO. <br><br> COSTAR REALTY INFORMATION, INC <br> PO BOX 791123 <br> BALTIMORE, MD 21279 | | | General Trade Payable | | | | $1,456.90 |

Sheet no. _40_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 9,596.15

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                              ,          Case No.   **09-11507**
                              **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  COTSAKIS, MARK PHILIP 2130 Beverly Drive Charlotte, NC 28207 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |
| ACCOUNT NO.  Courtland Properties, Inc. d/b/a Courtland Home Builders P. O. Box 3190 Mooresville, NC 28117 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $7,000.00 |
| ACCOUNT NO.  Craig Carter Builders, Inc. 157 Yadkin Valley Road Bldg. Two, Suite 210 Advance, NC 27006 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $3,000.00 |
| ACCOUNT NO.  Crawford, Carroll c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |

Sheet no.  _41_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 15,000.00

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC** _____ ,  Case No.  **09-11507** _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　　　　　　　　　　　CRITERION PROPERTY RES., INC 109 WESTPARK DRIVE, SUITE 180 BRENTWOOD, TN 37027 | | | General Trade Payable | | | | $14,000.00 |
| ACCOUNT NO.　　　　　　　　　　　CRITICAL SYSTEN SOLUTIONS LLC 2830 SCHERER DRIVE SUITE 300 ST PETERSBURG, FL 33716 | | | General Trade Payable | | | | $213.50 |
| ACCOUNT NO.　　　　　　　　　　　CROSLAND INC 227 W TRADE STREET, SUITE 800 CHARLOTTE, NC 28202 | | | General Trade Payable | | | | $20,014.61 |
| ACCOUNT NO.　　　　　　　　　　　CROTEAU, JOSEPH PAUL & MARCIA AGEE 10225 Bristol Channel Ellicott City, MD 21042 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |

Sheet no.  _42_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶　$ 35,228.11

Total ▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Amended

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                    ,     Case No.   **09-11507**
　　　　　　　　**Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CT CORPORATION SYS(4349) <br> P.O. BOX 4349 <br> CAROL STREAM, IL 60197-4349 | | | General Trade Payable | | | | $67.50 |
| ACCOUNT NO. <br><br> CUDE, DEREK & SHARON <br> 9135 Fair Oak Dr. <br> Sherrills Ford, NC 28673 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br><br> Culbreath, Nadine <br> c/o John R. Overchuck <br> Overchuck, DeMarco, Byron & Overchuck, P.A. <br> 2709 West Fairbanks Ave. <br> Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CULLIGAN  (IL) <br> PO BOX 5277 <br> CAROL STREAM, IL 60197-5277 | | | General Trade Payable | | | | $42.93 |

Sheet no. __43_ of __183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,110.43

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                    ,          Case No.   **09-11507**
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Culver and Culver<br>Rick Culver<br>1625 Cox Rd<br>Roswell, GA 30075 | | | Builder Deposit - made payable to Crescent River, LLC and held by Crescent Resources, LLC | X | | | $10,000.00 |
| ACCOUNT NO.<br><br>CYPRESS COMMUNICATIONS, INC<br>PO BOX 536796<br>ATLANTA, GA 303536796 | | | General Trade Payable | | | | $949.31 |
| ACCOUNT NO.<br><br>Cypress Homes<br>Doug Turner<br>P. O. Box 2901<br>Huntersville, NC 28070-2109 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>Cyras Homes, Inc.<br>1727-8A Sardis Rd. North<br>Suite 255<br>Charlotte, NC 28270 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $5,043.50 |
| ACCOUNT NO.<br><br>D.S. Rushing, Inc.<br>221 Beracah RD<br>Mooresville, NC 28115 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $4,000.00 |

Sheet no. _44_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶　$ 20,992.81

Total ▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                      ,          Case No.  **09-11507**
_____            _____
                **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>David Dibble Custom Homes, Inc.<br>P.O. Box 4717<br>Mooresville, NC 28117 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $15,500.00 |
| ACCOUNT NO.<br><br>David Weekley Homes<br>Weekley Homes LP<br>501 Stonebridge Path Court<br>St. Augustine, FL 32092 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $2,000.00 |
| ACCOUNT NO.<br><br>DEAKIN PROPERTY SERVICES, LLC<br>2909 BAY TO BAY BLVD, SUITE 108<br>TAMPA, FL 33629 | | | General Trade Payable | | | | $2,789.94 |
| ACCOUNT NO.<br><br>Deaver, Richard<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron &<br>Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |

Sheet no. _45_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 20,289.94

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re **Crescent Resources, LLC**                    ,     Case No. **09-11507**
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Debra Jackrel or Ted Jackrel<br>Property/Investment A/C<br>13707 Little Harbor Ct.<br>Jacksonville, FL 32225 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |
| ACCOUNT NO.<br><br>DECURTINS, READE & ALICIA<br>4925 South Parview Drive<br>Charlotte, NC 28226 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>DEERFIELD MASTER ASSOC., INC.<br>PMG COMMERCIAL<br>10904 CRABAPPLE ROAD<br>ROSWELL, GA 30075 | | | General Trade Payable | | | | $13,976.83 |
| ACCOUNT NO.<br><br>Denman, Winifred<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron &<br>Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |

