B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC** ,                    Case No.   09-11507
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>James Flynn, as Personal Representative of Lorna Flynn c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>JAMES, ROGER & JANICE 1903 S Ocean Blvd. Ph 19 North Myrtle Beach, SC 29582 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |
| ACCOUNT NO.<br><br>Jas-Am, Inc. P.O. Box 473340 Charlotte, NC 28247 | | | Builder Deposit - made payable to The Sanctuary at Lake Wylie, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |
| ACCOUNT NO.<br><br>Jasper Builders, Inc 804 N Main St Mooresville, NC 28115 | | | Builder Deposit - made payable to The Farms LLC and held by Crescent Resources, LLC | X | | | $2,000.00 |

Sheet no.   86  of   183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 12,000.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                    ,          Case No.  **09-11507**
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JEFFREY, STEVE & KAYLA<br>5311-77 Center Drive<br>Charlotte, NC 28217 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |
| ACCOUNT NO.<br><br>Jim Bankes, Inc.<br>Jim Bankes<br>2945 Fitzgerald Trace<br>Duluth, GA 30097 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $20,000.00 |
| ACCOUNT NO.<br><br>JLC Suncoast Realty, LLC<br>c/o Julian LeCraw & Co., Inc.<br>922 A1A North<br>Suite 208<br>Ponte Vedra Beach, FL 32082 | | | Environmental | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Joel Construction Co., Inc.<br>Matt Joel<br>3346 Bagley Passage<br>Duluth, GA 30097 | | | Builder Deposit - made payable to Sugarloaf Properties, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |

Sheet no.  _87_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 30,000.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                          ,          Case No.   09-11507
_____                 _____
                        **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>John R. Poore, Builder, Inc.<br>10550 Independence Pointe Parkway<br>Suite 300<br>Matthews, NC 28105 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $25,995.88 |
| ACCOUNT NO.<br><br>John Willis Homes, Inc.<br>John Willis<br>3763 Rogers Bridge Rd<br>Duluth, GA 30097 | | | Builder Deposit - made payable to Crescent River, LLC and held by Crescent Resources, LLC | X | | | $10,000.00 |
| ACCOUNT NO.<br><br>John, Robert<br>c/o James w. Holliday<br>Holliday, Bomhoff & Karatinos<br>18920 N. Dale Mabry Highway, Suite 101<br>Lutz, FL 33548 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Jones, Debra<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |

Sheet no.  88  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 35,995.88

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC** ,                    Case No.  **09-11507**
                  **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jones, Louise<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron &<br>Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>JONES, PATRICK B.<br>11312 James Jack Lane<br>Charlotte, NC 28277 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>Joseph A. Morris & Associates Realty, Inc<br>2426 Red Fox Trail<br>Charlotte, NC 28211 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $8,000.00 |
| ACCOUNT NO.<br><br>Justice, Phyllis<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron &<br>Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |

Sheet no.  **89** of  **183**  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 9,000.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  Crescent Resources, LLC                    ,          Case No.  09-11507
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>K & T Homes<br>302 Treetops Drive<br>Seneca, SC 29672 | | | Boat Slip Deposit - made payable to Crescent Communities S.C., LLC and held by Crescent Resources, LLC | X | | | $500.00 |
| ACCOUNT NO.<br><br>K&L GATES LLP<br>PO BOX 402988<br>ATLANTA, GA 30384-2988 | | | General Trade Payable | | | | $29,798.80 |
| ACCOUNT NO.<br><br>Kahle, Kay, as Personal Representative of Paul Kahle<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Kearey Builders, Inc.<br>Kearey Construction<br>PO Box 5159<br>Statesville, NC 28687 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $7,000.00 |

Sheet no.  90  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 37,298.80

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                              ,          Case No.   **09-11507**
                          **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> KECK & WOOD, INC <br> 215 HAMPTON ST., SUITE 100 <br> ROCK HILL, SC 29730 | | | General Trade Payable | | | | $106,442.13 |
| ACCOUNT NO. <br><br> Ken Koontz Construction, Inc. <br> 191 Keats Rd. <br> Mooresville, NC 28117 | | | Builder Deposit - made payable to The Point on Norman, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br><br> Kenneth Bealer Homes, Inc. <br> P. O. Box 3398 <br> Mooresville, NC 28117 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $30,500.00 |
| ACCOUNT NO. <br><br> Kent Couch Construction <br> P. O. Box 2629 <br> Hickory, NC 28603 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,150.00 |
| ACCOUNT NO. <br><br> Kent Couch Construction Co. <br> 6319 Hayden Dr. <br> Hickory, NC 28601 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $1,000.00 |

Sheet no. _91_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 140,092.13

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                          ,          Case No.   **09-11507**
               **Debtor**                                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Keris, Patricia, as Personal Representative of John Keris c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> KERSTEN, JENNIFER 4500 Chicago Ave. So. #310 Minneapolis, MN 55407 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |
| ACCOUNT NO. <br><br> Keystone Custom Builder 910 Boston Post Rd Suite 260 Malboro, MA 01752 | | | Builder Deposit - made payable to The Point on Norman, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br><br> Kimberly James Homes P. O. Box 891 Davidson, NC 28036 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |

Sheet no.  _92_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶     $ 7,000.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC**        ,        Case No.  **09-11507**
                 **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| Kimble, Clark c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $329,605.87 |
| KIMLEY-HORN & ASSOCIATES INC PO BOX 932514 ATLANTA, GA 31193-2514 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $9,340.67 |
| KING ENGINEERING ASSOC., INC. 4921 MEMORIAL HWY, SUITE 300 TAMPA, FL 33634 | | | | | | | |
| ACCOUNT NO. | | | Builder Deposits - held by Crescent Resources, LLC | | | | $2,000.00 |
| Kingswood Custom Homes, Inc 106 Oakley Avenue Suite 100 Pineville, NC 28134 | | | | X | | | |

Sheet no. _93_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 340,946.54

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                              ,          Case No.  **09-11507**
_____
               **Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kingswood Custom Homes, Inc.<br>106 Oakley Ave.<br>Suite 100<br>Pineville, NC 28134 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $9,000.00 |
| ACCOUNT NO.<br><br>KNAPE, WILLIAM & CHARLENE<br>10709 Golf Link Dr.<br>Raleigh, NC 27617 | | | Builder Deposit - made payable to Crescent Communities  and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>Knight, Brenda<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron &<br>Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>KOLETIC, DAVID & NATALIE<br>1514 Elmsford Lane<br>Matthews, NC 28105 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |

Sheet no.   94  of   183  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 11,000.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re __Crescent Resources, LLC_____ ,       Case No. __09-11507_____
                          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> KONICA MINOLTA BUS SOLUTION <br> 21146 NETWORK PLACE <br> CHICAGO, IL 60673-1211 | | | General Trade Payable | | | | $404.05 |
| ACCOUNT NO. <br><br> KOSAREK, F., AND M. RIVERA <br> 3722 Beresford Road <br> Charlotte, NC 28211 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br><br> Kricon Bldr <br> P.O. Box 4506 <br> Mooresville, NC 28117 | | | Builder Deposits - made payable to StoneWater Bay Properties, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br><br> Kricon Builders <br> 21133 Crealock Place <br> Cornelius, NC 28031 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $4,000.00 |
| ACCOUNT NO. <br><br> Kricon, Inc. <br> 21133 Crealock Place <br> Cornelius, NC 28031 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |

Sheet no. __95_ of __183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 11,404.05

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC** ,          Case No. **09-11507**
          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>L. C. Dellinger Builders, Inc.<br>Lindy Dellinger<br>1633 S. Hwy 16<br>Stanley, NC 28164 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $6,000.00 |
| ACCOUNT NO.<br><br>L. Shaun Ogden Construction, LLC<br>PO Box 1281<br>Davidson, NC 28036 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $7,000.00 |
| ACCOUNT NO.<br><br>L.M.M.L., LLC<br>4625 Piedmont Row Dr. Unit 600E<br>Charlotte, NC 28210 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $2,500.00 |
| ACCOUNT NO.<br><br>LAD Corporation of West Columbia<br>P.O. Box 2634<br>West Columbia, SC 29171 | | | General Trade Payable | | | | $48,602.00 |
| ACCOUNT NO.<br><br>LAD Corporation of West Columbia<br>PO Box 2634<br>West Columbia, SC 29171 | | | Open Invoices | X | | | Undetermined |

Sheet no. _96_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 64,102.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                    ,          Case No.   **09-11507**
              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lake Camp, LLC<br>240 Field End Street<br>Sarasota, FL 34240 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $5,775.00 |
| ACCOUNT NO.<br><br>Lake James EP, LLC<br>P.O. Box 1397<br>Monroe, NC 28111 | | | Boat Slip Deposit - made payable to 1780, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>Lake Norman Signature Homes, LLC<br>584 Brawley School Rd.<br>Suite 104<br>Mooresville, NC 28117 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $13,000.00 |
| ACCOUNT NO.<br><br>Lakeland Luxury, Inc.<br>16405-D Northcross Drive<br>Huntersville, NC 28078 | | | Builder Deposit - made payable to The Point on Norman, LLC and held by Crescent Resources, LLC | X | | | $2,000.00 |
| ACCOUNT NO.<br><br>LAMONICA, JOSEPH & SUSAN<br>8790 Colebridge Court<br>Sherrills Ford, NC 28673 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $5,000.00 |

Sheet no. _97_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 26,775.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC**                              ,          Case No. **09-11507**
                    **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lancaster Custom Dock & Lift Systems, Inc.<br>1156 Perth Road<br>Troutman, NC 28166 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>LAND DESIGN, INC.(36959)<br>P.O. BOX 36959<br>CHARLOTTE, NC 28236-6959 | | | General Trade Payable | | | | $262.50 |
| ACCOUNT NO.<br><br>LANDMASTERS, INC.<br>P. O. BOX 12846<br>GASTONIA, NC 28052-0017 | | | General Trade Payable | | | | $3,333.33 |
| ACCOUNT NO.<br><br>LANDSCAPE FORMS, INC.<br>P.O. BOX 78000<br>DEPT 78073<br>DETROIT, MI 48278-0073 | | | General Trade Payable | | | | $1,764.39 |

Sheet no. _98_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 6,360.22

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re **Crescent Resources, LLC**                    ,          Case No. **09-11507**
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Landscape Services, Inc. <br> c/o J. Frank Rudy, Jr. <br> Rudy, Wood & Winstead, PLLC <br> 1812 Broadway <br> Nashville, TN 37203 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> LANDSCAPE SERVICES, INC.(TN) <br> 204 RIVER HILLS DRIVE <br> NASHVILLE, TN 37210 | | | General Trade Payable | | | | $256,524.77 |
| ACCOUNT NO. <br><br> LANDSCAPE SERVICES, INC.(TN) <br> 204 RIVER HILLS DRIVE <br> NASHVILLE, TN 37210 | | | Retainage | X | | | $22,302.26 |
| ACCOUNT NO. <br><br> Lastarza, Alexander <br> c/o John R. Overchuck <br> Overchuck, DeMarco, Byron & Overchuck, P.A. <br> 2709 West Fairbanks Ave. <br> Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |

Sheet no. __99_ of __183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 278,827.03

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                    ,          Case No.  **09-11507**
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LAT PURSER & ASSOCIATES, INC. <br> 4530 PARK RD., STE. 300 <br> CHARLOTTE, NC 28209 | | | General Trade Payable | | | | $2,634.09 |
| ACCOUNT NO. <br><br> LAYTON, BLAINE & DIANE <br> 2327 Winterberry Court <br> Denver, NC 28037 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br><br> LDS QUALITY LAWN CARE SERVICES <br> P O BOX 593321 <br> ORLANDO, FL 32859-3321 | | | General Trade Payable | | | | $5,200.00 |
| ACCOUNT NO. <br><br> Leandre, Gary <br> c/o John R. Overchuck <br> Overchuck, DeMarco, Byron & Overchuck, P.A. <br> 2709 West Fairbanks Ave. <br> Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |

Sheet no.  _100_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 8,834.09

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                          ,          Case No.   09-11507
_____                                    _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LEEF, JOHNSEY & MARGARET<br>7 Grosscup Rd.<br>Charleston, WV 25314 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $6,000.00 |
| ACCOUNT NO.<br><br>Levitt and Sons of Hernando County, LLC<br>Address Unknown | | | Guarantor for the Shipyards Loan Agreement between North Bank Developers, LLC, as borrower, and City of Jacksonville, as lender | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Levitt and Sons of Hernando County, LLC<br>Address Unknown | | | Guaranty relating to the the completion of the Sewer Expansion Obligation of Hampton Ridge Developers, LLC | X | X | | Undetermined |
| ACCOUNT NO.<br><br>Lewandowski, Beatrice<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |

Sheet no.   101  of   183  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 6,000.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                              ,        Case No.  **09-11507**
                        **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lifestyle Custom Homes, Inc.<br>5706 Burck Drive<br>Concord, NC 28027-5329 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $27,000.00 |
| ACCOUNT NO.<br><br>LITTLE DIVERSIFIED ARCH CONSUL<br>5815 WESTPARK DRIVE<br>CHARLOTTE, NC 28217 | | | General Trade Payable | | | | $158,861.34 |
| ACCOUNT NO.<br><br>Little John Engineering<br>1935 21st Avenue So.<br>Nashville, TN 37212 | | | Open Invoices | X | | | Undetermined |
| ACCOUNT NO.<br><br>LITTLE RIVER SC, LLC<br>C/O LAT PURSER & ASSOC, INC<br>4530 PARK ROAD., SUITE 300<br>CHARLOTTE, NC 28209 | | | Master Lease Agreement (agreement to provide for vacancies and CAM) | X | X | | Undetermined |
| ACCOUNT NO.<br><br>LITTLE RIVER WATER & SEWERAGE<br>P O BOX 68<br>LITTLE RIVER, SC 29566 | | | General Trade Payable | | | | $13.74 |

Sheet no. _ 102 _of_ 183 _continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 185,875.08

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                              ,        Case No.   **09-11507**
                            **Debtor**                                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LITTLEJOHN ENGINEERING ASSOC <br> 1935 TWENTY-FIRST AVENUE SOUTH <br> NASHVILLE, TN 37212 | | | General Trade Payable | | | | $18,088.33 |
| ACCOUNT NO. <br><br> LOEWENSTEIN, DANIEL <br> 4 Anglican Lane <br> Lincolnshire, IL 60069 | | | Builder Deposit - made payable to Black Forest Owners Association and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br><br> Lopez Homes, Inc. <br> Lopez Homes, Inc. <br> 1023 Lyerly Ridge Road <br> Concord, NC 28027 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $2,000.00 |
| ACCOUNT NO. <br><br> LOSCH, WILLIAM & ELLEN <br> 10813 Congressional Club Dr. <br> Charlotte, NC 28277 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |

Sheet no.  __103_ of __183__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 26,088.33

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                    ,          Case No.  **09-11507**
                **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Lovell's Masonry, Inc. c/o C. Patterson Cron Kirksey & Cron PLC 5214 Maryland Way, Suite 300 Brentwood, TN 37027 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. Lovett, Mr. Donald E. 7550 Irmo Drive Columbia, SC 29212 | | | Land Mangement Sales Deposits - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $5,500.00 |
| ACCOUNT NO. Lowe's Home Centers, Inc. 1605 Curtis Bridge Road Mail Code: LGS6 Wilkesboro, NC 28697 | | | Letter of Credit No.: 3091198 | X | | | $- |
| ACCOUNT NO. LOWERY, JOEL D. 4004 Channel Point Lane Denver, NC 28037 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |

Sheet no.  **104** of  **183** continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 6,500.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                    ,          Case No.  **09-11507**
_____                              _____
                          **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LOWNDES, DROSDICK, DOSTER, KANTOR & REED<br>P.O. BOX 2809<br>ORLANDO, FL 32802-2809 | | | General Trade Payable | | | | $549.00 |
| ACCOUNT NO.<br><br>LYNCHES RIVER ELECTRIC COOPERA<br>P O BOX 308<br>PAGELAND, SC 29728-0308 | | | General Trade Payable | | | | $35.96 |
| ACCOUNT NO.<br><br>M&W Partners, LLC<br>c/o Michael S. Harrell<br>Manning, Fulton & Skinner, P.A.<br>3605 Glenwood Ave., Suite 500<br>Raleigh, NC 27612 | X | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MACMILLAN, STEPHEN<br>1018 Iiwi Street<br>Honolulu, HI 96816 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |

Sheet no.  **105** of  **183** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 5,584.96

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                    ,          Case No.  **09-11507**
         **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MacNeil Homes, LLC<br>4201 Congress St.<br>Suite 120<br>Charlotte, NC 28209 | | | Builder Deposit - made payable to Chapel Cove at Glengate, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>MADISON WOOD PRODUCTS<br>1900A IOCCOA HWY<br>WESTMINSTER, SC 29693 | | | General Trade Payable | | | | $2,500.00 |
| ACCOUNT NO.<br><br>Madison, Yvette<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron &<br>Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MALLORY VALLEY UTILITY DIST<br>PO BOX 306056<br>NASHVILLE, TN 37230-6056 | | | General Trade Payable | | | | $395.66 |

Sheet no.  106  of  183  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 3,895.66

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                    ,          Case No.   **09-11507**
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mallory Valley Utility District<br>465 Duke Drive<br>Franklin, TN 37067 | | | Letter of Credit No.: SM228669W | X | | | $2,212.31 |
| ACCOUNT NO.<br><br>Mallory Valley Utility District<br>465 Duke Drive<br>Franklin, TN 37067 | | | Letter of Credit No.: 3093353 | X | | | $25,158.30 |
| ACCOUNT NO.<br><br>MANAGEMENT COMMUNICATION SYSTE 3100 WEST LAKE STREET SUITE 430 MINNEAPOLIS, MN 55416 | | | General Trade Payable | | | | $1,250.00 |
| ACCOUNT NO.<br><br>MANROSS, ROBERT C.<br>3 Kimberly Court<br>Voorhees, NJ 08043 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $3,000.00 |

Sheet no.  _107_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶　$ 31,620.61

Total ▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                              ,        Case No.   09-11507
                          **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Maria & Richard Arwood<br>1650 Olmsted Dr.<br>Asheville, NC 28803 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $6,000.00 |
| ACCOUNT NO.<br><br>Maritime Builders<br>248 3rd St SE<br>Hickory, NC 28037 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>Marois Builders, Inc.<br>Germain Marois<br>P. O. Box 2665<br>Cornelius, NC 28031 | | | Buiilder Deposits - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $4,000.00 |
| ACCOUNT NO.<br><br>Matthews & Wade Building Co, Inc<br>2515 Fairview RD<br>Suite 2<br>Raleigh, NC 27608 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $2,000.00 |
| ACCOUNT NO.<br><br>MATTOX, HERMAN<br>Address Unknown | | | General Trade Payable | | | | $69.67 |

Sheet no.   108  of   183   continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 13,069.67

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                            ,          Case No.  **09-11507**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>McClafferty, Patricia<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron &<br>Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MCCOMB OIL & PROPANE CO.<br>P. O. DRAWER 789<br>MORGANTON, NC 28680-0789 | | | General Trade Payable | | | | $164.31 |
| ACCOUNT NO.<br><br>MCCOY, CHRISTOPHER & CARA<br>6622 Mays Chapel Ln.<br>Charlotte, NC 28270 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>McDuffee Builders Inc<br>PO Box 1246<br>Cary, NC 27512 | | | Builder Deposits - made payable to The Parks at Meadowview, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |

Sheet no.  **109** of  **183** continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 2,164.31

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                    ,          Case No.  **09-11507**
　　　　　　　　　**Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>McDuffee Builders, Inc.<br>c/o Michael S. Harrell<br>Manning, Fulton & Skinner, P.A.<br>3605 Glenwood Ave., Suite 500<br>Raleigh, NC 27612 | X | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MCMAHAN, MICHAEL & KATHLEEN<br>16607 Flying Jib Road<br>Cornelius, NC 28031 | | | Builder Deposits - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>McMahan, Wallace, R.<br>c/o W. Richard McClellion<br>120 West Whitner St.<br>Anderson, SC 29621 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>McNally Homes, Inc.<br>PO Box 472702<br>Charlotte, NC 28247 | | | Builder Deposit - made payable to Springfield Crescent, LLC and held by Crescent Resources, LLC | X | | | $2,000.00 |

Sheet no. __110_ of __183__ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 3,000.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC** , Case No. **09-11507**
       **Debtor**                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>McSpadden Development Corporation<br>3302 S. New Hope Rd.<br>Suite 100F<br>Gastonia, NC 28056 | | | Builder Deposit - made payable to The Sanctuary at Lake Wylie, LLC and held by Crescent Resources, LLC | X | | | $10,000.00 |
| ACCOUNT NO.<br><br>MCWHORTER, RICK & CAROL<br>3706 Great Hill Rd.<br>Crystal Lake, IL 60012 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>MECHANIK NUCCIO HEARNE & WESTER, P. A.<br>305 S BLVD<br>TAMPA, FL 33606-2150 | | | General Trade Payable | | | | $21,423.46 |
| ACCOUNT NO.<br><br>Mecklenburg County<br>700 North Tryon Street<br>Charlotte, NC 28202 | | | Letter of Credit No.: 1058 | X | | | $30,000.00 |
| ACCOUNT NO.<br><br>Mecklenburg Homeworks<br>David & Kathy Mann<br>408 Red Rough Rd.<br>Meadows of Dan, VA 24120 | | | Builder Deposit - made payable to The Point on Norman, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |

Sheet no. _111_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal ►    $ 63,423.46