Sheet no. __46_ of __183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 19,976.83

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __Crescent Resources, LLC_____,     Case No. __09-11507_____
           **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| Dever, Richard c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | | X | X | X | |
| ACCOUNT NO. | | | Builder Deposit - made payable to Sugarloaf Properties, LLC and held by Crescent Resources, LLC | | | | $5,000.00 |
| Dexter Williams Properties, Inc. Angley Harrington 3655 Alcot Way Cumming, GA 30041 | | | | X | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $23.75 |
| DIAMOND SPRINGS WATER, INC. P.O. BOX 667887 CHARLOTTE, NC 28266-7887 | | | | | | | |
| ACCOUNT NO. | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | | | | $1,000.00 |
| DICK, PERRY J. 2820 Camden Pointe Dr. Sherrills Ford, NC 28673 | | | | X | | | |

Sheet no. __47_of__183__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 6,023.75

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  Crescent Resources, LLC _____ ,        Case No.   09-11507 _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dienst Builders II, LLC<br>9606-A Caldwell Commons<br>Cornelius, NC 28031 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $9,000.00 |
| ACCOUNT NO.<br><br>DINNENY, THOMAS, AND BAKER, MARY KATHERINE<br>20814 Quiet Brook Pl<br>Sterling, VA 20165 | | | Lot Binder Deposit - made payable to 1780, LLC and held by Crescent Resources, LLC | X | | | $20,000.00 |
| ACCOUNT NO.<br><br>DIVERSIFIED ADJUSTMENT SVC INC<br>Address Unknown | | | General Trade Payable | | | | $488.12 |
| ACCOUNT NO.<br><br>Division of Water Quality, North Carolina Department of Environment and Natural Resources<br>1628 Mail Service Center<br>Raleigh, NC 27699 | | | Environmental | X | X | X | Undetermined |

Sheet no.  48  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 29,488.12

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                    ,                    Case No.   **09-11507**
                    **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DUKE ENERGY<br>PO BOX 70516<br>CHARLOTTE, NC 28272-0516 | | | General Trade Payable | | | | $2,008.37 |
| ACCOUNT NO.<br><br>Duke Energy Corporation<br>9700 David Taylor Rd.<br>Charlotte, NC 28262 | | | ADVANCES PAYABLE - DCC | X | | | $8,765,330.34 |
| ACCOUNT NO.<br><br>Duke Energy Corporation<br>9700 David Taylor Rd.<br>Charlotte, NC 28262 | | | Indemnity relating to Letter of Credit No.: 1037 | X | | | Undetermined |
| ACCOUNT NO.<br><br>Duke Energy Corporation<br>9700 David Taylor Rd.<br>Charlotte, NC 28262 | | | Indemnity relating to Letter of Credit No.: 1058 | X | | | Undetermined |
| ACCOUNT NO.<br><br>Duke Energy Corporation<br>9700 David Taylor Rd.<br>Charlotte, NC 28262 | | | Indemnity relating to Letter of Credit No.: 1059 | X | | | Undetermined |

Sheet no.  _49_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 8,767,338.71

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                                ,          Case No.   **09-11507**
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Duke Energy Corporation<br>9700 David Taylor Rd.<br>Charlotte, NC 28262 | | | Indemnity relating to Letter of Credit No.: 1073 | X | | | Undetermined |
| ACCOUNT NO.<br><br>Duke Energy Corporation<br>9700 David Taylor Rd.<br>Charlotte, NC 28262 | | | Indemnity relating to Letter of Credit No.: SM202061W | X | | | Undetermined |
| ACCOUNT NO.<br><br>Duke Energy Corporation<br>9700 David Taylor Rd.<br>Charlotte, NC 28262 | | | Indemnity relating to Letter of Credit No.: SM211136W | X | | | Undetermined |
| ACCOUNT NO.<br><br>Duke Energy Corporation<br>9700 David Taylor Rd.<br>Charlotte, NC 28262 | | | Indemnity relating to Letter of Credit No.: SM214407W | X | | | Undetermined |
| ACCOUNT NO.<br><br>Duke Energy Corporation<br>9700 David Taylor Rd.<br>Charlotte, NC 28262 | | | Indemnity relating to Letter of Credit No.: SM215404W | X | | | Undetermined |

Sheet no.  _50_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                    ,          Case No.  **09-11507**
                      **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Duke Energy Corporation<br>9700 David Taylor Rd.<br>Charlotte, NC 28262 | | | Indemnity relating to Letter of Credit No.: SM222278W | X | | | Undetermined |
| ACCOUNT NO.<br><br>Duke Energy Corporation<br>9700 David Taylor Rd.<br>Charlotte, NC 28262 | | | Indemnity relating to Letter of Credit No.: SM228669W | X | | | Undetermined |
| ACCOUNT NO.<br><br>Duke Energy Corporation<br>9700 David Taylor Rd.<br>Charlotte, NC 28262 | | | Indemnity relating to Letter of Credit No.: SM233339W | X | | | Undetermined |
| ACCOUNT NO.<br><br>DUKE ENERGY CORPORATION<br>PO BOX 601297<br>CHARLOTTE, NC 28260-1297 | | | General Trade Payable | | | | $14.83 |
| ACCOUNT NO.<br><br>DUNLAP & KYLE TIRE CO INC<br>PO BOX 390<br>OLD HICKORY, TN 37138 | | | General Trade Payable | | | | $2.93 |