            Total ►    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC** _____ ,     Case No.  **09-11507** _____
_____**Debtor**_____                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mercer, Michael<br>1572 Linkside Dr<br>Orange Park, FL 32003 | | | Litigation - Workers Comp | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Merriman Schmitt<br>610 East Morehead St.<br>Suite 200<br>Charlotte, NC 28202 | | | Open Invoices | X | | | Undetermined |
| ACCOUNT NO.<br><br>MERRIMAN SCHMITT/ARCHITECTS<br>610 EAST MOREHEAD STREET<br>CHARLOTTE, NC 28202 | | | General Trade Payable | | | | $40,229.05 |
| ACCOUNT NO.<br><br>METRO SPECIAL POLICE & SECURIT<br>P.O. BOX 221207<br>CHARLOTTE, NC 28222 | | | General Trade Payable | | | | $325.05 |
| ACCOUNT NO.<br><br>MG OFFICE PRODUCTS INC<br>1644 LAND O' LAKES BLVD<br>LUTZ, FL 33549 | | | General Trade Payable | | | | $138.89 |

Sheet no. _112_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 40,692.99

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                              ,          Case No.  **09-11507**
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MIDDLE TENNESSEE(608)<br>P.O. BOX 608<br>MURFREESBORO, TN 37133-0608 | | | General Trade Payable | | | | $2,986.00 |
| ACCOUNT NO.<br><br>MILLER & MARTIN PLLC<br>832 GEORGIA AVENUE<br>SUITE 1000 VOLUNTEER BLDG<br>CHATTANOOGA, TN 37402 | | | General Trade Payable | | | | $10,678.77 |
| ACCOUNT NO.<br><br>MILLER EINHOUSE RYMER &<br>BOYD<br>3504 LAKE LYNDA DRIVE, SUITE 400<br>ORLANDO, FL 32817 | | | General Trade Payable | | | | $6,581.80 |
| ACCOUNT NO.<br><br>MILNER, RICK & JUDY<br>8280 Roxborough Loop<br>Gainesville, VA 20155 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |

Sheet no.  _113_ of  _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 21,246.57

Total ▶       $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                          ,          Case No.  **09-11507**
            **Debtor**                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Misener Marine Construction, Inc. <br> c/o Michael J. Bradford <br> Hamilton, Miller & Birthisel, LLP <br> 100 S. Ashley Drive, Suite 1210 <br> Tampa, FL 33602 | X | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MOCK, MR. & MRS. MICHAEL <br> 20339 Christofle Dr. <br> Cornelius, NC 28031 | | | Builder Deposits - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br><br> MONI Holdings, LLC <br> c/o Diane Westwood Wilson, Esq. <br> Clyde & Co., US, LLP <br> The Chrysler Building <br> 405 Lexington Avenue, 11th Floor <br> New York, NY 10174 | | | Environmental | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> Montgomery, Ronald, W. <br> c/o Alford Haselden <br> Haselden, Owen & Boloyan, LLC <br> 300 N. Main Street <br> P.O. Box 173 <br> Clover, SC 29710 | | | Litigation | X | X | X | Undetermined |

Sheet no. _114_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ► | $ 1,000.00

Total ► | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC**                    ,          Case No.   **09-11507**
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Moody Truck Center, Inc.<br>4600 Phillips Hwy<br>Jacksonville, FL 32207 | | | Environmental | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Morgan Stanley Capital Services, Inc.<br>901 South Bond Street<br>6th Floor<br>Attn: Muriel Ziegler<br>Baltimore, MD 21231 | | | Derivatives | X | | | $13,586,490.00 |
| ACCOUNT NO.<br><br>MORRIS WORTHING<br>5859 River Road<br>Ridgeway, SC 29130 | | | General Trade Payable | | | | $29.34 |
| ACCOUNT NO.<br><br>MORRIS, R. LAWRENCE<br>70 Chandon<br>Newport Coast, CA 92657 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |

Sheet no.   115  of   183  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 13,587,519.34

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                              ,          Case No.   **09-11507**
                   **Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>MOUSLEY, PHILLIP & CATHERINE<br>9 Nelson Place<br>Lymington Hants, S041 3RT UNITED KINGDOM | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |
| ACCOUNT NO. <br><br>Murray, Doris<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. <br><br>MUZAK - CHARLOTTE<br>PO BOX 71070<br>CHARLOTTE, NC 28272-1070 | | | General Trade Payable | | | | $422.96 |
| ACCOUNT NO. <br><br>Myers Timber Co.<br>PO Box 1013<br>Camden, SC 29020 | | | Land Management Deposit - Timber - made payable to Crescent Resources LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |

Sheet no.  _116_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 10,422.96

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                    ,          Case No.   **09-11507**
_____
**Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Naes, Gerald <br> c/o John R. Overchuck <br> Overchuck, DeMarco, Byron & Overchuck, P.A. <br> 2709 West Fairbanks Ave. <br> Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> NAIOP-TAMPA BAY CHAPTER <br> 6107-B MEMORIAL HIGHWAY <br> TAMPA, FL 33615 | | | General Trade Payable | | | | $40.00 |
| ACCOUNT NO. <br><br> NATURAL SYSTEMS ANALYSTS INC <br> PO BOX 1598 <br> WINTER PARK, FL 32790 | | | General Trade Payable | | | | $2,990.00 |
| ACCOUNT NO. <br><br> NC DIVISION OF MOTOR VEHICLES <br> P O BOX 29620 <br> RALEIGH, NC 27626-0620 | | | General Trade Payable | | | | $49.00 |

Sheet no.   117  of   183  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 3,079.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re **Crescent Resources, LLC**                    ,          Case No. **09-11507**
           **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NC LIC BRD FOR GEN CONTRACTRS<br>PO BOX 17187<br>RALEIGH, NC 27619 | | | General Trade Payable | | | | $235.00 |
| ACCOUNT NO.<br><br>NCDENR<br>610 East Center Ave, Suite 301<br>Mooresville, NC 28115 | | | Environmental | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>NCDOT<br>P.O. BOX 29518<br>RALEIGH, NC 27626-0518 | | | General Trade Payable | | | | $141,933.00 |
| ACCOUNT NO.<br><br>NEALE, R. LEE & ELIZABETH D.<br>1835 Pinewood Circle<br>Charlotte, NC 28211 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |

Sheet no. __118_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 143,168.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                    ,          Case No.   **09-11507**
           **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NETWORK COMMUNICATIONS INC<br>P O BOX 402168<br>BLACK'S GUIDE- ATLANTA OFFICE<br>ATLANTA, GA 30384-2168 | | | General Trade Payable | | | | $4,730.00 |
| ACCOUNT NO.<br><br>NEWKIRK ENVIRONMENTAL, INC.<br>P O BOX 746<br>MT PLEASANT, SC 29465-0746 | | | General Trade Payable | | | | $180.91 |
| ACCOUNT NO.<br><br>NEXSEN PRUET JACOBS & POLLARD<br>P.O. DRAWER 2426<br>COLUMBIA, SC 29202 | | | General Trade Payable | | | | $5,099.38 |
| ACCOUNT NO.<br><br>NEXTEL (878681342)<br>PO BOX 4181<br>CAROL STREAM, IL 60197-4181 | | | General Trade Payable | | | | $1,783.49 |

Sheet no.   119  of   183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 11,793.78

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC**                    ,          Case No.  **09-11507**
                    **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Niblock Development Corporation<br>300 McGill Ave. NW<br>Concord, NC 28027 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>Noell, Peggy, as Personal Representative of Frank Noell c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>NORKUM, RICHARD<br>20210 Sheaver Road<br>Davidson, NC 28036 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>North American Landscape<br>4200 Performance Road<br>Charlotte, NC 28214 | | | Open Invoices | X | | | Undetermined |

Sheet no.   120  of   183  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 2,000.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                              ,          Case No.   **09-11507**
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NORTH AMERICAN LAWN&LANDSCAPE<br>4200 PERFORMANCE ROAD<br>CHARLOTTE, NC 28214 | | | General Trade Payable | | | | $139,514.40 |
| ACCOUNT NO.<br><br>NORTH AMERICAN LAWN&LANDSCAPE<br>4200 PERFORMANCE ROAD<br>CHARLOTTE, NC 28214 | | | Retainage | X | | | $15,208.27 |
| ACCOUNT NO.<br><br>North Star Building Group, LLC<br>16501 Northcross Dr. Suite D<br>Huntersville, NC 28078 | | | Builder Deposit - made payable to Falls Cove Development, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>Nu South Builders<br>1300 Village Harbor Drive<br>Lake Wylie, SC 29710 | | | Builder Deposits - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |
| ACCOUNT NO.<br><br>Nu-South Builders, Inc.<br>P. O. Box 5277<br>Lake Wylie, SC 29710 | | | Builder Deposit - made payable to Springfield Crescent, LLC and held by Crescent Resources, LLC | X | | | $4,467.50 |

Sheet no. _121_of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 165,190.17

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                              ,          Case No.  **09-11507**
                          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> NUVOX COMMUNICATIONS <br> P.O. BOX 580451 <br> CHARLOTTE, NC 28258-0451 | | | General Trade Payable | | | | $1,622.58 |
| ACCOUNT NO. <br><br> NVIROTECT PEST CONTROL SVC INC <br> 16210 NORTH FLORIDA AVENUE <br> LUTZ, FL 33549 | | | General Trade Payable | | | | $89.10 |
| ACCOUNT NO. <br><br> OCE' FINANCIAL SERVICES, INC <br> 13824 COLLECTIONS CENTER DRIVE <br> CHICAGO, IL 60693-0000 | | | General Trade Payable | | | | $10.65 |
| ACCOUNT NO. <br><br> OCE' IMAGISTICS, INC <br> PO BOX 856193 <br> LOUISVILLE, KY 40285-6193 | | | General Trade Payable | | | | $585.74 |
| ACCOUNT NO. <br><br> Ocean Isle Landing, LLC <br> Address Unknown | | | Intercompany | X | | | $141,933.00 |

Sheet no. _122_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 144,241.07

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Amended

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC** ,                    Case No. **09-11507**
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> OHLDIECK, LINDA <br> 115 Chinook Court <br> Mooresville, NC 28117 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br> Old Wildlife Lake Properties LLC <br> PO Box 7436 <br> Asheville, NC 28802 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br> ORBAN, HAROLD <br> 115 Plantation Dr. <br> Mooresville, NC 28117 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br> ORLANDO BUSINESS JOURNAL <br> PO BOX 403844 <br> ATLANTA, GA 30384-3844 | | | General Trade Payable | | | | $1,446.95 |
| ACCOUNT NO. <br> OVERCASH DEMMITT ARCHITECTS <br> 2010 SOUTH TRYON ST., SUITE 1A <br> CHARLOTTE, NC 28203 | | | General Trade Payable | | | | $7,240.10 |