Sheet no. _51_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 17.76

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                                    ,     Case No.  **09-11507**
                               **Debtor**                                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DUVAL COUNTY TAX COLLECTOR<br>231 E FORSYTH ST, ROOM 130<br>JACKSONVILLE, FL 32202-3370 | | | General Trade Payable | | | | $459,134.83 |
| ACCOUNT NO.<br><br>DYER, RIDDLE, MILLS & PRECOURT<br>PO BOX 850001<br>ORLANDO, FL 32885-0210 | | | General Trade Payable | | | | $10,677.74 |
| ACCOUNT NO.<br><br>Dyer, Riddle, Mills & Precourt<br>941 Lake Baldwin Lane<br>Orlando, FL 32814 | | | Open Invoices | X | | | Undetermined |
| ACCOUNT NO.<br><br>E.S. Johnson Builders, LLC<br>E.S. Johnson Builders, LLC<br>PO Box 1402<br>Cornelius, NC 28031-1402 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $3,000.00 |
| ACCOUNT NO.<br><br>ECS CAROLINAS LLP<br>14026 THUNDERBOLT PLACE<br>SUITE 500<br>CHANTILLY, VA 20151 | | | General Trade Payable | | | | $1,401.75 |

Sheet no.  _52_ of  _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 474,214.32

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re **Crescent Resources, LLC** ,                    Case No. **09-11507**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ED TAYLOR CONSTRUCTION SOUTH 2713 N. FALKENBURG, SUITE A TAMPA, FL 33619 | | | General Trade Payable | | | | $791,261.13 |
| ACCOUNT NO. ED TAYLOR CONSTRUCTION SOUTH 2713 N. FALKENBURG, SUITE A TAMPA, FL 33619 | | | Retainage | X | | | $233,138.31 |
| ACCOUNT NO. Edmondson & Associates, LLC 117 Thornewood DR Cary, NC 27511 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $2,000.00 |
| ACCOUNT NO. Edmonson & Associates, LLC c/o Michael S. Harrell Manning, Fulton & Skinner, P.A. 3605 Glenwood Ave., Suite 500 Raleigh, NC 27612 | X | | Litigation | X | X | X | Undetermined |

Sheet no.  53  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 1,026,399.44

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  Crescent Resources, LLC                                    ,          Case No.   09-11507
                  **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>EFC Associates, Inc.<br>420 S. Main St.<br>Troutman, NC 28166-9532 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $3,000.00 |
| ACCOUNT NO.<br><br>EHRENKRANTZ, ECKSTUT & KUHN ARCHITECTS PC<br>161 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10013 | | | General Trade Payable | | | | $4,324.53 |
| ACCOUNT NO.<br><br>Elder, Gladys<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>EMBARQ - NC (96064)<br>PO BOX 96064<br>CHARLOTTE, NC 28296-0064 | | | General Trade Payable | | | | $30.20 |

Sheet no.   54  of   183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  | $ 7,354.73

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                    ,          Case No.  **09-11507**
         **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Employer Alternatives of Pennsylvania, LLC<br>PO Box 5654<br>High Point, NC 27262 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $4,000.00 |
| ACCOUNT NO.<br><br>Endicott, Terri, as Personal Representative of Mary Fillinger c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ENTRIX INC<br>PO BOX 712103<br>CINCINNATI, OH 45271-2103 | | | General Trade Payable | | | | $50.00 |
| ACCOUNT NO.<br><br>ENVIRONMENTAL GRAPHICS INC<br>11232 CHALLENGER ANENUE<br>SUITE 1<br>ODESSA, FL 33556 | | | General Trade Payable | | | | $3,418.65 |

Sheet no.  _55_ of  _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 7,468.65

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re **Crescent Resources, LLC**                              ,          Case No.   **09-11507**
                    **Debtor**                                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Environmental Protection Agency<br>Ariel Rios Building<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460 | | | Environmental | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Eric McComb Builders, Inc.<br>7200 Hood Rd.<br>Charlotte, NC 28215-6058 | | | Builder Deposits - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,400.00 |
| ACCOUNT NO.<br><br>ES Johnson<br>P.O. Box 1402<br>Cornelius, NC 28031 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $6,000.00 |
| ACCOUNT NO.<br><br>Evans Coghill Homes, LLC<br>P. O. Box 12644<br>Charlotte, NC 28220 | | | Builder Deposit - made payable to Springfield Crescent, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |
| ACCOUNT NO.<br><br>FAUSTIN, DAVID C.<br>10175 Camino Del Dios<br>Delray Beach, FL 33446 | | | Builder Deposit - made payable to Black Forest Owners Association and held by Crescent Resources, LLC | X | | | $5,000.00 |