Sheet no. _123_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 11,687.05

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC**                              ,          Case No. **09-11507**
          **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Pack Brothers <br> 1559 Highway 9 S <br> Mill Springs, NC 28756 | | | Land Management Deposit - Timber - made payable to Crescent Resources LLC and held by Crescent Resources, LLC | X | | | $12,000.00 |
| ACCOUNT NO. <br><br> PALLILO, GERALDINE & JAKE <br> 17532 Sail View Dr. <br> Cornelius, NC 28031 | | | Buiilder Deposits - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br><br> PALMETTO CONSTRUCTION SERVICES <br> PO BOX 1556 <br> LEXINGTON, SC 29071 | | | General Trade Payable | | | | $170.00 |
| ACCOUNT NO. <br><br> PARKER,POE,ADAMS & BERNSTEIN <br> ATTN: ACCOUNTING <br> 401 S TRYON STREET, SUITE 300 <br> CHARLOTTE, NC 28202-1942 | | | General Trade Payable | | | | $39,504.04 |

Sheet no. _124_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 52,674.04

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                              ,          Case No.  **09-11507**
           **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Pasco County Bd of Commissioners West Pasco County Government Center 7530 Little Road Suite 340 Attn: John Gallagher, County Administrator New Port Richey, FL 34654 | | | Letter of Credit No.: SM202061W | X | | | $30,000.00 |
| ACCOUNT NO. <br><br> Patten, Joseph c/o W.M. Chanfrau, Sr. Chanfrau & Chanfrau 701 N. Peninsula Drive Daytona Beach, FL 32118 | | | General Liability Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> PEAK 10, INC PO BOX 534390 ATLANTA, GA 30353-4390 | | | General Trade Payable | | | | $9,821.00 |
| ACCOUNT NO. <br><br> Pegasus Transtech Corporation 4301 W Boy Scout Boulevard, Suite 550 Tampa, FL 33607 | | | Advanced rent -commercial lease and security deposit | X | X | X | Undetermined |

Sheet no.  125  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 39,821.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                         ,          Case No.   **09-11507**
_____
                 **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Pegasus TransTech Corporation <br> 4010 W. Boy Scout Blvd. <br> Suite 300 <br> Tampa, FL 33607 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $55,305.46 |
| ACCOUNT NO. <br><br> PELINO, TERRENCE & JACKIE <br> 178 Milford Circle <br> Mooresville, NC 28117 | | | Builder Deposit - made payable to The Point on Norman, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br><br> PENNA, NICHOLAS J. <br> 9201 Azalea Road <br> Sherrills Ford, NC 28673 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br><br> PENNER, DARRYL DAVID & COLLEEN JO-ANN <br> 3713 Mooreland Farms Rd. <br> Charlotte, NC 28226 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $6,000.00 |

Sheet no.   126  of   183  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

              Subtotal ▶ | $ 63,305.46

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                                      ,          Case No.   **09-11507**
                          **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Perkins, John c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. Perry, Beth, A. c/o Walter E. Brock, Jr. P.O. Box 31627 Raleigh, NC 27622 | X | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. PERRY, JAMES & DEBORAH 4580 Osprey Run Court Denver, NC 28037 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. PERRY, WILLIAM & SUSAN 18916 River Falls Drive Davidson, NC 28036 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |

Sheet no.  _127_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 2,000.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC**                    ,        Case No. **09-11507**
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Petroleum World, Inc.<br>681 NC Highway 120<br>Mooresboro, NC 28114 | | | Environmental | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PHILLIPS, BRIAN & ELIZABETH<br>5601 Mcalpine Farm Rd.<br>Charlotte, NC 28226 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $6,000.00 |
| ACCOUNT NO.<br><br>PHSI PURE WATER FINANCE<br>PO BOX 404582<br>ATLANTA, GA 30384-4582 | | | General Trade Payable | | | | $159.75 |
| ACCOUNT NO.<br><br>Piedmont Row Residential Condominium Owners Association<br>c/o Jackson N. Steele<br>Hamilton Moon Stephens Steele & Martin, PLLC<br>201 South College St.<br>Suite 2020<br>Charlotte, NC 29244-2020 | | | Litigation | X | X | X | Undetermined |

Sheet no. __128_ of __183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 6,159.75

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                    ,          Case No.  **09-11507**
                              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PIERFELICE, ANTHONY & LESLIE<br>4624 Wild Pine Court<br>Midland, MI 48642 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |
| ACCOUNT NO.<br><br>Pinnacle Homes of Lake Norman<br>116 Gasoline Alley<br>Suite 125<br>Mooresville, NC 28117 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $2,000.00 |
| ACCOUNT NO.<br><br>PITNEY BOWES GLOBAL FINANCIAL<br>P.O. BOX 856460<br>LOUISVILLE, KY 40285-6460 | | | General Trade Payable | | | | $119.89 |
| ACCOUNT NO.<br><br>POATS, JOSEPH & STACY<br>3129 Via Larga<br>Almo, CA 94507 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>POHL & SHORT, P.A.<br>PO BOX 3208<br>WINTER PARK, FL 32790 | | | General Trade Payable | | | | $385.00 |

Sheet no. _129_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 8,504.89

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                              ,          Case No.   **09-11507**
_____
                 **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Polk-Sullivan, LLC c/o Michael T. Medford Manning, Fulton & Skinner, P.A. 3605 Glenwood Ave., Suite 500 Raleigh, NC 27619 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. POOL, HENRY & LEIGH ANN 508 Country Club Drive Greensboro, NC 27408 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $6,000.00 |
| ACCOUNT NO. Potter Builders, Inc. 10722 Carmel Commons Rd. Suite 420 Charlotte, NC 28226 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $9,000.00 |
| ACCOUNT NO. POTTS HARDWARE, INC. 5201 NATIONS FORD RD. CHARLOTTE, NC 28217 | | | General Trade Payable | | | | $7.81 |

Sheet no.  __130__ of __183__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 15,007.81

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re **Crescent Resources, LLC** ,       Case No. **09-11507**
       **Debtor**                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Potvin, Todd, as Personal Representative of Raymond Potvin c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>POWESKI, ALLEN & SUSAN 1501 Crimson King Crt Geneseo, IL 61254 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>Poythress Construction Co., Inc. 222 Towerview CT Cary, NC 27513 | | | Builder Deposits - made payable to Hidden Lake Crescent, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>Poythress Homes, Inc. 224 Towerview CT Cary, NC 27513 | | | Builder Deposits - made payable to Hidden Lake Crescent, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |

Sheet no. _131_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 3,000.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                              ,          Case No.   09-11507
　　　　　　　　　　Debtor                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PRECISION PAVING INC<br>P O BOX 11126<br>HICKORY, NC 28603 | | | Retainage | X | | | $5,323.90 |
| ACCOUNT NO.<br><br>PREFERRED PARKING SERVICE, INC<br>212 SOUTH TRYON ST., SUITE 1300<br>SUITE 1300<br>CHARLOTTE, NC 28281 | | | General Trade Payable | | | | $469.50 |
| ACCOUNT NO.<br><br>Premier Rustic Homes, LLC<br>PO Box 5775<br>Asheville, NC 28813 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |
| ACCOUNT NO.<br><br>Prestige Design, Inc. (formerly Southern Prestige Homes, Inc.)<br>Dian Wolfe<br>11190 Big Canoe<br>Big Canoe, GA 30143 | | | Builder Deposit - made payable to Sugarloaf Properties, LLC and held by Crescent Resources, LLC | X | | | $3,000.00 |

Sheet no.  132  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶     $ 13,793.40

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC**                              ,          Case No.   **09-11507**
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PRIMERA OWNERS ASSOCIATION<br>1516 E HILLCREST STREET<br>SUITE 210<br>ORLANDO, FL 32803 | | | General Trade Payable | | | | $29,557.40 |
| ACCOUNT NO.<br><br>PROFORMA<br>P.O. BOX 640814<br>CINCINNATI, OH 45264-0814 | | | General Trade Payable | | | | $50.24 |
| ACCOUNT NO.<br><br>Proformance Electric Inc.<br>Eric Taylor<br>118 Shelter Cove Lane<br>Mooresville, NC 28117 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>Provensano, John, as Personal Representative of Katherine Provenzano<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |

Sheet no.   133  of   183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 30,607.64

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                              ,          Case No.  **09-11507**
            **Debtor**                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PROVIDENCE CONSTRUCTION SVCS<br>349-L COPPERFIELD BLVD. STE. 107<br>CONCORD, NC 28025 | | | General Trade Payable | | | | $8,567.99 |
| ACCOUNT NO.<br><br>Provident Homes, Inc<br>6707 Fairview Rd<br>Suite B<br>Charlotte, NC 28210 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $12,440.00 |
| ACCOUNT NO.<br><br>PURCHASE POWER<br>P.O. BOX 856042<br>LOUISVILLE, KY 40285-6042 | | | General Trade Payable | | | | $133.45 |
| ACCOUNT NO.<br><br>Q DELIVERY INC, The<br>P O BOX 7506<br>CHARLOTTE, NC 28241 | | | General Trade Payable | | | | $33.30 |

Sheet no.  **134** of **183** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 21,174.74

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                           ,          Case No.  **09-11507**

_____**Debtor**_____                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>QUICK SQUARE<br>PO BOX 133<br>GROVE CITY, OH 43123 | | | General Trade Payable | | | | $1,799.00 |
| ACCOUNT NO.<br><br>Quickel Development<br>520 Charles St.<br>Kannapolis, NC 28083-5142 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $3,000.00 |
| ACCOUNT NO.<br><br>QUILL CORPORATION - PA<br>PO BOX 37600<br>PHILADELPHIA, PA 19101-0600 | | | General Trade Payable | | | | $686.16 |
| ACCOUNT NO.<br><br>Quinlivan, Catherine<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron &<br>Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |

Sheet no. __135_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 5,485.16

Total ▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                    ,          Case No.  09-11507
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Raehn, Pamela G 23 Stone Gate Ct Pooler, GA 31322 | | | Litigation - Workers Comp | X | X | X | Undetermined |
| ACCOUNT NO.  RAGAN-SMITH ASSOCIATES, INC. P.O. BOX 60070 NASHVILLE, TN 37206-0070 | | | General Trade Payable | | | | $6,906.26 |
| ACCOUNT NO.  RAINS GROUP, LLC, The Address Unknown | | | General Trade Payable | | | | $825.00 |
| ACCOUNT NO.  RAMSEY, BEVERLY P.O. Box 586 Linville, NC 28646 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |

Sheet no.   136  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 12,731.26

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                              ,          Case No.   **09-11507**
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| Randall, Claudia c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | | X | X | X | |
| ACCOUNT NO. | | | General Trade Payable | | | | $147,908.88 |
| RANGER CONSTRUCTION CO. 4401 BISHOP DRIVE CHARLOTTE, NC 28217 | | | | | | | |
| ACCOUNT NO. | | | Retainage | | | | $87,551.40 |
| RANGER CONSTRUCTION CO. 4401 BISHOP DRIVE CHARLOTTE, NC 28217 | | | | X | | | |
| ACCOUNT NO. | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | | | | $1,000.00 |
| RASP, GREG 4686 Eagle Pointe Court Denver, NC 28037 | | | | X | | | |

Sheet no.   137  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 236,460.28