Sheet no.  _56_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 17,400.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                         ,          Case No.   09-11507
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Fayson, Felicia<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Federal Insurance Company<br>15 Mountain View Road<br>PO Box 1615<br>Warren, NJ 07061-1615 | | | Letter of Credit No.: 3085758 | X | | | $1,750,000.00 |
| ACCOUNT NO.<br><br>FEDEX ( 660481)<br>PO BOX 660481<br>DALLAS, TX 75266-0481 | | | General Trade Payable | | | | $411.27 |
| ACCOUNT NO.<br><br>FEDEX (371461)<br>PO BOX 371461<br>PITTSBURGH, PA 15250-7461 | | | General Trade Payable | | | | $742.52 |

Sheet no.   57  of   183   continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 1,751,153.79

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                    ,          Case No.   **09-11507**
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FIDELITY INVESTMENTS<br>PO BOX 73307<br>ACCT # 5956927<br>CHICAGO, IL 60673-7307 | | | General Trade Payable | | | | $2,003.21 |
| ACCOUNT NO.<br><br>Fields, Arthur W<br>c/o Crescent Resources, LLC<br>400 South Tyron Street, Suite 1300<br>Charlotte, NC 28285 | | | Condo Deposit - relating to Ft. Walton Development LLC and held by Crescent Resources, LLC | X | | | $138,970.00 |
| ACCOUNT NO.<br><br>First Group Properties<br>1727-8A Sardis Rd. North<br>Suite 255<br>Charlotte, NC 28270 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $7,000.00 |
| ACCOUNT NO.<br><br>FLEET FUELING<br>P O BOX 6293<br>CAROL STREAM, IL 60197-6293 | | | General Trade Payable | | | | $7,753.55 |

Sheet no.   58  of   183  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 155,726.76

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                    ,        Case No.  09-11507
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Florence, Annette<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Florida Department of Environmental Protection<br>Central District<br>3319 Maguire Boulevard, Suite 232<br>Orlando, FL 32803-3767 | | | Environmental | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FLORIDA DEPT OF ENV PROTECTION<br>2600 BLAIR STONE ROAD<br>TALLAHASSEE, FL 32399 | | | General Trade Payable | | | | $500.00 |
| ACCOUNT NO.<br><br>FLORIDA POWER & LIGHT COMPANY<br>GENERAL MAIL FACILITY<br>MIAMI, FL 33188-0001 | | | General Trade Payable | | | | $133.25 |

Sheet no.  59 of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 633.25

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                                    ,          Case No.   **09-11507**
                          **Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  FLOYD, LILLIAN C/O Crosland Group 145-A Scaley Bark Road Charlotte, NC 28209 | | | Builder Deposits - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $2,000.00 |
| ACCOUNT NO.  FOLIAGE DESIGN (33605) 4951 B EAST ADAMO DR. # 240 TAMPA, FL 33605 | | | General Trade Payable | | | | $1,187.02 |
| ACCOUNT NO.  Foothill Forest Products PO Box 791 Union, SC 29379 | | | Land Management Deposit - Timber - made payable to Crescent Resources LLC and held by Crescent Resources, LLC | X | | | $7,500.00 |
| ACCOUNT NO.  FORMS & SUPPLY, INC. P.O. BOX 563953 CHARLOTTE, NC 28256 | | | General Trade Payable | | | | $75.30 |
| ACCOUNT NO.  FOROUZAD, TONY 13506 Robert Walker Drive Davidson, NC 28036 | | | Builder Deposits - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $4,000.00 |

Sheet no. _60_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 14,762.32

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                              ,          Case No.   **09-11507**
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FORT MILL ROTARY CL FOUNDATION<br>PO BOX 342<br>FORT MILL, SC 29716-0342 | | | General Trade Payable | | | | $135.80 |
| ACCOUNT NO.<br><br>FOX, WILLIAM A. & ELIZABETH J.<br>9210 Fair Oak Rd.<br>Sherrills Ford, NC 28673 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>FRANCE PUBLICATIONS, INC.<br>3500 PIEDMONT ROAD, STE. 415<br>ATLANTA, GA 30305 | | | General Trade Payable | | | | $1,396.00 |
| ACCOUNT NO.<br><br>FRANKLIN STORMWATER DEPT<br>P.O. BOX 681749<br>FRANKLIN, TN 37068-1749 | | | General Trade Payable | | | | $12.00 |

Sheet no.   61  of   183   continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 2,543.80

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  Crescent Resources, LLC                              ,          Case No.   09-11507
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| Franklin, Terry, as Personal Representative of Estate of Hettie Douglas c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| French, Barbara (deceased) c/o Justin Demerath O'Hanlon & Associates 808 West Avenue Austin, TX 78701 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| French, Larry c/o Justin Demerath O'Hanlon & Associates 808 West Avenue Austin, TX 78701 | | | | X | X | X | |
| ACCOUNT NO. | | | Post Sales Commitments | | | | Undetermined |
| Furniture Row LLC 5603 North Broadway Denver, CO 80216 | | | | X | | | |