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC** _____ ,        Case No.   **09-11507** _____
        **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Reagan, Nikki <br> c/o John R. Overchuck <br> Overchuck, DeMarco, Byron & <br> Overchuck, P.A. <br> 2709 West Fairbanks Ave. <br> Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> RECORD STORAGE SYSTEMS <br> P O BOX 7123 <br> CHARLOTTE, NC 28241-7123 | | | General Trade Payable | | | | $549.42 |
| ACCOUNT NO. <br><br> Regal Custom Home Builders, LLC <br> 16151 Lancaster Hwy <br> Suite E <br> Charlotte, NC 28277 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $8,000.00 |
| ACCOUNT NO. <br><br> Regions Bank <br> COMMERCIAL REAL ESTATE <br> 6805 MORRISON BLVD <br> CHARLOTTE, NC 28211 | | | Guarantor for the agreement between, Rhein Palisades, LLC, as payor, and Regions Bank, as benefactor | X | X | | Undetermined |

Sheet no.  _138_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 8,549.42

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                    ,          Case No.   09-11507
                 **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Regions Bank <br> COMMERCIAL REAL ESTATE <br> 6805 MORRISON BLVD <br> CHARLOTTE, NC 28211 | | | Guarantor for the Securitized Debt agreement between, CC Meadows, LLC, as borrower, and Regions Bank, as lender | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> Regions Bank <br> COMMERCIAL REAL ESTATE <br> 6805 MORRISON BLVD <br> CHARLOTTE, NC 28211 | | | Guarantor for the Securitized Debt agreement between, Phipps Tower Associates, LLC, as borrower, and Regions Bank, as lender | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> Reinert, James <br> c/o Robin Levy, P.C. <br> Levy Coleman LLP <br> Post Office Box 7372 <br> 1110 Maple Way <br> Second Floor <br> Jackson, WY 83002 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> Reliford, Lethesa, as Personal Representative of Ceola Reliford <br> c/o John R. Overchuck <br> Overchuck, DeMarco, Byron & Overchuck, P.A. <br> 2709 West Fairbanks Ave. <br> Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |

Sheet no.  139  of  183  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC**                    ,          Case No.   **09-11507**
                                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RHODES, EDDIE<br>2731 Camden Pointe Dr.<br>Sherrills Ford, NC 28673 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>Ridge & Long Limited Company, t/a Ridge Limited Company<br>c/o James C. Judkins<br>Cowles, Rinaldi, Judkins & Korjus<br>10521 Judicial Drive, Suite 204<br>Fairfax, VA 11030 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RIDGE LIMITED COMPANY<br>14883 DUMFRIES ROAD<br>MANASSAS, VA 20112 | | | General Trade Payable | | | | $1,525.00 |
| ACCOUNT NO.<br><br>Rim Golf Club Community Association<br>431 S Beeline Hwy<br>Ste A<br>Payson, AZ 85541 | | | Letter of Credit No.: 1059 | X | | | $287,768.64 |

Sheet no.   140  of   183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 290,293.64

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                          ,        Case No.   09-11507
     **Debtor**             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RINDNER, LEONARD S.<br>3714 SPOKESHAVE LANE<br>MATTHEWS, NC 28105 | | | General Trade Payable | | | | $47,010.00 |
| ACCOUNT NO.<br><br>Rinehart Development & Investment Group<br>c/o Carlton Fields, P.A.<br>Daniel C. Johnson, Esq.<br>CNL Center at City Commons<br>450 S. Orange Ave., Suite 500<br>Orlando, FL 32801 | | | Environmental | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RIPA & ASSOCIATES INC<br>1409 TECH BLVD #1<br>TAMPA, FL 33619 | | | Retainage | X | | | $69,762.13 |
| ACCOUNT NO.<br><br>RISDEN MCELROY ASSOCIATES<br>333 WEST TRADE ST., SUITE 310<br>CHARLOTTE, NC 28202 | | | General Trade Payable | | | | $1,800.00 |

Sheet no.   141  of   183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 118,572.13

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                                    ,          Case No.   09-11507
                              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Ritz, Deborah <br> c/o John R. Overchuck <br> Overchuck, DeMarco, Byron & <br> Overchuck, P.A. <br> 2709 West Fairbanks Ave. <br> Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> Ritz, Jessica <br> c/o John R. Overchuck <br> Overchuck, DeMarco, Byron & <br> Overchuck, P.A. <br> 2709 West Fairbanks Ave. <br> Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> RIVER COUNTRY CLUB LLC, The <br> 1138 CRESCENT RIVER PASS <br> SUWANEE, GA 30024 | | | General Trade Payable | | | | $19.08 |
| ACCOUNT NO. <br><br> Riverside Owners Association <br> c/o Crescent Resources LLC 400 <br> Tryon Street <br> Suite 1300 <br> Charlotte, NC 28201-1003 | | | General Trade Payable | | | | $22,388.66 |

Sheet no.   142  of   183  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 22,407.74

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                              ,        Case No.  09-11507
            **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  RMC Highland Park Place, L.P. et al 5944 Luther Lane Suite 501 Dallas, TX 75225 | | | Potential Litigation | X | X | X | Undetermined |
| ACCOUNT NO.  Robert Wilkins Homes Robert Wilkins 2310 Blackheath Trace Alpharetta, GA 30005 | | | Builder Deposit - made payable to Crescent River, LLC and held by Crescent Resources, LLC | X | | | $10,000.00 |
| ACCOUNT NO.  Robert Wilkins Homes, Inc. Robert Wilkins 2310 Blackheath Trace Alpharetta, GA 30005 | | | Builder Deposit - made payable to Sugarloaf Properties, LLC and held by Crescent Resources, LLC | X | | | $3,000.00 |
| ACCOUNT NO.  Roberts, Margarette c/o Daniel E. Henderson 690 N. Green Street Ridgeland, SC 29936 | | | Litigation | X | X | X | Undetermined |

Sheet no.   143  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶      $ 13,000.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  Crescent Resources, LLC                          ,          Case No.  09-11507
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rohas, Blanca<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Rojas, Biana<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Rosewood, Inc.<br>Terry Crockford<br>3205 Wills Mill Rd<br>Cumming, GA 30041 | | | Builder Deposit - made payable to Sugarloaf Properties, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |
| ACCOUNT NO.<br><br>Ross Allen Custom Builders, Inc.<br>8206 1200 Providence Rd.<br>#384<br>Charlotte, NC 28277 | | | Builder Deposit - made payable to The Sanctuary at Lake Wylie, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |

Sheet no.  144  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  | $ 10,000.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                              ,          Case No.   **09-11507**
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ROSS, MITCHELL<br>2406 Talbot Court<br>Sherrills Ford, NC 28673 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>ROTELLA, PHILLIP<br>8915 Warwicke Lane<br>Sherrills Ford, NC 28673 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>Roy H. Hill<br>2530 W. Roosevelt Blvd.<br>Monroe, NC 28110 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>ROYAL CUP INC.<br>P. O. BOX 170971<br>BIRMINGHAM, AL 35217 | | | General Trade Payable | | | | $1,664.44 |
| ACCOUNT NO.<br><br>RSM MCGLADREY INC<br>5155 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-0051 | | | General Trade Payable | | | | $6,250.00 |

Sheet no. _145_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 10,914.44

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                          ,          Case No.  **09-11507**
Debtor                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RTH Enterprises, Todd Hines<br>119 Mystic Lake Loop<br>Mooresville, NC 28117 | | | Condo Deposit - relating to Ft. Walton Development LLC and held by Crescent Resources, LLC | X | | | $78,870.00 |
| ACCOUNT NO.<br><br>RUDD, ROY<br>7942 Westcape Dr.<br>Denver, NC 28037 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>Ruff, John<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RUFFNER, RONALD S.<br>7825 2ND AVENUE SOUTH<br>ST. PETERSBURG, FL 33707 | | | Employee Liability | X | | | $5,506.00 |

Sheet no.  146  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 85,376.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                              ,          Case No.   **09-11507**
                                **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rufty Homes, Inc.<br>P.O. Box 5426<br>Cary, NC 27172 | | | Builder Deposits - made payable to The Parks at Meadowview, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>Ryan, Deborah, as Personal Representative of Samuel Ryan c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>S&J LAWN CARE INC 104 DENDY WOODS RD WEST UNION, SC 29696-3120 | | | General Trade Payable | | | | $27.70 |
| ACCOUNT NO.<br><br>S&ME, INC. P.O. BOX 651399 CHARLOTTE, NC 28265-1399 | | | General Trade Payable | | | | $5,963.45 |

Sheet no.   147  of   183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 6,991.15

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                              ,          Case No. **09-11507**
                                  **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sage Software Healthcare<br>2202 N. West Shore Blvd<br>Ste 330<br>Tampa, FL 33607 | | | Advanced rent -commercial lease | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Sage Software Healthcare<br>2202 N. West Shore Blvd<br>Ste 330<br>Tampa, FL 33607 | | | Commercial Lease Security Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $230,451.25 |
| ACCOUNT NO.<br><br>SANTEE COOPER    (PO BOX 188)<br>PO BOX 188<br>MONCKS CORNER, SC 29461-0188 | | | General Trade Payable | | | | $22.12 |
| ACCOUNT NO.<br><br>SC Bypass, LLC<br>c/o Timothy E. Madden<br>Nelson Mullins Riley & Scarborough LLP<br>104 S. Main St., Ninth Floor<br>Greenville, SC 29601 | | | Litigation | X | X | X | Undetermined |

Sheet no. __148_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 230,473.37

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re **Crescent Resources, LLC**                                    ,          Case No.   **09-11507**
_____          _____
                    **Debtor**                                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SCDHEC <br> 2600 BULL ST <br> COLUMBIA, SC 29201 | | | General Trade Payable | | | | $125.00 |
| ACCOUNT NO. <br><br> SCHMITZ, DENNIS J. <br> 322 S. Liberty Way <br> Orange, CA 92869 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br><br> SCHOLL, ALAN & SHARON <br> 1805 Owensfield Drive <br> Charlottesville, VA 22901 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br><br> Schonk, Peggy <br> c/o John R. Overchuck <br> Overchuck, DeMarco, Byron & Overchuck, P.A. <br> 2709 West Fairbanks Ave. <br> Winter Park, FL 32789 | | | Litigatoin | X | X | X | Undetermined |

Sheet no.   149  of   183  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶       $ 2,125.00

Total ▶       $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                              ,          Case No.  09-11507
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| Schrolucke, Ted c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | | X | X | X | |
| ACCOUNT NO. | | | Buiilder Deposits - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | | | | $1,000.00 |
| Sealand Contractors Corp. Joseph J. Bree Jr. 9201-A Southern Pine Blvd. Charlotte, NC 28273 | | | | X | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $16.70 |
| SECONDSPACE 15395 SE 30TH PLACE, SUITE 250 BELLEVUE, WA 98007 | | | | | | | |
| ACCOUNT NO. | | | General Trade Payable | | | | $36.60 |
| SEDGEFIELD INTER LNDSCPS (GA) 3062 KINGSTON COURT MARIETTA, GA 30067 | | | | | | | |