Sheet no.  62 of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶　$ 0.00

Total ▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC**                    ,        Case No.   **09-11507**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Furniture Row LLC<br>5603 North Broadway<br>Denver, CO 80216 | | | Belgate Infrastructure obligations | X | | | $293,500.00 |
| ACCOUNT NO.<br>G.P. Kon Custom Builders, Inc.<br>G.P. Kon Custom Builders, Inc.<br>P. O. Box 62<br>Sherrills Ford, NC 28673 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $25,000.00 |
| ACCOUNT NO.<br>G.S. Hoff Company<br>PO Box 606<br>301-B East Concord St.<br>Morganton, NC 28680 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br>GALLANT, LINETTE<br>2929 SE OCEAN BLVD, 104-9<br>STUART, FL 34996 | | | General Trade Payable | | | | $55.00 |
| ACCOUNT NO.<br>GARDNER LAW GROUP P.A.<br>101 SOUTH FRANKLIN ST, SUITE 101<br>TAMPA, FL 33602 | | | General Trade Payable | | | | $240.00 |

Sheet no. _63_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶         $ 319,795.00

Total ▶         $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                               ,          Case No.   **09-11507**
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gate Precast Company<br>c/o C. Patterson Cron<br>Kirksey & Cron PLC<br>5214 Maryland Way, Suite 300<br>Brentwood, TN 37027 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GDS, INC. (9001705)<br>P O BOX 9001705<br>LOUISVILLE, KY 40290-1705 | | | General Trade Payable | | | | $258.10 |
| ACCOUNT NO.<br><br>GE CAPITAL    (642333)<br>PO BOX 642333<br>PITTSBURGH, PA 15264-2333 | | | General Trade Payable | | | | $441.89 |
| ACCOUNT NO.<br><br>Genda Custom Homes, LLC<br>Mitch Genda<br>9425 Ridgeforest Drive<br>Charlotte, NC 28277 | | | Builder Deposit - made payable to Falls Cove Development, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |

Sheet no.  **64** of  **183** continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,699.99

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                    ,                    Case No.   09-11507
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> General Dynamics Corp. <br> c/o Jenner & Block, LLP <br> Steven M. Siros, Esq. <br> Allison A. Torrence, Esq. <br> 330 N. Wabash Avenue <br> Chicago, IL 60611 | | | Environmental | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> General Dynamics Land Systems, Inc. <br> c/o Jenner & Block, LLP <br> Steven M. Siros, Esq. <br> Allison A. Torrence, Esq. <br> 330 N. Wabash Avenue <br> Chicago, IL 60611 | | | Environmental | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> General Electric Capital Corp <br> 1961 Hirst Drive <br> Moberly, MO 65270 | | | Guarantor for the agreement between, Oldfield Club, as payor, and General Electric Capital Corp, as benefactor | X | X | | Undetermined |
| ACCOUNT NO. <br><br> General Land Systems, Inc. <br> c/o David C. Schwartz, Esq. <br> Fowler White Boggs Banker P.A. <br> 200 S. Orange Avenue, Suite 1950 <br> Orlando, FL 32801 | | | Environmental | X | X | X | Undetermined |

Sheet no.  65 of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                              ,          Case No.   **09-11507**
                         **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| Gentry, Ben, F. c/o Walter E. Brock, Jr. P.O. Box 31627 Raleigh, NC 27622 | X | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $321.00 |
| Geo-Systems Design & Testing, Inc 1836 Augusta Highway P.O. Box 2656 West Columbia, SC 29171-2656 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $53,852.67 |
| GEOSYNTEC CONSULTANTS 5901 BROKEN SOUND PKWY SUITE 300 BOCA RATON, FL 33487-2775 | | | | | | | |
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| Gibson, Windia c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | | X | X | X | |

Sheet no.   66  of   183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 54,173.67

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                         ,          Case No.  **09-11507**
          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Gift, Jess c/o Jonathan F. Sobel Kabat, Mielziner & Sobel 25550 Chagrin Boulevard, Suite 403 Beachwood, OH 44122 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. Ginger Ragsdale, Inc. c/o Ginger Ragsdale 2918 Major Ridge Trail Duluth, GA 30097 | | | Builder Deposit - made payable to Sugarloaf Properties, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |
| ACCOUNT NO. Glenn, Mr. Bobby P.O. Box 9848 Savannah, GA 31412 | | | General Trade Payable | | | | $152.89 |
| ACCOUNT NO. GLENN, WILLIAM & JANE 2701 Sherwood Ave. Charlotte, NC 28207 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |

Sheet no. __67_ of __183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 6,152.89

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC _____ ,          Case No.   09-11507 _____
                               **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GMB ENGINEERS & PLANNERS, INC.<br>2602 EAST LIVINGSTON STREET<br>ORLANDO, FL 32803 | | | General Trade Payable | | | | $13,525.00 |
| ACCOUNT NO.<br><br>Goodale, Jody, as Personal Representative of Robert Goodale c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GOODWIN, ALAN & DARLENA<br>380 Agnew Rd.<br>Mooresville, NC 28117 | | | Builder Deposit - made payable to The Farms LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>GOODYEAR AUTO(28202)<br>100 E. STONEWALL<br>CHARLOTTE, NC 28202 | | | General Trade Payable | | | | $1,597.53 |

Sheet no.   68  of   183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 16,122.53

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                      ,          Case No.  **09-11507**