Sheet no.   150  of   183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,053.30

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                    ,          Case No.  **09-11507**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SEDGEFIELD NEIGHBORHOOD ASSOC<br>MARY BETH FIELDS<br>PO BOX 11633<br>CHARLOTTE, NC 28220-1633 | | | General Trade Payable | | | | $100.00 |
| ACCOUNT NO.<br><br>SEIGENTHALER PUBLIC RELATIONS<br>115 29TH AVE S<br>NASHVILLE, TN 37212 | | | General Trade Payable | | | | $1,740.71 |
| ACCOUNT NO.<br><br>SENECA LIGHT & WATER PLANT<br>P. O. BOX 4773<br>SENECA, SC 29678 | | | General Trade Payable | | | | $19.36 |
| ACCOUNT NO.<br><br>Shannon, Maureen<br>c/o Joseph J. Veccioli<br>1009 W. Platt Street<br>Tampa, FL 33606 | | | Litigation | X | X | X | Undetermined |

Sheet no.  **151** of  **183** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 1,860.07

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC**                    ,     Case No.   **09-11507**
             **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| Shannon, Shelby c/o Joseph J. Veccioli 1009 W. Platt Street Tampa, FL 33606 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| Shaver, Cheryl c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | | X | X | X | |
| ACCOUNT NO. | | | Builder Deposits - held by Crescent Resources, LLC | | | | $6,000.00 |
| Shea Homes 7401 Carmel Executive Park Suite 106 Charlotte, NC 28226 | | | | X | | | |
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| Shreve, Paula c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | | X | X | X | |

Sheet no.   152  of   183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 6,000.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                          ,          Case No.   **09-11507**
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SHRYOCK, JOHN E. <br> 18208 Moringsview Cove <br> Cornelius, NC 28031 | | | Builder Deposits - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $3,000.00 |
| ACCOUNT NO. <br><br> Shull, Allen <br> c/o John R. Overchuck <br> Overchuck, DeMarco, Byron & Overchuck, P.A. <br> 2709 West Fairbanks Ave. <br> Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> Siemens Communications, Inc. <br> c/o Kirkland & Ellis LLP <br> Eugene F. Assaf, Esq. <br> Michael F. Williams, Esq. <br> 655 Fifteenth Street, NW <br> Washington, DC 20005-57933 | | | Environmental | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> Simmons, Jewel <br> c/o John R. Overchuck <br> Overchuck, DeMarco, Byron & Overchuck, P.A. <br> 2709 West Fairbanks Ave. <br> Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |

Sheet no.   153  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 3,000.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                          ,          Case No.   **09-11507**
                            **Debtor**                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Simonini Builders NC<br>1910 South Blvd.<br>Suite 200<br>Charlotte, NC 28203 | | | Builder Deposit - made payable to Chapel Cove at Glengate, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>Simonini Builders of North Carolina, LLC<br>1910 S. Blvd.<br>Suite 200<br>Charlotte, NC 28203 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $3,000.00 |
| ACCOUNT NO.<br><br>Simonini Builders of South Carolina, Inc.<br>1910 South Blvd.<br>Suite 200<br>Charlotte, NC 28203 | | | Builder Deposit - made payable to Springfield Crescent, LLC and held by Crescent Resources, LLC | X | | | $2,000.00 |
| ACCOUNT NO.<br><br>Simonini Builders, Inc.<br>1910 South Boulevard, Suite 200<br>Charlotte, NC 28203 | | | Lot Sales Deposit - made payable to The Point on Norman, LLC and held by Crescent Resources, LLC | X | | | $12,500.00 |

Sheet no.   154  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 18,500.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC** ,        Case No.   **09-11507**
                       **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| Simonini Builders, Inc. c/o David B. Hamilton Hamilton, Moon, Stephens, Steele and Martin, PLLC 201 S. College St., Suite 2020 Charlotte, NC 28244 | X | | | X | X | X | |
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| Singletary, Christopher, as Personal Representative of Estate of Christine Walker c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | | X | X | X | |
| ACCOUNT NO. | | | Litigation | | | | Undetermined |
| Smathers, Dennis c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | | X | X | X | |

Sheet no.   155  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC** ,          Case No.   **09-11507**
                   **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SMITH, BETTY<br>240 STEVEN DR.<br>SALEM, SC 29676 | | | General Trade Payable | | | | $150.00 |
| ACCOUNT NO.<br><br>Smith, Catherine<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SMYRNA UTILITIES<br>315 SOUTH LOWRY STREET<br>SMYRNA, TN 37167-3416 | | | General Trade Payable | | | | $2,342.60 |
| ACCOUNT NO.<br><br>SOLIE, SAMUEL E. AND JANE C. CURLEY<br>827 Hempstead Place<br>Charlotte, NC 28207 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |

Sheet no.   156  of   183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 7,492.60

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                    ,          Case No.   **09-11507**
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Specialty Builder, Inc. PO Box 1858 Wake Forest, NC 27588 | | | Builder Deposits - made payable to Hidden Lake Crescent, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.  SPHERION CORPORATION PO BOX 847872 DALLAS, TX 75284-7872 | | | General Trade Payable | | | | $238.53 |
| ACCOUNT NO.  SPRINT  (219100) PO BOX 219100 KANSAS CITY, MO 64121-9100 | | | General Trade Payable | | | | $2.16 |
| ACCOUNT NO.  SPRINT (219530) PO BOX 219530 KANSAS CITY, MO 64121-9530 | | | General Trade Payable | | | | $2,950.01 |
| ACCOUNT NO.  SPRINT (60197) PO BOX 4181 CAROL STREAM, IL 60197-4181 | | | General Trade Payable | | | | $352.81 |

Sheet no.  _157_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 4,543.51

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC**                    ,          Case No.   **09-11507**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SRT ENGINEERING, LLC <br> 1905 N. MAIN STREET <br> CONWAY, SC 29526 | | | General Trade Payable | | | | $4,400.00 |
| ACCOUNT NO. <br><br> STANDARD COFFEE  (30003) <br> PO BOX 930696 <br> NORCROSS, GA 30003 | | | General Trade Payable | | | | $408.60 |
| ACCOUNT NO. <br><br> STANDARD PARKING INC <br> 201 SOUTH ORANGE AVE #101 <br> ORLANDO, FL 32801 | | | General Trade Payable | | | | $278.23 |
| ACCOUNT NO. <br><br> STANTEC CONSULTING SERVICES <br> 13980 COLLECTIONS CENTER DRIVE <br> CHICAGO, IL 60693 | | | General Trade Payable | | | | $3,500.00 |
| ACCOUNT NO. <br><br> STAPLES CREDIT PLAN - 8398 <br> DEPT 51-7890888398 <br> PO BOX 689020 <br> DES MOINES, IA 50368-9020 | | | General Trade Payable | | | | $31.23 |

Sheet no.   158  of   183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 8,618.06

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                              ,          Case No.  **09-11507**
              **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>STAR ENVIRONMENTAL<br>PO BOX 1177<br>BRANDON, FL 33509-1177 | | | General Trade Payable | | | | $3,792.50 |
| ACCOUNT NO.<br><br>STEIN, JACK & KATHLEEN<br>166 18th Ave. N<br>St. Petersburg, FL 33704 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |
| ACCOUNT NO.<br><br>Steinmetz, Kurt<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Stevens Construction Group, Inc.<br>713 Eagle Point Court<br>Matthews, NC 28104 | | | Builder Deposit - made payable to Springfield Crescent, LLC and held by Crescent Resources, LLC | X | | | $5,110.00 |

Sheet no.  **159** of  **183** continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   | $ 13,902.50

Total ▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                    ,          Case No.  **09-11507**
_____
      **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Stokes, Retha Lanell, as Personal Representative of Estate of Georgia Hall c/o John R. Overchuck Overchuck, DeMarco, Byron & Overchuck, P.A. 2709 West Fairbanks Ave. Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. Stonebridge Luxury Homes, Inc. 112 Cedar Bluff Lane P.O. Box 4297 Mooresville, NC 28117 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $10,000.00 |
| ACCOUNT NO. Stonebridge Luxury Homes, Inc. c/o Kevin C. Donaldson Jones,Childress,McLurkin,Donaldson & Stutts, PLLC 236 Raceway Drive, Suite 7 Mooresville, NC 28117 | X | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. Stonecraft Builders, LLC 11220 Elm Lane Suite 205A Charlotte, NC 28277 | | | Builder Deposit - made payable to Springfield Crescent, LLC and held by Crescent Resources, LLC | X | | | $4,000.00 |

Sheet no.  _160_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 14,000.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  Crescent Resources, LLC                          ,          Case No.   09-11507
                              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Stonegate Homes<br>Stonebridge Luxury Homes, Inc.<br>P. O. Box 4297<br>Mooresville, NC 28117 | | | Builder Deposit - made payable to The Point on Norman, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>StonePort Properties, Inc.<br>Jeff Cavender<br>5880 Live Oak Parkway<br>Suite 180<br>Norcross, GA 30093 | | | Builder Deposit - made payable to Crescent River, LLC and held by Crescent Resources, LLC | X | | | $10,000.00 |
| ACCOUNT NO.<br><br>Storey Residential Properties<br>Danny Storey/Kevin Storey<br>2800 Peachtree Industrial Blvd.<br>Duluth, GA 30097 | | | Builder Deposit - made payable to Sugarloaf Properties, LLC and held by Crescent Resources, LLC | X | | | $4,000.00 |
| ACCOUNT NO.<br><br>Storey Signature Homes, Inc.<br>Danny Storey<br>2800 Peachtree Industrial Blvd.<br>Suite G<br>Duluth, GA 30097 | | | Builder Deposit - made payable to Crescent River, LLC and held by Crescent Resources, LLC | X | | | $10,000.00 |

Sheet no.   161  of   183  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 25,000.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                              ,          Case No.  **09-11507**
                    **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Strom Construction, Inc. <br> 2343 Crofte Drive <br> Sherrills Ford, NC 28673 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $2,000.00 |
| ACCOUNT NO. <br><br> SUDDATH RELOCATION SYSTM <br> 4756 122nd AVE N. <br> CLEARWATER, FL 33762 | | | General Trade Payable | | | | $5,373.65 |
| ACCOUNT NO. <br><br> Sue Summerlin f/k/a Sue S. Alder <br> 11 Whisconier Road <br> Brookfield, CT 06804 | | | Condo Deposit - relating to Ft. Walton Development LLC and held by Crescent Resources, LLC | X | | | $65,162.50 |
| ACCOUNT NO. <br><br> SULLIVAN, TIMOTHY M. & TONYA <br> 8220 Townley Rd <br> Huntersville, NC 28078 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br><br> SUMMIT ECS, INC <br> PO BOX 7384 <br> CHARLOTTE, NC 28241 | | | General Trade Payable | | | | $4,878.75 |

Sheet no. _162_of_183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 78,414.90