                **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GRAGG FARM SUPPLY<br>1920 HENDERSON MILL ROAD<br>MORGANTON, NC 28655 | | | General Trade Payable | | | | $16.00 |
| ACCOUNT NO.<br><br>Graham, Susan as Personal Representative of William Graham c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Grainda Builder, Inc.<br>P.O. Box 1221<br>Cornelius, NC 28031 | | | Builder Deposit - made payable to Chapel Cove at Glengate, LLC and held by Crescent Resources, LLC | X | | | $2,000.00 |
| ACCOUNT NO.<br><br>Grand South Design, Inc.<br>Sumpter Daniel<br>2610 Moye Trail<br>Duluth, GA 30097 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $8,000.00 |

Sheet no.  69  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶        $ 10,016.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                    ,          Case No.  **09-11507**
                   **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Grayson-Cox, Gloria <br> c/o John R. Overchuck <br> Overchuck, DeMarco, Byron & Overchuck, P.A. <br> 2709 West Fairbanks Ave. <br> Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> Greco, Joseph & Carolyn <br> 1009 Blykeford Lane <br> Wake Forest, NC 27587 | | | Builder Deposits - made payable to Hidden Lake Crescent, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br><br> Green Construction Corp <br> 9155 S. Dadeland Blvd. <br> Miami, FL 33156 | | | Open Invoices | X | | | Undetermined |
| ACCOUNT NO. <br><br> Greenfield Construction, Inc. <br> Steve & Susan Greenfield <br> 935 Tiverton Lane <br> Alpharetta, GA 30022 | | | Builder Deposit - made payable to Crescent River, LLC and held by Crescent Resources, LLC | X | | | $10,000.00 |

Sheet no.  _70_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 11,000.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC**                    ,          Case No.   **09-11507**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Greg Robbins Custom Homes, Inc <br> PO Box 5385 <br> Mooresville, NC 28117 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $2,000.00 |
| ACCOUNT NO. <br><br> GREGORY, JOHN C.W. & KIMBERLY WELLER <br> 2715 Beverwyck Road <br> Charlotte, NC 28211 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $2,000.00 |
| ACCOUNT NO. <br><br> GRESHAM SMITH & PARTNERS <br> P.O. BOX 440029 <br> NASHVILLE, TN 37244-0029 | | | General Trade Payable | | | | $100.54 |
| ACCOUNT NO. <br><br> Group Electric Co., LLC <br> c/o Lawrence B. Hammet II <br> Todd, Floyd & Hammet, PLC <br> 3817 Bedford Avenue, Suite 220 <br> Nashville, TN 37215 | | | Litigation | X | X | X | Undetermined |

Sheet no. _71_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 4,100.54

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                          ,          Case No.   09-11507
_____          _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GVA ADVANTIS R.E. SERVICES<br>3000 BAYPORT DRIVE, SUITE 100<br>TAMPA, FL 33607 | | | General Trade Payable | | | | $352,629.17 |
| ACCOUNT NO.<br><br>H & B ELECTRIC<br>8932 HORTON HWY<br>COLLEGE GROVE, TN 37046 | | | General Trade Payable | | | | $518.67 |
| ACCOUNT NO.<br><br>HADEN-STANZIALE, INC.<br>2200 W MAIN STREET, SUITE 560<br>SUITE 560<br>DURHAM, NC 27705 | | | General Trade Payable | | | | $316.69 |
| ACCOUNT NO.<br><br>HALEY, GARY C. & MARY E.<br>1376 Carpers Farm Way<br>Vienna, VA 22182 | | | Builder Deposit - made payable to Black Forest Owners Association and held by Crescent Resources, LLC | X | | | $5,000.00 |

Sheet no.   72  of   183   continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 358,464.53

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                    ,        Case No.   **09-11507**
**Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. |  |  | Litigation |  |  |  | Undetermined |
| Hall, Sandra c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 |  |  |  | X | X | X |  |
| ACCOUNT NO. |  |  | Litigation |  |  |  | Undetermined |
| Hamner, Rosalind, as Personal Representative of Karl Hamner c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 |  |  |  | X | X | X |  |
| ACCOUNT NO. |  |  | General Trade Payable |  |  |  | $42,644.29 |
| HARBORTOWN AT PABLO CREEK 3434 COLWELL AVENUE, SUITE 200 TAMPA, FL 33614 |  |  |  |  |  |  |  |
| ACCOUNT NO. |  |  | General Trade Payable |  |  |  | $2,647.50 |
| HARRAH & ASSOCIATES LLC 1722A GENERAL GEORGE PATTON DR SUITE 400 BRENTWOOD, TN 37027 |  |  |  |  |  |  |  |

Sheet no.  _73_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 45,291.79

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                              ,        Case No.   09-11507
　　　　　　　　　　Debtor                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HARTSELL, LLOYD E. & PATRICIA K.<br>401 Hunting Hill Circle<br>Greer, SC 29650 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>Hartsfield, Carrie<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HASLER FINANCIAL SERVICES LLC<br>PO BOX 45850<br>SAN FRANCISCO, CA 94145-0850 | | | General Trade Payable | | | | $16.26 |
| ACCOUNT NO.<br><br>HASLER INC<br>PO BOX 3808<br>MILFORD, CT 06460-8708 | | | General Trade Payable | | | | $12.01 |