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                                    ,          Case No.   **09-11507**
                          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SUMMIT Engineering & Construction Services, Inc. <br> PO Box 7384 <br> Charlotte, NC 28241 | | | Open Invoices | X | | | Undetermined |
| ACCOUNT NO. <br><br> SUN BELT OFFICE & DATA SUPPLIE <br> 200 SOUTHSIDE DRIVE <br> CHARLOTTE, NC 28217 | | | General Trade Payable | | | | $1,378.19 |
| ACCOUNT NO. <br><br> Sun Trust Bank, NA <br> COMMERCIAL CREDIT SERVICES <br> PO Box 4418 <br> MC 0039 <br> Atlanta, GA 30302 | | | Guarantor for the Securitized Debt agreement between, Ocean Isle Landing, LLC, as borrower, and Sun Trust Bank, NA, as lender | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SUNBELT OFFICE PRODUCTS <br> 5150 PEACHTREE IND BLVD <br> SUITE 300 <br> NORCROSS, GA 30071 | | | General Trade Payable | | | | $64.94 |

Sheet no.   163  of   183  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,443.13

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC** ,  Case No.  **09-11507**
           **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sunesta Resort Communities, LLC c/o O'Connor Carnathan and Mock, LLC 8 New England Executive Park Burlington, MA 01803 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SWEEP-A-LOT PO BOX 77024 CHARLOTTE, NC 28271 | | | General Trade Payable | | | | $1,095.67 |
| ACCOUNT NO.<br><br>T. Whelan Homes Inc. P O Box 4419 Mooresville, NC 28117 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>T. Whelan Homes, Inc. PO Box 4419 Mooresville, NC 28117 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $2,000.00 |

Sheet no. _164_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 4,095.67

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC**                              ,        Case No.   **09-11507**
　　　　　　　　　**Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TECO<br>P.O. BOX 31318<br>TAMPA, FL 33631-3318 | | | General Trade Payable | | | | $25,232.36 |
| ACCOUNT NO.<br><br>TENNESSEAN, The<br>P.O. BOX 340002<br>NASHVILLE, TN 37203-0002 | | | General Trade Payable | | | | $24.49 |
| ACCOUNT NO.<br><br>Testa & Wirth, Inc.<br>Peter Wirth<br>11145 Metromont Pkwy<br>Charlotte, NC 28269 | | | Buiilder Deposits - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $3,000.00 |
| ACCOUNT NO.<br><br>Teton Village Architectural Committee<br>Attn: Bill Schreiber<br>P.O. Box 541<br>Teton Village, WY 83025 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>The Hoke Company, Inc.<br>Darrell Hoke<br>4854 Baccus Ave<br>Sarasota, FL 34233-4017 | | | Builder Deposit - made payable to The Farms LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |

Sheet no. __165_of__183__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 33,256.85

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC** ,  Case No.  **09-11507**
                    **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>The O'Connell Corporation<br>1729 Celanese Rd.<br>Rock Hill, SC 29732-1730 | | | Builder Deposit - made payable to Springfield Crescent, LLC and held by Crescent Resources, LLC | X | | | $3,480.00 |
| ACCOUNT NO.<br><br>Theiss, Anne<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>THOMAS G. BALLOU/BALLOU ASSOC<br>Address Unknown | | | General Trade Payable | | | | $5,500.00 |
| ACCOUNT NO.<br><br>Thomas, Dorothy<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |

Sheet no.  **166** of  **183** continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 8,980.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                         ,          Case No.   **09-11507**
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Thomas, Minnie<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>THOMPSON, COE, COUSINS & IRONS<br>700 NORTH PEARL STREET, 25 FLOOR<br>DALLAS, TX 75201-2832 | | | General Trade Payable | | | | $325.00 |
| ACCOUNT NO.<br><br>Tim Autrey Homes, Inc.<br>Tim Autrey<br>P.O. Box 923012<br>Norcross, GA 30010 | | | Builder Deposit - made payable to Sugarloaf Properties, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |
| ACCOUNT NO.<br><br>Timothy Porche Homes, Inc.<br>Timothy Porche<br>8275 St. Marlo Fairway Dr<br>Duluth, GA 30097 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $15,000.00 |

Sheet no.   167  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 20,325.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                    ,        Case No.   **09-11507**
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Tom Davis Homes, Inc.<br>5405 Blue Sage DR<br>Raleigh, NC 27606 | | | Builder Deposits - made payable to Hidden Lake Crescent, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>Tom Stevenson Building Co.<br>570 Williamson Road, Suite E<br>Mooresville, NC 28117 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $6,000.00 |
| ACCOUNT NO.<br><br>Tony Forouzad Construction Company, LLC<br>13506 Robert Walker Drive<br>Davidson, NC 28036 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $7,000.00 |
| ACCOUNT NO.<br><br>Top Notch Homes<br>Stephen D. Smirch<br>8829 Coleridge Court<br>Sherrills Ford, NC 28673 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>TORRENCE REPROGRAPHICS<br>PO BOX 5378<br>PHILADELPHIA, PA 19142 | | | General Trade Payable | | | | $155.64 |

Sheet no.  **168** of **183** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶        $ 15,155.64

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re **Crescent Resources, LLC**             ,       Case No.   **09-11507**

          **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TOWN OF HUNTERSVILLE PLANNING DEPT - MICHELLE V HAINES PO BOX 664 HUNTERSVILLE, NC 28070 | | | General Trade Payable | | | | $3,025.00 |
| ACCOUNT NO.<br><br>Travelers Casualty & Surety Company of America 1 Tower Square Hartford, CT 06183-0001 | | | Surety Bond No.: 104186305 Relating to Roadway Improvements - Hwy 51 & Lawyers Rd. | X | | | $100,000.00 |
| ACCOUNT NO.<br><br>Travelers Casualty & Surety Company of America 1 Tower Square Hartford, CT 06183-0001 | | | Surety Bond No.: 104749169 Relating to Roadway work on Autumn Leaf Rd, SR 1318 | X | | | $100,000.00 |
| ACCOUNT NO.<br><br>Travelers Casualty & Surety Company of America 1 Tower Square Hartford, CT 06183-0001 | | | Surety Bond No.: 104808000 Relating to The Landings - Riverside Parkway Landscaping | X | | | $1,197,400.00 |

Sheet no.  _169_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal ▶    $ 1,400,425.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                              ,          Case No.  **09-11507**
_____

               **Debtor**                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TROXELL, JOHN B.<br>6320 Robinson Church Rd.<br>Charlotte, NC 28215-4034 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $3,000.00 |
| ACCOUNT NO.<br><br>TRUVISTA COMMUNICATIONS<br>PO BOX 189<br>CHESTER, SC 29706-0189 | | | General Trade Payable | | | | $278.08 |
| ACCOUNT NO.<br><br>TURNER, AVA<br>511 Briarpatch Lane<br>Charlotte, NC 28211 | | | Builder Deposit - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |
| ACCOUNT NO.<br><br>Tyler, Annie<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |

Sheet no. _170_ of _183_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 8,278.08

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                          ,          Case No.  **09-11507**
_____                                    _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> UBS Real Estate Securities, Inc. <br> 1285 AVENUE OF THE AMERICAS <br> 11th Floor <br> New York, NY 10019 | | | Guarantor for the loan agreement between, MSJC Bertha Property Holdings LP, as borrower, and UBS Real Estate Securities, as lender | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> Union Bank of California <br> Address Unknown | | | Guarantor for the Securitized Debt agreement between, Crescent Concord Venture I, LLC, as borrower, and Union Bank of California, as lender | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> UNIVERSITY RESEARCH PARK <br> TWO FIRST UNION CENTER <br> SUITE 1980 <br> CHARLOTTE, NC 28282 | | | Deferred purchase price | X | X | | $700,635.00 |
| ACCOUNT NO. <br><br> UPS (7247-0244) <br> PO BOX 7247-0244 <br> PHILADELPHIA, PA 19170-0001 | | | General Trade Payable | | | | $97.44 |
| ACCOUNT NO. <br><br> US Fish & Wildlife Service <br> 160 Zillicoa St <br> Asheville, NC 28801 | | | Letter of Credit No.: 1037 | X | | | $10,000.00 |

Sheet no.  _171_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 710,732.44

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC**                    ,                Case No.  **09-11507**
                                                                    **(if known)**
                       **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>USBANCORP <br>OFFICE EQUIP FINANCE SVCS <br>PO BOX 790448 <br>ST LOUIS, MO 63179-0448 | | | General Trade Payable | | | | $1,368.58 |
| ACCOUNT NO. <br><br>UST Corrective Action Branch <br>610 East Center Ave, Suite 301 <br>Mooresville, NC 28115 | | | Environmental | X | X | X | Undetermined |
| ACCOUNT NO. <br><br>VALLEY CREST - 30384 <br>P O BOX 404083 <br>ATLANTA, GA 30384-4083 | | | General Trade Payable | | | | $2,090.00 |
| ACCOUNT NO. <br><br>Venuti, Kathleen <br>c/o John R. Overchuck <br>Overchuck, DeMarco, Byron & <br>Overchuck, P.A. <br>2709 West Fairbanks Ave. <br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |

Sheet no.  172  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 3,458.58

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                    ,          Case No.   09-11507
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Venuti, Kenneth<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron &<br>Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Venuti, Ryan, Guardians are Kathleen<br>and Kenneth Venuti<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron &<br>Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>VERIZON FLORIDA(920041)<br>PO BOX 920041<br>DALLAS, TX 75392-0041 | | | General Trade Payable | | | | $998.24 |
| ACCOUNT NO.<br><br>VERIZON WIRELESS(660108)<br>PO BOX 660108<br>DALLAS, TX 75266-0108 | | | General Trade Payable | | | | $2,874.07 |

Sheet no.  173  of  183  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 3,872.31

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **Crescent Resources, LLC**                    ,          Case No.   **09-11507**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> VERIZON(660720) <br> Re: Account # 000642267081 76Y <br> P.O. BOX 660720 <br> DALLAS, TX 75266-0720 | | | General Trade Payable | | | | $618.00 |
| ACCOUNT NO. <br><br> VIRTUAL IMAGE TECHNOLOGY INC <br> P.O. BOX 601932 <br> CHARLOTTE, NC 28260-1932 | | | General Trade Payable | | | | $85.80 |
| ACCOUNT NO. <br><br> Vision Ventures Construction Services, Inc. <br> P. O. Box 36938 <br> Charlotte, NC 28236-6938 | | | Builder Deposit - made payable to Springfield Crescent, LLC and held by Crescent Resources, LLC | X | | | $4,050.00 |
| ACCOUNT NO. <br><br> W.B. BOWEN III, INC <br> C/O BEN BOWEN <br> 20308 CHRISTOFLE DR <br> CORNELIUS, NC 28031 | | | General Trade Payable | | | | $166.67 |
| ACCOUNT NO. <br><br> WACHOVIA INSURANCE SERVICES <br> P O BOX 601321 <br> CHARLOTTE, NC 28260-1321 | | | General Trade Payable | | | | $660.30 |