Sheet no.  74  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,028.27

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                          ,          Case No.   **09-11507**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HEAVEN SCENT CLEANING<br>P O BOX 382<br>RICHBURG, SC 29729 | | | General Trade Payable | | | | $285.00 |
| ACCOUNT NO.<br><br>Henricks<br>Address Unknown | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>HERNDON, PAUL & KARI ORTMEIER-HERNDON<br>9234 Heydon Hall Cir.<br>Charlotte, NC 28210 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |
| ACCOUNT NO.<br><br>HIDDEN RIVER CORP PARK ASC INC<br>Address Unknown | | | General Trade Payable | | | | $19,700.38 |
| ACCOUNT NO.<br><br>Higgins Stephens Building & Development Inc.<br>2198 Willow Creek Drive<br>Newton, NC 28658 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $11,000.00 |

Sheet no.  _75_ of __183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 36,985.38

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                          ,          Case No.  09-11507
　　　　　　　　　Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HIGHWING IMAGES<br>8581 N GOLFVIEW DR<br>CITRUS SPRINGS, FL 34434 | | | General Trade Payable | | | | $227.00 |
| ACCOUNT NO.<br><br>HILLS, ALBERT & DEBORAH<br>7247 Governors Row<br>Charlotte, NC 28277 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $6,000.00 |
| ACCOUNT NO.<br><br>HILLSBOROUGH COUNTY AVIATION<br>P.O. BOX 22287<br>TAMPA, FL 33622 | | | General Trade Payable | | | | $1,394.90 |
| ACCOUNT NO.<br><br>Hiluard Kitchens Homes, Inc.<br>Hiluard Kitchens<br>3449 Lawrenceville Suwanee Rd<br>Suite B<br>Suwanee, GA 30024 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $15,000.00 |

Sheet no.  76 of  183 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶　$ 22,621.90

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

$

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                                    ,          Case No.   09-11507
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  HODGES, LUD 2909 BAY TO BAY BLVD. SUITE 600 TAMPA, FL 33629 | | | General Trade Payable | | | | $180.00 |
| ACCOUNT NO.  HODGSON & DOUGLAS P.O. BOX 121767 NASHVILLE, TN 37212-1767 | | | General Trade Payable | | | | $2,161.15 |
| ACCOUNT NO.  HOLT NEY ZATCOFF & WASSERMAN 100 GALLERIA PKWY, STE 600 ATLANTA, GA 30339-5911 | | | General Trade Payable | | | | $500.00 |
| ACCOUNT NO.  HOLWERDA, JASON 6550 CAROTHERS PKWY, STE 400 FRANKLIN, TN 37067 | | | General Trade Payable | | | | $1,538.60 |
| ACCOUNT NO.  HOME DEPOT (4141) PO BOX 9055 DES MOINES, IA 50368-9055 | | | General Trade Payable | | | | $20.00 |

Sheet no.   77  of   183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 4,399.75

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                              ,        Case No.   **09-11507**
         **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hopkins & Hopkins Construction Co., Inc.<br>11601 Statesville Rd.<br>P. O. Box 682<br>Huntersville, NC 28078 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $6,000.00 |
| ACCOUNT NO.<br><br>HOUSING STUDIO, The<br>333 WEST TRADE ST., SUITE 300<br>CHARLOTTE, NC 28202 | | | General Trade Payable | | | | $1,800.00 |
| ACCOUNT NO.<br><br>HOW MAGAZINE<br>PO BOX 420234<br>PALM COAST, FL 32142 | | | General Trade Payable | | | | $29.96 |
| ACCOUNT NO.<br><br>Howey Construction & Development L.L.C.<br>6805-C Fairview Road<br>Charlotte, NC 28210 | | | Buiilder Deposits - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,050.00 |

Sheet no.  _78_ of  _183_  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 8,879.96

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                                    ,        Case No.   09-11507
                        **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Howey Construction & Development LLC <br> 6805-C Fairview Rd. <br> Charlotte, NC 28210 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $12,000.00 |
| ACCOUNT NO. <br><br> Howington, Glenda <br> c/o John R. Overchuck <br> Overchuck, DeMarco, Byron & Overchuck, P.A. <br> 2709 West Fairbanks Ave. <br> Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> Hughes & Associates, Inc. <br> 6425 Bannington Drive <br> Suite A <br> Charlotte, NC 28226 | | | Builder Deposit - made payable to The Farms LLC and held by Crescent Resources, LLC | X | | | $2,000.00 |
| ACCOUNT NO. <br><br> Hughes, Hamelink & Zande <br> 909 East Blvd. <br> Charlotte, NC 28203 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $7,000.00 |

Sheet no.   79  of   183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 21,000.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  Crescent Resources, LLC                     ,     Case No.   09-11507
_____
               **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hull/Storey Acquisitions, LLC<br>c/o Timothy E. Madden<br>Nelson Mullins Riley & Scarborough LLP<br>104 S. Main St., Ninth Floor<br>Greenville, SC 29601 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Hunter, Diana<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>IKEA Group<br>420 Alan Wood Rd<br>Conshohocken, PA 19428 | | | Belgate Infrastructure obligations | | X | | $5,500,000.00 |
| ACCOUNT NO.<br><br>IKEA Group<br>420 Alan Wood Rd<br>Conshohocken, PA 19428 | | | Post Sales Commitments | X | | | Undetermined |