Sheet no.   174  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 5,580.77

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                          ,          Case No.  **09-11507**
                          **Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Waddell Homes, Inc.<br>2243 - A Ebenezer Road<br>Rock Hill, SC 29732 | | | Builder Deposit - made payable to Springfield Crescent, LLC and held by Crescent Resources, LLC | X | | | $5,000.00 |
| ACCOUNT NO.<br><br>WAKEFIELD BEASLEY & ASSOC.<br>5155 PEACHTREE PARKWAY<br>BLDG 300, SUITE 3220<br>NORCROSS, GA 30092-2537 | | | General Trade Payable | | | | $142.70 |
| ACCOUNT NO.<br><br>Walker, James<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Walker, William, E.<br>c/o Buckley & Klein, LLP<br>Atlantic Center Plaza<br>Suite 1100<br>1189 West Peachtree Street<br>Atlanta, GA 30309 | | | Litigation | X | X | X | Undetermined |

Sheet no.  _175_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 5,142.70

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                    ,          Case No.  **09-11507**
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WALLS, KIM & JOEY<br>18209 Moorings View Crt<br>Cornelius, NC 28031 | | | Buiilder Deposits - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.<br><br>Walmart Real Estate Business Trust<br>Address Unknown | | | Letter of Credit No.: 3091198 | X | | | $- |
| ACCOUNT NO.<br><br>Watkins, Fannie<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Waypoint Developers, LLC<br>10739 Deerood Park Blvd<br>Suite 300<br>Jacksonville, FL 32256 | | | Environmental | X | X | X | Undetermined |

Sheet no.  **176** of  **183** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 1,000.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                          ,          Case No.   09-11507
                    **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Wells Fargo Bank<br>420 Montgomery Street<br>San Francisco, CA 94163 | | | Guarantor for the Securitized Debt agreement between, Fort Walton Development, LLC, as borrower, and Wells Fargo Bank, as lender | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WESTSHORE ALLIANCE<br>3109 W. DR. MLK JR. BLVD, STE 140<br>TAMPA, FL 33607 | | | General Trade Payable | | | | $902.72 |
| ACCOUNT NO.<br><br>Weyerhauser<br>PO Box 1110<br>Chester, SC 29706 | | | Land Management Deposit - Timber - made payable to Crescent Resources LLC and held by Crescent Resources, LLC | X | | | $10,000.00 |
| ACCOUNT NO.<br><br>White Rock Construction, LLC<br>3046 44TH Avenue Drive, N.E.<br>Hickory, NC 28601 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $6,000.00 |

Sheet no.   177  of  183  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 16,902.72

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                    ,          Case No.   **09-11507**
                **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>White, Anthonette<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>White, Jacqueline<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron & Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>Whitley Construction, LLC<br>132 Cedar Bluff Lane<br>Mooresville, NC 28117 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $7,000.00 |
| ACCOUNT NO.<br><br>Will Johnson Building Company<br>c/o Michael S. Harrell<br>Manning, Fulton & Skinner, P.A.<br>3605 Glenwood Ave., Suite 500<br>Raleigh, NC 27612 | X | | Litigation | X | X | X | Undetermined |

Sheet no.   178  of   183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 7,000.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  **Crescent Resources, LLC**                              ,          Case No.  **09-11507**
                     **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WILLIAMS ENGINEERING, INC<br>215 HAMPTON STREET, SUITE 100<br>ROCK HILL, SC 29730 | | | General Trade Payable | | | | $340.00 |
| ACCOUNT NO.<br><br>WILLIAMS SCOTSMAN (91975)<br>PO BOX 91975<br>CHICAGO, IL 60693-1975 | | | General Trade Payable | | | | $210.56 |
| ACCOUNT NO.<br><br>Williams, Dorothy<br>c/o John R. Overchuck<br>Overchuck, DeMarco, Byron &<br>Overchuck, P.A.<br>2709 West Fairbanks Ave.<br>Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WILLIAMS, TODD<br>2179 Northview Harbor<br>Sherrills Ford, NC 28673 | | | Builder Deposit - made payable to Crescent Communities N.C., LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |

Sheet no.  **179** of  **183** continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,550.56

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                          ,          Case No.   09-11507
              **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>World Electric Supply, Inc.<br>c/o Joshua B. Durham<br>Poyner & Spruill LLP<br>301 S. College Street<br>Suite 2300<br>Charlotte, NC 28202 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WORLD ONE, INC.<br>P.O. BOX 5508<br>TAMPA, FL 33765-5508 | | | General Trade Payable | | | | $1,401.77 |
| ACCOUNT NO.<br><br>WORSHAM SPRINKLER CO.<br>10343-B KINGS ACRES ROAD<br>ASHLAND, VA 23005 | | | General Trade Payable | | | | $846.86 |
| ACCOUNT NO.<br><br>WRAY WARD LASETER ADVERTISING<br>900 BAXTER STREET<br>CHARLOTTE, NC 28204 | | | General Trade Payable | | | | $10,406.83 |

Sheet no.  180 of  183 continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 12,655.46

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                    ,           Case No.  **09-11507**
                    Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Wright, Lorraine <br> c/o John R. Overchuck <br> Overchuck, DeMarco, Byron & <br> Overchuck, P.A. <br> 2709 West Fairbanks Ave. <br> Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> Wright, Rufus, as Personal <br> Representative of Estate of Jewel <br> Wright <br> c/o John R. Overchuck <br> Overchuck, DeMarco, Byron & <br> Overchuck, P.A. <br> 2709 West Fairbanks Ave. <br> Winter Park, FL 32789 | | | Litigation | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> XCELIGENT INC <br> 4231 SOUTH HOCKER DRIVE <br> BLDG 13, SUITE 100 <br> INDEPENDENCE, MO 64055 | | | General Trade Payable | | | | $264.00 |
| ACCOUNT NO. <br><br> XEROX CORPORATION (650361) <br> P.O. BOX 650361 <br> DALLAS, TX 75265-0361 | | | General Trade Payable | | | | $736.06 |

Sheet no.  _181_ of _183_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 1,000.06

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  Crescent Resources, LLC                                    ,        Case No.   09-11507
                              **Debtor**                                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> XEROX CORPORATION(827598) <br> PO BOX 827598 <br> PHILADELPHIA, PA 19182-7598 | | | General Trade Payable | | | | $938.21 |
| ACCOUNT NO. <br><br> Yadkin Valley Bank Trust Co. <br> 209 North Bridge St. <br> PO Box 888 <br> Elkin, NC 28621 | | | Builder Deposits - held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO. <br><br> YORK COUNTY, S.C. <br> Register of Deeds <br> 2 S Congress St <br> York, SC 29745 | | | General Trade Payable | | | | $600.00 |
| ACCOUNT NO. <br><br> YORK ELECTRIC COOPERATIVE, INC <br> P.O. BOX 150 <br> YORK, SC 29745-0150 | | | General Trade Payable | | | | $173.93 |
| ACCOUNT NO. <br><br> YOUNG BLDG&CONS <br> PO Box 36248 <br> Rock Hill, SC 29732 | | | General Trade Payable | | | | $11,225.00 |

Sheet no.  182  of  183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 13,937.14

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **Crescent Resources, LLC**                              ,          Case No.   **09-11507**
                          **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Young Builders, Inc. 15669 Birkdale Commons Boulevard Huntersville, NC 28078 | | | Builder Deposit - made payable to The Point on Norman, LLC and held by Crescent Resources, LLC | X | | | $7,000.00 |
| ACCOUNT NO.  Young Forest Products PO Box 753 Lugoff, SC 29078 | | | Land Management Deposit - Timber - made payable to Crescent Resources LLC and held by Crescent Resources, LLC | X | | | $2,000.00 |
| ACCOUNT NO.  Zande Homes, Inc P. O. Box 668 Mooresville, NC 28115 | | | Buiilder Deposits - made payable to Crescent Resources, LLC and held by Crescent Resources, LLC | X | | | $1,000.00 |
| ACCOUNT NO.  ZELEN COMMUNICATIONS Address Unknown | | | General Trade Payable | | | | $4,300.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no.   183  of   183  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 14,300.00

Total ▶ | $ 59,924,788.99
(Use only on last page of the completed Schedule F.)                     + Undetermined
(Report also on Summary of Schedules and, if applicable, on the Statistical          amounts
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re   Crescent Resources, LLC                              ,          Case No.   09-11507
                    **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide
the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the
leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John
Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 1780, LLC c/o Crescent Resources 400 Tryon Street, Suite 1300 Charlotte, NC 28285 | Operating Agreement Limited Liability Company Agreement  Of 1780, LLC |
| Abbott Resorts, LLC 8955 Highway 98 West Suite 203 Destin, FL 32550 | Services Agreement Management Services Agreement |
| Ace Exterminating, Inc. P.O. Box 787 Joelton, TN 37080 | Services Agreement Maintenance agreement |
| Adako Hunting Club 4127 Gatewood Drive Hudson, NC 28638 | Lease Agreement Hunt Lease Agreement |
| Adams Outdoor Advertising PO Box 31144 Charlotte, NC 28231-1144 | Lease Agreement Non-residential property agreement |
| Adams Outdoor Advertising PO Box 31144 Charlotte, NC 28231-1144 | Lease Agreement Non-residential property agreement |
| Adams Outdoor Advertising PO Box 31144 Charlotte, NC 28231-1144 | Lease Agreement Non-residential property agreement |

B6G (Official Form 6G) (12/07) – Cont.

In re  Crescent Resources, LLC                            ,          Case No.  09-11507
              **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| Advantis Real Estate Services Company<br>3000 Bayport Drive, Suite 100<br>Tampa, FL 33607 | Employment Agreement<br>Broker - Sales Commission Agreement |
| Adventist Health System Sunbelt Healthcare Corporation<br>111 North Orlando Avenue<br>Winter Park, FL 32789 | Services Agreement<br>Development Services Agreement |
| Adventist Health System Sunbelt Healthcare Corporation w/ a copy to<br>Gray Robinson PA<br>301 East Pine Street, Suite 1400<br>Orlando, FL 32801 | Services Agreement<br>Development Services Agreement |
| Adventist Health System Sunbelt Healthcare Corporation w/ a copy to<br>1919 North Orange Avenue<br>Suite E<br>Orlando, FL 32804 | Services Agreement<br>Development Services Agreement |
| Adventist Health System Sunbelt Healthcare Corporation w/ a copy to<br>111 North Orlando Avenue<br>Winter Park, FL 32789 | Services Agreement<br>Development Services Agreement |
| Alexander Landfill Hunting Club<br>222 Carl Fox Road<br>Taylorsville, NC 28681 | Lease Agreement<br>Hunt Lease Agreement |
| All Star Fire Protection<br>PO Box 711<br>Madison, TN 37115 | Services Agreement<br>Property Management agreement |
| All Star Fire Protection, Inc.<br>P.O. Box 711<br>Madison, TN 37116 | Services Agreement<br>Maintenance agreement |