Sheet no.  80  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 5,500,000.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                    ,          Case No.  **09-11507**
                          **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>IKON FINANCIAL SERVICES - GA<br>P.O. BOX 740540<br>ATLANTA, GA 30374-0540 | | | General Trade Payable | | | | $290.33 |
| ACCOUNT NO.<br><br>IKON OFFICE SOLUTIONS (827577)<br>PO BOX 827577<br>PHILADELPHIA, PA 19182-7577 | | | General Trade Payable | | | | $998.14 |
| ACCOUNT NO.<br><br>IKON OFFICE SOLUTIONS(532530)<br>P O BOX 532530<br>ATLANTA, GA 30353-2530 | | | General Trade Payable | | | | $231.28 |
| ACCOUNT NO.<br><br>Imperial Homes of Lake Norman, Inc.<br>P. O. Box 392<br>Sherrills Ford, NC 28673 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $3,000.00 |

Sheet no.  _81_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 4,519.75

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                              ,          Case No.   09-11507
                                    **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Ingersoll Rand Financial Services (JV of Ingersoll Rand and Citigroup affiliate)<br>3950 Regent Blvd.<br>Irving, TX 75063 | | | Guarantor for the agreement between, Oldfield LLC, Twin Creeks Property, LTD, The River Country Club, LLC, Palmetto Bluff Lodge LLC, May River Golf Club LLC, as payor, and Ingersoll Rand Financial Services (JV of Ingersoll Rand and Citigrou | X | X | | Undetermined |
| ACCOUNT NO.<br><br>INT'L SECURITY MGMT GROUP INC<br>PO BOX 404000<br>ATLANTA, GA 30384-4000 | | | General Trade Payable | | | | $5,185.33 |
| ACCOUNT NO.<br><br>INTEGRITY PLUS TECHNOLOGIES<br>PMB 10<br>366 GEORGE W LILES PKWY NW<br>CONCORD, NC 28027 | | | General Trade Payable | | | | $336.60 |
| ACCOUNT NO.<br><br>INTERIOR DESIGN SERVICES INC<br>209 POWELL PLACE<br>BRENTWOOD, TN 37027 | | | General Trade Payable | | | | $1,499.40 |

Sheet no.   82  of   183   continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 7,021.33

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                                    ,          Case No.  **09-11507**
                        **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  INTERNATIONAL FIRE PROTECTION 243 ROYAL DRIVE MADISON, AL 35758 | | | General Trade Payable | | | | $3,108.78 |
| ACCOUNT NO.  International Fire Protection, Inc. c/o Timothy H. Nichols 2021 Richard Jones Road Suite 350 Nashville, TN 37215 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.  INTUIT  (51887) PO BOX 51887 LOS ANGELES, CA 90051-6187 | | | General Trade Payable | | | | $2,071.40 |
| ACCOUNT NO.  INTUIT REAL ESTATE SOLUTIONS P O BOX 51887 LOS ANGELES, CA 90051-6187 | | | General Trade Payable | | | | $1,842.19 |

Sheet no.  **83** of  **183** continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 7,022.37

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                          ,          Case No.   **09-11507**
　　　　　　　**Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>IRON MOUNTAIN RECORDS MGMT INC<br>PO BOX 27128<br>NEW YORK, NY 10087-7128 | | | General Trade Payable | | | | $162.76 |
| ACCOUNT NO.<br><br>Islandia Charlotte LLC<br>c/o Henry N. Pharr III<br>Horack, Talley, Pharr & Lowndes, P.A.<br>2600 One Wachovia Center<br>301 South College St.<br>Charlotte, NC 28202-6038 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>J. Patrick O'Donnell, Inc.<br>Pat O'Donnell<br>3264 Medlock Bridge Rd<br>Suite 100<br>Norcross, GA 30092 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $14,000.00 |
| ACCOUNT NO.<br><br>J.E.A. a body politic and corporate<br>c/o Matthew P. McLauchlin<br>501 Riverside Ave., Floor 7<br>Jacksonville, FL 32202 | X | | Litigation | X | X | X | Undetermined |

Sheet no.   84  of   183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 14,162.76

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                      ,        Case No.   **09-11507**
            **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> J.S. Testa, LLC <br> 19901 W. Catawba Ave., Suite 103 <br> Tampa, FL 33619 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $13,000.00 |
| ACCOUNT NO. <br><br> J.S. Testa, LLC <br> c/o Kevin C. Donaldson <br> Jones,Childress,McLurkin,Donaldson & Stutts, PLLC <br> 236 Raceway Drive, Suite 7 <br> Mooresville, NC 28117 | X | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> Jackson, Lloyd, as Personal Representative of Barbara Jackson <br> c/o John R. Overchuck <br> Overchuck, DeMarco, Byron & Overchuck, P.A. <br> 2709 West Fairbanks Ave. <br> Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |

Sheet no.  _85_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 13,000.00

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)